IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60264-CIV-MORENO

REINALDO DAMAS MALUFF,

    Plaintiff,

v.

SAM'S EAST, INC.,

    Defendant.

_____/

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Reinaldo Damas Maluff, by and through the undersigned counsel, and in compliance with this Court's Order of Continuance and Order Revising Pretrial Deadlines, files this Exhibit List:

| No. | Exhibits Plaintiff Expects to Offer | Defendant's Objections |
|---|---|---|
| 1. | Medical and billing records of Palm Rehab & Wellness<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 2. | Medical and billing records of Spine Solutions/Benham Myers, DO, PA<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 3. | Medical and billing records of Merrill W. Reuter, MD PhD FACS | |

|   |   |   |
|---|---|---|
|   | These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |
| 4. | Medical and billing records of Less Institute<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |
| 5. | Medical and billing records of Deerfield Beach Outpatient Surgical Center, LLC.<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |
| 6. | Medical and billing records of Associates MD Medical Group<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |
| 7. | Medical and billing records of DiMi Nursing, Inc.<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |
| 8. | Medical and billing records of South Florida Physical Therapy Associates<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. |   |

| | | |
|---|---|---|
| 9. | Medical and billing records of Advanced Neuro and Spine Institute<br><br>These medical and billing records pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 10. | Medical and billing records and diagnostic films of Pan Am Diagnostics Wide Open MRI<br><br>These medical and billing records and diagnostic films pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 11. | Medical and billing records and diagnostic films of Diagnostic Professionals, Inc.<br><br>These medical and billing records and diagnostic films pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 12. | Medical and billing records and diagnostic films of POM MRI & Imaging Centers<br><br>These medical and billing records and diagnostic films pertain to medical care and treatment that Plaintiff received after the subject incident. | |
| 13. | Medical and billing records and diagnostic films of Hollywood Diagnostic Center<br><br>These medical and billing records and diagnostic films pertain to medical care and treatment that Plaintiff received after the subject incident. | |

| 14. | Medical and billing records from Central Magnetic Imaging Open MRI of Plantation<br><br>These medical and billing records and diagnostic films pertain to medical care and treatment that Plaintiff received after the subject incident. | |
|---|---|---|
| 15. | Operative Report by Dr. Kingsley Chin<br><br>This operative report pertains to the lumbar surgery that Dr. Chin performed on Plaintiff on July 22, 2015 after the subject incident. | |
| 16. | Expert Reports of Dr. Chin<br><br>Dr. Chin's narrative reports prepared and created by Dr. Chin pertaining to his care and treatment and his opinions in this action. | |
| 17. | Billing statement Palms Rehab & Wellness<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. | |
| 18. | Billing statement of Spine Solutions/Benham Myers, DO, PA<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. | |
| 19. | Billing statement of Merrill W. Reuter, MD PhD FACS<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. | |
| 20. | Billing statement of Lesspine Institute | |

|     |     |     |
| --- | --- | --- |
|     | This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 21. | Billing statement of Isles<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 22. | Billing statement of SMB<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 23. | Billing statement of Modern Anesthesia Company<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 24. | Billing statement of Sierra Surgical<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 25. | Billing statement of Deerfield Beach Surgical Outpatient Center<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 26. | Billing statement of Key Health Medical Solutions, Inc.<br><br>This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 27. | Billing statement of Advanced Neuro and Spine Institute |     |

|     |                                                                                                                                               |     |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------- | --- |
|     | This billing statement outlines the charges Plaintiff incurred from this medical provider.                                                    |     |
| 28. | Billing statement of South Florida Physical Therapy Associates  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 29. | Billing statement of Pan Am Diagnostics Wide Open MRI  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 30. | Billing statement of Oakland Park MRI (Diagnostic Professional, Inc. MRI)  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 31. | Billing statement of Plantation Open MRI, LLC (POM MRI & Imaging Centers)  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 32. | Billing statement of Hollywood Diagnostic Center  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |
| 33. | Billing statement of Central Magnetic Imaging Open MRI of Plantation  This billing statement outlines the charges Plaintiff incurred from this medical provider. |     |

