IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-60264-CIV-MORENO

REINALDO DAMAS MALUFF,

    Plaintiff,

v.

SAM'S EAST, INC.,

    Defendant.
_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, Reinaldo Damas Maluff, by and through the undersigned counsel, and in compliance with this Court's Order of Continuance and Order Revising Pretrial Deadlines, files this Witness List:

1. Reinaldo Damas Maluff
   c/o undersigned counsel

   Mr. Maluff is the Plaintiff and is expect to testify as to how the incident occurred, the injuries he sustained, the medical treatment he has received in connection with those injuries, and the damages he seeks from Defendant Sam's East, Inc.

   Mr. Maluff is expected to testify live at trial.

2. Dr. Kingsley Chin
   3816 Hollywood Blvd., #102
   Hollywood, FL 33021

   Dr. Chin is expected to testify regarding his diagnosis and assessment of Plaintiff's injuries including his review of prior diagnostic films and records; the care and treatment rendered to Plaintiff; the costs associated with that treatment; the reasonableness of his bills; causation of Ms. Maluff's injuries (if the Court allows); the anticipated future medical care and treatment resulting from Plaintiff's injuries; the approximate costs of such future care and treatment; the extent of Plaintiff's restrictions; and/or the permanent nature of Mr. Maluff's injuries.

   Dr. Chin is expected to testify by video deposition.

3. Medical records and/or billing records custodians of the following entities:
   a. Palm Rehab & Wellness
   b. Spine Solutions/Benham Myers, DO, PA
   c. Merrill W. Reuter, MD PhD FACS
   d. Less Institute
   e. Deerfield Beach Outpatient Surgical Center, LLC.
   f. Associates MD Medical Group
   g. DiMi Nursing, Inc.
   h. South Florida Physical Therapy Associates
   i. Advanced Neuro and Spine Institute
   j. Pan Am Diagnostics Wide Open MRI
   k. Diagnostic Professionals, Inc.
   l. POM MRI & Imaging Center
   m. Central Magnetic Imaging Open MRI of Plantation
   n. Isles
   o. SMB
   p. Modern Anesthesia Company
   q. Sierra Surgical
   r. Key Health Medical Solutions, Inc.
   s. Broward Community & Family Health Center
   t. South Broward Community Health Services/Memorial Primary Care Center
   u. Memorial Healthcare System/Memorial Hospital Miramar

   The undersigned expects to reach an agreement with Defense Counsel to waive the need for a records custodian to authenticate the above medical records. If such an agreement is not reached, the above medical and billing records custodians may be called to trial.

4. Elena Montano-Gilley
   c/o Sam's East, Inc.
   1900 S. University Drive
   Miramar, FL 33025

   Ms. Montano-Gilley would be expected to testify about Sam's Club relevant policies and procedures, the CCTV video footage, and her knowledge regarding the subject incident.

   If called, Ms. Montago-Gilley may testify live at trial or by deposition.

5. Vanessa Muse
   c/o Sam's East, Inc.
   1900 S. University Drive
   Miramar, FL 3025

   Ms. Muse would be expected to testify about Sam's Club relevant policies and procedures and her knowledge regarding the subject incident.

If called, Ms. Muse may testify live at trial or by deposition.

6. David Pazos
   3107 NW 107th Drive
   Sunrise, FL 33351

   Mr. Pazos would be expected to testify about Sam's Club relevant policies and procedures, the CCTV video footage, his knowledge regarding the subject incident, and his arrival at the scene after the incident.

   If called, Mr. Pazos may testify live at trial or by deposition.

7. All witnesses necessary for impeachment or rebuttal.

8. Plaintiff reserves the right to call and/or object to any witness listed by the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized receive electronic notices of electronic filing.

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
2 South University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
Fax: 954-281-4045
Email: ian@rubensteinlaw.com
       Lesquivel@rubensteinlaw.com
       eservice@rubensteinlaw.com

By:  /s/ *Ian Boettcher*
   **IAN BOETTCHER**
   Florida Bar No. 662704

CASE NO. 17-CV-60264-MORENO

**CASE NO. 17-CV-60264-MORENO**
**REINALDO DAMAS MALUFF v. SAM'S EAST, INC.**

**SERVICE LIST**

Ian Boettcher
RUBENSTEIN LAW, P.A.
2 South University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
Fax: 954 281-4045
ian@rubensteinlaw.com
vsavinon@rubensteinlaw.com
eservice@rubensteinlaw.com
Attorneys for Plaintiff, Reinaldo Damas Maluff

Jerry D. Hamilton
Schuyler A. Smith
Patricia Concepcion
HAMILTON, MILLER & BIRTHISEL, LLP
150 SE 2nd Avenue, Suite 1200
Miami, FL 33131-2332
Tel.: (305) 379-3686
Fax: (305) 379-3690
hamilton@hamiltonmillerlaw.com
ssmith@hamiltonmillerlaw.com
pconcepcion@hamiltonmillerlaw.com
Attorneys for Defendant, SAM'S EAST, INC.