UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-60264-CIV-MORENO

REINALDO DAMAS MALUFF,

    Plaintiff,

vs.

SAM'S EAST, INC.,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE came before the Court upon Defendant's Motion to Strike Plaintiff's Supplemental Expert Disclosures and Affidavit of Dr. Chin as Untimely and in Contravention of Previous Court Orders and For Sanctions **(D.E. 66)**, Defendant's Motion to Strike Amended Expert Disclosures and Limit Testimony of Treating Physician Dr. Kingsley Chin **(D.E. 67)**, Plaintiff's Motion for Relief and Reconsideration from the Court's Order Precluding Dr. Kingsley Chin from Offering his Opinion about the Cause of the Plaintiff's Injuries **(D.E. 63)**, Defendant's Motion for Summary Judgment on Causation **(D.E. 71)**.

THE COURT has considered the motions, the responses, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Defendant's Motion to Strike Supplemental Expert Disclosures as Untimely and in Contravention of Previous Court Orders ((**D.E. 66)** is DENIED. The Court's October 16, 2017 Order of Continuance allowed for Expert and Non-Expert Discovery until November 30, 2017. On November 9, 2017, the Court entered an Order Limiting the Testimony of Dr. Kingsley Chin on causation of the injury. At that point, Plaintiff had disclosed Dr. Chin as

a treating physician under Federal Rule 26(a)(2)(C) and therefore, he could not offer causation testimony. The Court limited the treating physician's causation testimony based on Plaintiff's failure to disclose him as an expert under Rule 26(a)(2)(B) and failure to provide an expert report. To remedy this deficiency, the Plaintiff filed a Rule 26(a)(2)(B) expert disclosure and report on November 20, 2017, ten days before the end of the expert discovery period. The Court does not agree with Defendant that this disclosure is in contravention of the Court's November 9, 2017 Order. To alleviate the Defendant's contention that it is prejudiced by the late disclosure, the Court will continue this case to allow the Defendant ample opportunity to examine Dr. Chin's expert report and to depose him. It is also

ADJUDGED that the Defendant's Motion to Strike November 7, 2017 Rule 26(a)(2)(c) disclosures and limiting the Plaintiff's treating physician, Dr. Kingsley Chin's testimony at trial **(D.E. 67)** is DENIED. It is also

ADJUDGED that the Motion for Reconsideration of Order Limiting Testimony is DENIED as moot in view of the Court's Order denying the motion to strike the new expert disclosure. It is also

ADJUDGED that the Motion for Summary Judgment on Causation is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of January 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record