UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

**NOTICE OF SERVING OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT PURSUANT TO FLORIDA STATUTE § 768.79 AND RULE 1.442 OF THE FLORIDA RULES OF CIVIL PROCEDURE**

Defendant, SAM'S EAST, INC. ("Sam's East"), by and through undersigned counsel hereby gives notice that on this day it served a Proposal for Settlement upon the Plaintiff, REINALDO DAMAS MALUFF, pursuant to Florida Statutes Section 768.79 and Florida Rule of Civil Procedure 1.442.

**Dated: September 14, 2018**

Respectfully submitted,

*/s/ Schuyler A. Smith*
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:  (305) 379-3686
Facsimile:  (305) 379-3690

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

                                                /s/ *Schuyler A. Smith*
                                                Schuyler A. Smith, Esq.

## **SERVICE LIST**

Gregory Deutch, Esq.
Rubenstein Law, P.A.
2 S. University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
*Attorneys for Plaintiff*

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690