**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO.: 1:17-CV-60264-MORENO**

**REINALDO DAMAS MALUFF,**

　　**Plaintiff,**

**v.**

**SAM'S EAST, INC.,**

　　**Defendant.**
_____/

**NOTICE OF SERVING OFFER OF JUDGMENT/PROPOSAL
FOR SETTLEMENT PURSUANT TO FLORIDA
STATUTE § 768.79 AND FLORIDA RULES OF CIVIL PROCEDURE 1.442**

　　Plaintiff, **REINALDO DAMAS MALUFF,** by and through undersigned counsel hereby gives notice that on this day it served an Offer of Judgment/Proposal for Settlement upon Defendant, **SAM'S EAST, INC.,** pursuant to Florida Statute §768.79 and Florida Rules of Civil Procedure 1.442.

**MALUFF V. SAM'S EAST, INC.**
**CASE NO.: 1:17-CV-60264-MORENO**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically submitted via CM/ECF on this 14th day of September, 2018, to: JERRY D. HAMILTON, ESQ., SCHUYLER A. SMITH, ESQ., and PATRICIA CONCEPCION, ESQ., Hamilton, Miller & Birthisel, 150 S.E. 2nd Avenue, Suite 1200, Miami, FL 33131-2332 jhamilton@hamiltonmillerlaw.com; ssmith@hamiltonmillerlaw.com; and pconcepcion@hamiltonmillerlaw.com.

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000
Fax: (786) 230-2936
Email:  gregory@rubensteinlaw.com
             lcueto@rubensteinlaw.com
             eservice@rubensteinlaw.com

By:  /s/ *Gregory Deutch*
   **GREGORY DEUTCH**
   Florida Bar No.: 30835