UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

## NOTICE OF FILING DEFENDANT, SAM'S EAST, INC., DEPOSITION DESIGNATIONS

Defendant, Sam's East, Inc., ("Sam's East"), by and through undersigned counsel, pursuant Fed. R. Civ. P. 26(a)(3), and this Court's Scheduling Order [D.E. 102], hereby files its Deposition Designations.

        Respectfully submitted,

*/s/ Schuyler A. Smith*
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
Patricia Concepcion, Esq.
Florida Bar No. 109058
pconcepcion@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:  (305) 379-3686
Facsimile:  (305) 379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 1, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Schuyler A. Smith*
Schuyler A. Smith, Esq.

## SERVICE LIST

Gregory Deutch, Esq.
Rubenstein Law, P.A.
2 South University Drive, Suite 235
Plantation, Florida 33324
Tel: (954)-661-6000
Fax: (786)-230-2936
Gregory@rubensteinlaw.com
lcueto@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorneys for Plaintiff*

**WITNESS NAME:**

1. DR. SCOTT SKORUPA, M.D.

| Designation Page: Line |
|---|
| 5:13-15 |
| 6:10-7:13 |
| 7:20-8:3 |
| 8:5-10 |
| 8:19-9:15 |
| 9:21-15:3 |
| 15:23-17:6 |
| 19:23-20:8 |
| 21:4-14 |
| 22:12-15 |

2. DR. EMMANUEL R. ISAAC, D.O.

| Designation Page: Line |
|---|
| 5:3-5 |
| 7:7-15:16 |
| 16:23-18:23 |
| 19:3-20:21 |
| 21:16-18 |
| 22:1-12 |
| 24:11-21 |
| 24:24-25:1 |
| 26:18-27:3 |

| Designation Page: Line |
|---|
| 28:8-20 |
| 37:19-38:9 |
| 38:18-25 |
| 39:25-40:10 |
| 40:21-41:6 |
| 53:7-9 |

3. DR. PETER EISENBERG, M.D.

| Designation Page: Line |
|---|
| 5:12-6:7 |
| 7:24-10:15 |
| 11:8-19 |
| 12:2-13:3 |
| 13:14-23 |
| 14:3-16:1 |
| 16:7-18:13 |
| 18:18-19:2 |
| 20:25-21:24 |
| 22:1-23:17 |
| 24:11-14 |
| 26:1-17 |
| 28:11-18 |
| 35:19-36:16 |

4. DR. LIONEL SAVADIER, M.D.

| Designation Page: Line |
|---|
| 6:8-10 |
| 7:17-9:3 |
| 9:6-10:23 |
| 11:9-17 |
| 11:21-14:25 |
| 15:1-19:20 |
| 20:6-9 |
| 20:15-21:21 |
| 23:5-10 |
| 24:8-25:8 |
| 25:11-28:22 |
| 34:10-24 |
| 35:11-15 |

5. ERIKA YU, P.A.-C

| Designation Page: Line |
|---|
| 6:23-8:7 |
| 8:10-22 |
| 9:8-11:11 |
| 11:21-12:3 |
| 12:8-12 |
| 12:18-22 |
| 13:9-14:4 |

| Designation<br>Page: Line |
| --- |
| 14:10-14 |
| 14:15-15:15 |
| 16:4-17:11 |
| 17:15-18:14 |
| 19:5-21:6 |
| 21:14-27:15 |
| 27:22-28:11 |
| 28:16-20 |
| 47:1-7 |
| 47:15-50:21 |
| 51:13-23 |