UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 17-60264-CIV-MORENO

REINALDO DAMAS MALUFF

    Plaintiff,

vs.

SAM'S EAST, INC.

    Defendant.
_____/

**NOTICE OF TRIAL CONFLICT**

Defendant, Sam's East, Inc., ("Sam's East"), by and through its undersigned counsel, hereby files this Notice of Conflict during the trial period in this matter which commences on October 29, 2018 for two weeks. The undersigned counsel has learned today that they are set for trial commencing on **October 23, 2018 thru October 26, 2018** in the below matter which has been pending since 2016 and is unlikely to be continued.

1. TEAIRA NICOLE REED v. PRIDE OF ST. LUCIE LODGE 1189, INC., Case Number: 2016-CA-001445, set for trial in the Circuit Court for the 19th Judicial Circuit In and For County of St. Lucie, Florida, before Judge Janet Carney Croom, during the trial docket October 23, 2018 until October 26, 2018.

*[signature on following page]*

        Respectfully submitted,

        */s/ Schuyler A. Smith*
        Jerry D. Hamilton, Esq.
        Florida Bar No. 970700
        jhamilton@hamiltonmillerlaw.com
        Schuyler A. Smith, Esq.
        Florida Bar No. 70710
        ssmith@hamiltonmillerlaw.com
        Patricia Concepcion, Esq.
        Florida Bar No. 109058
        pconcepcion@hamiltonmillerlaw.com
        HAMILTON, MILLER & BIRTHISEL, LLP
        *Attorneys for Sam's East, Inc.*
        150 Southeast Second Avenue, Suite 1200
        Miami, Florida 33131-2332
        Telephone:   (305) 379-3686
        Facsimile:   (305) 379-3690

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on October 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

        */s/ Schuyler A. Smith*
        Schuyler A. Smith, Esq.

## **SERVICE LIST**

Gregory Deutch, Esq.
RUBENSTEIN LAW, P.A.
2 S. University Drive, Suite235
Plantation, FL 33324
Tel: (954) 661-6000
Fax: (954) 281-4045
Gregory@rubensteinlaw.com
lcueto@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorneys for Plaintiff*

2

150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690
HAMILTON, MILLER & BIRTHISEL LLP