UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 1:17-CV-60264-MORENO

REINALDO DAMAS MALUFF,

        Plaintiff,

vs.

SAM'S EAST, INC.,

        Defendant.
_____/

## PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE: Hon. Federico A. Moreno | PLAINTIFF'S ATTORNEY: Gregory Deutch, Esq. | DEFENDANT'S ATTORNEY: Schuyler Smith, Esq. |
|---|---|---|
| TRIAL DATE: 2 Week Period Commencing October 29, 2018 | COURT REPORTER: | COURTROOM DEPUTY: |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Medical Records from Advanced Neuro and Spine Institute | |
| 2 | | | | | | Medical Records from Associates MD | |
| 3 | | | | | | Medical Records from LESS Institute | |
| 4 | | | | | | Medical Records from Broward Outpatient Medical Center | |
| 5 | | | | | | Medical Records from Deerfield Beach Outpatient Surgical Center | |
| 6 | | | | | | Medical Records and Films from Diagnostic Professionals | |
| 7 | | | | | | Medical Records from DiMi Nursing | |
| 8 | | | | | | Medical Records and Films from Hollywood Diagnostics Center | |
| 9 | | | | | | Records from Miramar Police Department | |
| 10 | | | | | | Medical Records from Palms Rehab and Wellness | |
| 11 | | | | | | Medical Records and Films from Plantation Open MRI (POM) | |
| 12 | | | | | | Medical Records and Films form Pro Imaging | |
| 13 | | | | | | Medical Records from South Florida Physical Therapy Associates | |
| 14 | | | | | | Medical Records from Spine Solutions | |
| 15 | | | | | | Medical Records and Films from Wide Open MRI | |
| 16 | | | | | | Medical Records and Films from CMI Open MRI of Plantation | |

| PRESIDING JUDGE: Hon. Federico A. Moreno | | | | | | PLAINTIFF'S ATTORNEY: Gregory Deutch, Esq. | | DEFENDANTS ATTORNEY: Schuyler Smith, Esq. |
|---|---|---|---|---|---|---|---|---|
| TRIAL DATE: 2 Week Period Commencing October 29, 2018 | | | | | | COURT REPORTER: | | COURTROOM DEPUTY: |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | | WITNESS |
| 17 | | | | | | Medical Bills from Advanced Neuro and Spine Institute | | |
| 18 | | | | | | Medical Bills from Associates MD | | |
| 19 | | | | | | Medical Bills from Broward Outpatient Medical Center | | |
| 20 | | | | | | Medical Bills from CMI Open MRI of Plantation | | |
| 21 | | | | | | Medical Bills from Diagnostic Professionals | | |
| 22 | | | | | | Medical Bills from DiMi Nursing | | |
| 23 | | | | | | Medical Bills from Hollywood Diagnostics Center | | |
| 24 | | | | | | Medical Bills from Isles | | |
| 25 | | | | | | Medical Bills from Key Health Medical Solutions | | |
| 26 | | | | | | Medical Bills from Less Institute Spine and Orthopedics | | |
| 27 | | | | | | Medical Bills from Modern Anesthesia Company | | |
| 28 | | | | | | Medical Bills Palms Rehab and Wellness | | |
| 29 | | | | | | Medical Bills from Plantation Open MRI (POM) | | |
| 30 | | | | | | Medical Bills from Pro Imaging | | |
| 31 | | | | | | Medical Bills from Sierra Surgical | | |
| 32 | | | | | | Medical Bills from SMB | | |
| 33 | | | | | | Medical Bills from South Florida Physical Therapy Associates | | |
| 34 | | | | | | Medical Bills from Spine Solutions | | |
| 35 | | | | | | Medical Bills from Wide Open MRI | | |
| 36 | | | | | | Summary of Medical Bills | | |
| 37 | | | | | | Plaintiff's Customer Statement (produced by Defendant) | | |
| 38 | | | | | | Store Floor Map (produced by Defendant) | | |
| 39 | | | | | | Defendant's Pallet Jack Operating Procedures Manual (excerpt; produced by Defendant) | | |
| 40 | | | | | | Mortality Table | | |
| 41 | | | | | | Store Surveillance Video | | |