UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 17-CV-60264-MORENO

REINALDO DAMAS MALUFF,

    Plaintiff,

vs.

SAM'S EAST, INC.,

    Defendant.

_____/

## PLAINTIFF'S WITNESS LIST

| PRESIDING JUDGE:<br>Hon. Federico A. Moreno | | | | | PLAINTIFF'S ATTORNEY:<br>Gregory Deutch, Esq. | DEFENDANT'S ATTORNEY:<br>Schuyler Smith, Esq. | |
|---|---|---|---|---|---|---|---|
| TRIAL DATE: 2 Week Period Commencing October 29, 2018 | | | | | COURT REPORTER: | COURTROOM DEPUTY: | |

| PLF. NO. | DEF. NO. | LIVE or BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| 1 | | Elena Montano-Gilly-Live | 30-60 min | | c/o Defendant | Employee of Defendant; anticipated to testify regarding liability | |
| 2 | | David Pazo-Live | 30-60 min | | 3107 N.W. 107th Dr. Sunrise, FL 33351 | Former Employee of Defendant; anticipated to testify regarding liability | |
| 3 | | Dr. Emmanuel Isaac-Live | 30-60 min | | 5801 W. Hallandale Beach Blvd., West Park, FL 33023 | Plaintiff's treating physician; anticipated to testify regarding Plaintiff's physical condition | |
| 4 | | Ericka Yu, P.A.-C-Live | 30-60 min | | 6015 Washington St. Hollywood, FL 33023 | Plaintiff's treating physician; anticipated to testify regarding Plaintiff's physical condition | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Reinaldo Ortega-Maluff-Live | 60-90 min | | c/o Plaintiff | Plaintiff's anticipated testimony: liability, causation, and damages | |
| 6 | | Dr. Kingsley R. Chin-Live | 60-90 min | | 3816 Hollywood Blvd Suite #102 Hollywood, FL 33021 | Plaintiff's treating surgeon and hybrid expert; anticipated to testify regarding causation and damages | |
| 7 | | Whitney Ana Damas-Live | 30-60 min | | 6965 College Court, Apt 1-202, Davie, FL 33317 | Plaintiff's daughter; anticipated to testify regarding Plaintiff's physical condition and damages | |
| 8 | | Vanessa Muse-Live | 30-60 min | | c/o Defendant | Employee of Defendant | |
| 9 | | Record/Billing Custodian-Live | 5-10 min | | Advanced Neuro and Spine Institute 21097 N.E. 27th Ct, Suite 540 Aventura, FL 33180 | Authentication of medical bills and/or records | |
| 10 | | Record/Billing Custodian-Live | 5-10 min | | Associates MD 4780 Davie Road Suite 104 Davie, FL 33314 | Authentication of medical bills and/or records | |
| 11 | | Record/Billing Custodian-Live | 5-10 min | | LESS Institute 3816 Hollywood Blvd., Ste. 102 Hollywood, FL 33021 | Authentication of medical bills and/or records | |
| 12 | | Record/Billing Custodian-Live | 5-10 min | | Broward Outpatient Medical Center 150 S. Andrews Avenue, Ste. 201 Pompano Beach, FL 33069 | Authentication of medical bills and/or records | |
| 13 | | Record/Billing Custodian-Live | 5-10 min | | Deerfield Beach Outpatient Surgical Center 250 SW Natura Avenue, Suite A Deerfield Bch, FL 33441 | Authentication of medical bills and/or records | |
| 14 | | Record/Billing Custodian-Live | 5-10 min | | Diagnostic Professionals 1799 W. Oakland Park Blvd., #201 Ft. Lauderdale, FL 33311 | Authentication of medical bills and/or records | |

Case 0:17-cv-60261-AM Document 124 Entered on FLSD Docket 10/10/2018 Page 2 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | | Record/Billing Custodian-Live | 5-10 min | | DJM Nurses 1708 Corporate Drive Boynton Beach, FL 33426 | Authentication of medical bills and/or records | |
| 16 | | Record/Billing Custodian-Live | 5-10 min | | Hollywood Diagnostics Center 4224 Hollywood Blvd., Hollywood, FL 33021 | Authentication of medical bills and/or records | |
| 17 | | Record Custodian-Live | 5-10 min | | Miramar Police Department 3064 N. Commerce Parkway, Miramar, FL 33025 | Authentication of records | |
| 18 | | Record/Billing Custodian-Live | 5-10 min | | Palms Rehab and Wellness 3661 W. Oakland Park Blvd. Lauderdale Lakes, FL 33311 | Authentication of medical bills and/or records | |
| 19 | | Record/Billing Custodian-Live | 5-10 min | | Plantation Open MRI (POM) 4373 W. Sunrise Blvd., Ft. Lauderdale, FL 33313 | Authentication of medical bills and/or records | |
| 20 | | Record/Billing Custodian-Live | 5-10 min | | Pro Imaging 9000 Sheridan Street Suite 171 Pembroke Pines, FL 33024 | Authentication of medical bills and/or records | |
| 21 | | Record/Billing Custodian-Live | 5-10 min | | South Florida Physical Therapy Associates 2805 E. Oakland Park Blvd., #342 Ft. Lauderdale, FL 33306 | Authentication of medical bills and/or records | |
| 22 | | Record/Billing Custodian-Live | 5-10 min | | Spine Solutions 3850 Sheridan Street Hollywood, FL 33021 | Authentication of medical bills and/or records | |
| 23 | | Record/Billing Custodian-Live | 5-10 min | | Wide Open MRI 1820 N. University Drive, Pembroke Pines, FL 33024 | Authentication of medical bills and/or records | |
| 24 | | Record/Billing Custodian-Live | 5-10 min | | CMI Open MRI of Plantation Centre 70 Bldg. 150 NW 70 Ave #1, Plantation, FL 33317 | Authentication of medical bills and/or records | |

Case 0:17-cv-60264-FAM Document 124 Entered on FLSD Docket 10/10/2018 Page 3 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | | Record/Billing Custodian-Live | 5-10 min | | | Authentication of Defendant's photo, map, and store surveillance video | |
| 26 | | Record/Billing Custodian-Live | 5-10 min | | Isles<br>1900 Oakland Park Blvd., #5345<br>Ft. Lauderdale, FL 33310 | Authentication of medical bills | |
| 27 | | Record/Billing Custodian-Live | 5-10 min | | Key Health Medical Solutions<br>30699 Russell Ranch Road, Suite 175, Westlake Village, CA 91362 | Authentication of medical bills | |
| 28 | | Record/Billing Custodian-Live | 5-10 min | | Modern Anesthesia Company<br>1900 Oakland Park Blvd., #5345<br>Ft. Lauderdale, FL 33310 | Authentication of medical bills | |
| 29 | | Record/Billing Custodian-Live | 5-10 min | | Sierra Surgical<br>19755 Paddlewheel Lane, Reno, NV 89521 | Authentication of medical bills | |
| 30 | | Record/Billing Custodian-Live | 5-10 min | | SMB<br>1900 West Oakland Park Blvd.<br>Ft. Lauderdale, FL 33310 | Authentication of medical bills | |