UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

## SAM'S EAST, INC.'S EXHIBIT LIST

Defendant, SAM'S EAST, INC. ("SAM'S EAST"), by and through its undersigned counsel, and pursuant Fed. R. Civ. P. 26(a)(3), and this Court's Order of Continuance and Order Revising Pretrial Deadlines [DE 112], hereby files its Exhibit List.

| No. | Exhibits Sam's East Expects To Offer | Plaintiff's Objections |
|---|---|---|
| 1. | 1/23/2012 Medical record from Erika Yu, PA, Broward Community Family Health Center | |
| 2. | 2/1/2012 Medical Examination Report for Commercial Driver Fitness Determination | |
| 3. | 2/7/2012 Record from South Broward Vascular Associates | |
| 4. | 10/11/2012 Medical records from Memorial Regional Hospital, Melyvn Rech, DO | |
| 5. | 10/22/2012 Records from Memorial Healthcare System | |
| 6. | 10/22/2012 X-rays of the Lumbar Spine, Dr. Peter Eisenberg, Memorial Hospital Miramar | |
| 7. | 10/22/2012 Report of X-rays of the Lumbar Spine, Dr. Peter Eisenberg, Memorial Hospital Miramar | |

| 8. | 11/2/2012 Medical records from Emmanuel Isaac, DO | |
|---|---|---|
| 9. | 12/7/2012 Medical records from Emmanuel Isaac, DO | |
| 10. | 1/22/2013 Record from Broward Community Family Health Center (West Park, Carolina Betances) | |
| 11. | 1/23/2013 Medical records from Erika Yu, PA, Broward Community Family Health Center | |
| 12. | 2/1/2013 MRI of the Lumbar Spine, Dr. Lionel Savadier, Memorial Hospital Miramar | |
| 13. | 2/1/2013 Report of MRI of the Lumbar Spine, Dr. Lionel Savadier, Memorial Hospital Miramar | |
| 14. | 2/1/2013 MRI of the Thoracic Spine, Dr. Lionel Savadier, Memorial Hospital Miramar | |
| 15. | 2/1/2013 Report of MRI of the Thoracic Spine, Dr. Lionel Savadier, Memorial Hospital Miramar | |
| 16. | 2/1/2013 Medical Records from Memorial Hospital Miramar | |
| 17. | 2/22/2013 Medical records from Broward Community Family Health Center | |
| 18. | 3/6/2013 X-ray of the Thoracic Spine, Dr. Peter Eisenberg, Memorial Hospital Miramar | |
| 19. | 3/6/2013 Report of X-rays of the Thoracic Spine, Dr. Peter Eisenberg, Memorial Hospital Miramar | |
| 20. | 3/6/2013 Medical Records from Memorial Hospital Miramar | |
| 21. | 3/11/2013 Medical records from South Florida Urology Center, Inc. | |
| 22. 23. | 4/30/2013 CT of Abdomen and Pelvis Hematuria dated from Memorial Healthcare System/ Scott Skorupa, MD | |
| 24. | 4/30/2013 Report of CT of Abdomen and Pelvis Hematuria dated from Memorial Healthcare System/ Scott Skorupa, MD | |
| 25. | 8/27/2014 Miramar Police Department Incident/Investigation Report | |
| 26. | 9/2/2014 Patient Intake, Palms Rehab & | |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| | | |
|---|---|---|
| | Wellness | |
| 27. | 1/5/2015 Letter of Protection, Dr. Myers/Spine Solutions, DO PA | |
| 28. | 1/7/2015 Registration Forms, Dr. Myers/Spine Solutions, DO PA | |
| 29. | 1/7/2015 Assignment of Benefits, Dr. Myers/Spine Solutions, DO PA | |
| 30. | 2/2/2015 Assignment of Insurance Benefits, Less Institute | |
| 31. | 2/2/2015 Letter of Protection, Less Institute | |
| 32. | 2/2/2015 Arbitration Agreement, Less Institute | |
| 33. | 3/2/2015 Consent for Treatment, Less Institute | |
| 34. | 3/2/2015 Registration Forms/History and Physical, Less Institute | |
| 35. | 6/29/2015 X-Ray of the Lumbar Spine, William Ganz, M.D., Associates MD | |
| 36. | 6/29/2015 Report X-Ray of the Lumbar Spine, William Ganz, M.D., Associates MD | |
| 37. | 7/22/2015 Letter of Protection, Deerfield Beach Outpatient Surgical Center | |
| 38. | 8/4/2015 Registration forms/Accident Patient Questionnaire, Oakland Park MRI d/b/a DPI of Ft. Lauderdale | |
| 39. | 8/4/2015 Letter of Protection, Oakland Park MRI d/b/a DPI of Ft. Lauderdale | |
| 40. | 8/4/2015 Assignment of Benefits, Oakland Park MRI d/b/a DPI of Ft. Lauderdale | |
| 41. | 10/6/2015 Medical records from Hallandale Medical Center/ Juan Borja, DO | |
| 42. | 10/8/2015 Medical Records from Ebrahim Mostoufi, MD (Memorial Healthcare System) from | |
| 43. | 10/12/2015 Patient Lien, South Florida Physical Therapy Associates | |
| 44. | 10/29/2015 Medical records from Hallandale Medical Center/ Juan Borja, DO | |
| 45. | 11/16/2015 Medical Records from Ebrahim Mostoufi, MD (Memorial Healthcare System) | |
| 46. | 6/2/2016 Registration Forms, POM MRI & Imaging Centers | |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| 47. | 6/2/2016 Letter of Protection Regarding Medical Bills/Assignment of Insurance Benefits, POM MRI & Imaging Centers | |
| --- | --- | --- |
| 48. | 10/3/2017 Registration Forms, CMI Plantation | |
| 49. | 10/3/2017 Letter of Protection Regarding Medical Bills, CMI Plantation | |
| 50. | 10/3/2017 Provider's Lien, Hollywood Diagnostics Center | |
| 51. | Medical records from Memorial Healthcare System | |
| 52. | Medical records from Memorial Hospital West | |
| 53. | Medical records from Erika Yu, PA, Broward Community Family Health Center | |
| 54. | Certification of Business Records, South Broward Community Health Services | |
| 55. | Certification of Business Records, Memorial Healthcare Systems | |
| 56. | Affidavit for Certification, Broward Community & Family Health Center | |
| 57. | Affidavit for Certification, Hallandale Medical Center | |

Sam's East reserves the right to supplement and/or amend this Exhibit List before trial and as information becomes known.

**Date: October 12, 2018**

Respectfully submitted,

*/s/ Schuyler A. Smith*
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Schuyler A. Smith*
Schuyler A. Smith, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Gregory Deutch, Esq. | Anthony J. Soto, Esq. |
| Rubenstein Law, P.A. | RUBENSTEIN LAW, P.A. |
| 2 S. University Drive, Suite 235 | 9130 South Dadeland Blvd. |
| Plantation, FL 33324 | Datran II – PH |
| Tel: (954) 661-6000 | Miami, FL  33156 |
| gregory@rubensteinlaw.com | Tel: (305) 661-6000 |
| eservice@rubensteinlaw.com | Fax: (786) 230-2934 |
| *Attorneys for Plaintiff* | tony@rubensteinlaw.com |
| | nancy@rubensteinlaw.com |
| | eservice@rubensteinlaw.com |
| | *Attorney for Plaintiff* |