UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

## SAM'S EAST, INC.'S WITNESS LIST

Defendant, SAM'S EAST, INC. ("SAM'S EAST"), by and through its undersigned counsel, and pursuant Fed. R. Civ. P. 26(a)(3), and this Court's Order of Continuance and Order Revising Pretrial Deadlines [DE 112], hereby files its Witness List.

| No. | Name and Address of witness Sam's East expects to present and call. | Expected to be present | Expert Witness | Testimony by Deposition |
|---|---|---|---|---|
| 1. | Darling Dareisy Herrera-Izaguirre<br><br>Ms. Herrera-Izaguirre is expected to provide testimony regarding the Plaintiff's alleged incident and damages and Plaintiff's physical condition prior to and following the alleged incident. | √ | | |
| 2. | Officer O J. Ramos, Miramar Police Department<br><br>Officer Ramos is expected to testify regarding the investigation into the incident and Plaintiff's admissions regarding pre-existing conditions. | √ | | |

| | | | | |
|---|---|---|---|---|
| 3. | Corporate Representative Sam's East, Inc. c/o Hamilton Miller & Birthisel, LLP<br><br>Sam's East's Corporate Representative is expected to provide testimony regarding the store's policies and procedures, and the store's lack of substantially similar incidents prior to the incident. | √ | | |
| 4. | Paul Koenigsberg, M.D.<br><br>Dr. Paul Koenigsberg is a board certified radiologist who is expected to testify concerning the nature, extent, and validity, if any, of Plaintiff's alleged injuries based on his review of Plaintiff's diagnostic films pre and post incident. | √ | √ | |
| 5. | Kenneth L. Jarolem, M.D. Orthopaedic Center of South Florida<br><br>Dr. Jarolem is expected to testify as to the nature, cause and extent of the Plaintiff's alleged injuries, including but not limited to the alleged injuries/surgeries to Plaintiff's back and neck. He will testify about the reasonableness and necessity of the medical bills incurred, treatment received by the Plaintiff, whether Plaintiff has a permanent injury, whether Plaintiff needs future medical care or treatment as a result of Plaintiff's alleged incident and regarding Plaintiff's pre-existing conditions. | √ | √ | |

2

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| | | | | |
|---|---|---|---|---|
| | | | | |
| 6. | Jayson Maury A MD<br>South Florida Urology Center, Inc.<br><br>Dr. Maury is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff prior to the alleged incident. | √ | | |
| 7. | Ebrahim Mostoufi, MD<br><br>Dr. Mostoufi is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff post incident. | √ | | |
| 8. | Scott Skorupa, MD<br>1150 North 35th Avenue, Suite 605<br>Hollywood, FL 33021<br><br>Dr. Skorupa is a board certified radiologist who is expected to testify about the nature, extent, and validity, if any, of Plaintiff's alleged injuries based on his review of Plaintiff's diagnostic films pre incident. | √ | | √(only if unable to make trial in person) |
| 9. | Peter Eisenberg, MD<br>Memorial Hospital Miramar<br><br>Dr. Eisenberg is a board certified radiologist who is expected to testify about the nature, extent, and validity, if any, of Plaintiff's alleged injuries based on his review of Plaintiff's diagnostic films pre incident. | √ | | √<br>(only if unable to make trial in person) |

3

| 10. | Savadier Lionel, MD<br><br>Memorial Hospital Miramar<br>Dr. Lionel is a board certified radiologist who is expected to concerning the nature, extent, and validity, if any, of Plaintiff's alleged injuries based on his review of Plaintiff's diagnostic films pre incident. | √ | | √<br>(only if unable to make trial in person) |
|---|---|---|---|---|
| 11. | Melyvn H. Rech, DO<br>Memorial Healthcare System<br><br>Mr. Rech is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff prior to the alleged incident. | √ | | |
| 12. | Hallandale Medical Center Records Custodian<br><br>The Records Custodian for Hallandale Medical Center is expected to authenticate medical records. | √ | | |
| 13. | Juan Borja, DO<br><br>Dr. Borja is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff prior to and following the alleged incident. | √ | | |
| 14. | Dr. William Ganz<br><br>Dr. Ganz is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff following the alleged incident. | √ | | |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| 15. | Mechell Davis, ARNP

Ms. Davis is expected to provide testimony regarding medical treatment, diagnosis and examinations of plaintiff prior to the alleged incident. | √ | | |
|---|---|---|---|---|
| 16. | Carolina Betances

Ms. Betances is expected to provide testimony regarding medical treatment, diagnosis and examinations of plaintiff prior to the alleged incident. | √ | | |
| 17. | Dr. Jeffrey Hertz, MD

Dr. Hertz is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff prior to the alleged incident. | √ | | |
| 18. | Dr. Ivan Lizarazo

Dr. Lizarazo is expected to provide testimony regarding medical treatment, diagnosis and his examinations of plaintiff prior to the alleged incident. | √ | | |
| 19. | Vincent Ortiz
On Track Investigations, Inc.

Vincent will be called to testify about surveillance of the Plaintiff and authenticate surveillance videos of the Plaintiff. | √ | | |

| | | | | |
|---|---|---|---|---|
| 20. | Chris Wilson<br>On Track Investigations, Inc.<br><br>Chris will be called to testify about surveillance of the Plaintiff and authenticate surveillance videos of the Plaintiff. | √ | | |
| 21. | James Daguillard<br>On Track Investigations, Inc.<br><br>James will be called to testify about surveillance of the Plaintiff and authenticate surveillance videos of the Plaintiff. | √ | | |
| 22. | Leonardo Quintero<br>On Track Investigations, Inc.<br><br>Leonardo will be called to testify about his conversations with Darling Dareisy Herrera-Izaguirre regarding the alleged incident. | | | |

Sam's East, Inc. reserves the right to supplement and/or amend this Witness List before trial and as information becomes known.

**Date: October 12, 2018**

Respectfully submitted,

*/s/ Schuyler A. Smith*
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Schuyler A. Smith*
Schuyler A. Smith, Esq.

## SERVICE LIST

Gregory Deutch, Esq.
Rubenstein Law, P.A.
2 S. University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
gregory@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorneys for Plaintiff*

Anthony J. Soto, Esq.
RUBENSTEIN LAW, P.A.
9130 South Dadeland Blvd.
Datran II – PH
Miami, FL 33156
Tel: (305) 661-6000
Fax: (786) 230-2934
tony@rubensteinlaw.com
nancy@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorney for Plaintiff*