UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.

_____/

## SAM'S EAST, INC.'S OBJECTIONS TO PLAINTIFF'S LISTED WITNESSESS [DE 124]

## INDEX TO OBJECTIONS

**R–Relevancy | NO–No Objection O–Other**

| PLF No. | DEF Objection | WITNESS | Description of Witness |
|---|---|---|---|
| 1. | R-Irrelevant as Defendant has admitted liability i.e. that it owed a duty and breached that duty, and is defending this case on causation and damages only. | Elena Montano-Gilly-Live | Employee of Defendant; anticipated to testify regarding liability |
| 2. | R-Irrelevant as Defendant has admitted liability i.e. that it owed a duty and breached that duty, and is defending this case on causation and damages only. | David Pazo-Live | Former Employee of Defendant; anticipated to testify regarding liability |
| 3. | NO | Dr. Imaanuel Isaac-Live | Plaintiff's treating physician; anticipated to testify regarding Plaintiff's physical condition |
| 4. | NO | Ericka YU, P.A.-C-Live | Plaintiff's treating physician; anticipated to testify regarding Plaintiff's physical condition |

| PLF No. | DEF Objection | WITNESS | Description of Witness |
|---|---|---|---|
| 5. | R- Irrelevant as to liability as Defendant has admitted liability i.e. that it owed a duty and breached that duty, and is defending this case on causation and damages only.  NO as to causation and damages. | Reinaldo Damas Maluff-Live | Plaintiff anticipates to testify regarding liability, causation, and damages |
| 6. | NO | Dr. Kingsley R. Chin-Live | Plaintiff's treating surgeon and hybrid expert; anticipated to testify regarding causation and damages |
| 7. | NO | Whitney Ana Damas-Live | Plaintiff's daughter; anticipated to testify regarding Plaintiff's physical condition and damages |
| 8. | R-Irrelevant as Defendant has admitted liability i.e. that it owed a duty and breached that duty, and is defending this case on causation and damages only.  O- Plaintiff has failed to put a description of the witnesses' testimony. | Vanessa Muse-Live | Employee of Defendant |
| 9. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 10. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 11. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 12. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| PLF No. | DEF Objection | WITNESS | Description of Witness |
|---|---|---|---|
| 13. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 14. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 15. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 16. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 17. | NO | Record/Billing Custodian-Live | Authentication of records |
| 18. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 19. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 20. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 21. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 22. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 23. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |
| 24. | NO | Record/Billing Custodian-Live | Authentication of medical bills and/or records |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| PLF No. | DEF Objection | WITNESS | Description of Witness |
|---|---|---|---|
| 25. | R, UP- Irrelevant as Defendant has admitted liability i.e. that it owed a duty and breached that duty, and is defending this case on causation and damages only. Therefore, the Defendant's policies regarding the use of pallet's and pallet jack's and the floor map of the store are irrelevant to causation and damages. The CCTV footage is irrelevant since Defendant has admitted the incident occurred and is cumulative of testimony from Plaintiff regarding same. It is also unduly prejudicial and provides no insight into causation or damages. | Record/Billing Custodian-Live | Authentication of Defendant's written policies, floor map, and store surveillance video |
| 26. | NO | Record/Billing Custodian-Live | Authentication of medical bills |
| 27. | NO | Record/Billing Custodian-Live | Authentication of medical bills |
| 28. | NO | Record/Billing Custodian-Live | Authentication of medical bills |
| 29. | NO | Record/Billing Custodian-Live | Authentication of medical bills |
| 30. | NO | Record/Billing Custodian-Live | Authentication of medical bills |

**Date: October 16, 2018**

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

Respectfully submitted,

/s/ Schuyler A. Smith
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone: (305) 379-3686
Facsimile: (305) 379-3690

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Schuyler A. Smith
Schuyler A. Smith, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Gregory Deutch, Esq. | Anthony J. Soto, Esq. |
| Rubenstein Law, P.A. | RUBENSTEIN LAW, P.A. |
| 2 S. University Drive, Suite 235 | 9130 South Dadeland Blvd. |
| Plantation, FL 33324 | Datran II – PH |
| Tel: (954) 661-6000 | Miami, FL 33156 |
| gregory@rubensteinlaw.com | Tel: (305) 661-6000 |
| eservice@rubensteinlaw.com | Fax: (786) 230-2934 |
| *Attorneys for Plaintiff* | tony@rubensteinlaw.com |
| | nancy@rubensteinlaw.com |
| | eservice@rubensteinlaw.com |
| | *Attorney for Plaintiff* |