| | | |
|---|---|---|
| 34. | Medical Billing Summary<br><br>This is a summary of the charges that Plaintiff incurred as a result of the subject incident. | |
| 35. | Medical records of Broward Community & Family Health Center<br><br>These medical records pertain to medical care and treatment that Plaintiff received prior to the subject incident. | |
| 36. | Medical records of South Broward Community Health Services/Memorial Primary Care Center<br><br>These medical records and diagnostic films pertain to medical care and treatment that Plaintiff received prior to the subject incident. | |
| 37. | Medical records and diagnostic films of Memorial Healthcare System/Memorial Hospital Miramar<br><br>These medical records and diagnostic films pertain to medical care and treatment that Plaintiff received prior to the subject incident. | |
| 38. | Medical records of Jayson Maury, MD<br><br>These medical records and diagnostic films pertain to medical care and treatment that Plaintiff received from this medical provider. | |
| 39. | CCTV footage of incident produced by Sam's East, Inc.<br><br>This is the video of the incident from a camera inside the Defendant's store. | |

| | | |
|---|---|---|
| 40. | Witness/Member Statement produced by Sam's East, Inc. <br><br> This is Plaintiff's written statement that he gave after the subject incident. | |
| 41. | Walmart Safe Operating Procedures for the Pallet Jack produced by Sam's East <br><br> This is the policies and procedures produced by Sam's East, Inc. regarding operation of a pallet jack. | |
| 42. | Two photographs of Plaintiff's scar <br><br> These are two photographs depicting Plaintiff's scar from the lumbar surgery performed by Dr. Chin. | |
| 43. | Sam's East, Inc.'s Answers to Interrogatories <br><br> These are Sam's East, Inc.'s answers to Interrogatories in this action. | |
| 44. | Sam's East, Inc.'s Responses to Request for Admissions <br><br> These are Sam's East, Inc.'s responses to Request for Admissions in this action. | |
| 45. | Sam's East, Inc.'s Responses to Request for Production <br><br> These are Sam's East, Inc.'s responses to Request for Production in this action. | |
| 46. | Medical illustration of Plaintiff's lumbar surgery. <br><br> This is a medical illustration of the surgery performed by Dr. Chin. | |
| 47. | Mortality Table <br><br> This table shows Plaintiff's life expectancy. | |
| 48. | Video deposition of Dr. Kingsley Chin | |

|  |  |
|---|---|
| Dr. Chin's video deposition taken for trial. |  |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized receive electronic notices of electronic filing.

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        2 South University Drive, Suite 235
        Plantation, FL 33324
        Tel: (954) 661-6000
        Fax: 954-281-4045
        Email: ian@rubensteinlaw.com
                Lesquivel@rubensteinlaw.com
                eservice@rubensteinlaw.com

By: _/s/ *Ian Boettcher*
     **IAN BOETTCHER**
     Florida Bar No. 662704

CASE NO. 17-CV-60264-MORENO

**CASE NO. 17-CV-60264-MORENO**
**REINALDO DAMAS MALUFF v. SAM'S EAST, INC.**

**SERVICE LIST**

Ian Boettcher
RUBENSTEIN LAW, P.A.
2 South University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
Fax: 954 281-4045
ian@rubensteinlaw.com
vsavinon@rubensteinlaw.com
eservice@rubensteinlaw.com
Attorneys for Plaintiff, Reinaldo Damas Maluff

Jerry D. Hamilton
Schuyler A. Smith
Patricia Concepcion
HAMILTON, MILLER & BIRTHISEL, LLP
150 SE 2nd Avenue, Suite 1200
Miami, FL 33131-2332
Tel.: (305) 379-3686
Fax: (305) 379-3690
hamilton@hamiltonmillerlaw.com
ssmith@hamiltonmillerlaw.com
pconcepcion@hamiltonmillerlaw.com
Attorneys for Defendant, SAM'S EAST, INC.