UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

**SAM'S EAST, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS [DE 123]**

### Index To Objections

**A–Authenticity | I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)**
**R–Relevancy | H–Hearsay | UP–Unduly prejudicial-probative value outweighed by undue prejudice**
**P–Privileged | F- Foundation | OS- Outside Scope | Q- Outside qualification of witness | NO–No Objection | AO–All Objections | O–Other**

| Pltf. Ex. No. | Def. Objection | Description of Exhibits |
|---|---|---|
| 1. | A,H | Medical Records from Advanced Neuro and Spine Institute |
| 2. | A,H,R | Medical Records from Associates MD |
| 3. | A,H,R,I | Medical Records from LESS Institute |
| 4. | A,H | Medical Records from Broward Outpatient Medical Center |
| 5. | A,H,R,I | Medical Records from Deerfield Beach Outpatient Surgical Center |
| 6. | A,H,R,I | Medical Records and Films from Diagnostic Professionals |
| 7. | A,H,R | Medical Records from DiMi Nursing |

| **Pltf. Ex. No.** | **Def. Objection** | **Description of Exhibits** |
|---|---|---|
| 8. | A,H | Medical Records and Films from Hollywood Diagnostics Center |
| 9. | NO | Records from Miramar Police Department |
| 10. | A,H | Medical Records from Palms Rehab and Wellness |
| 11. | A,H,R,I | Medical Records and Films from Plantation Open MRI (POM) |
| 12. | A,H | Medical Records and Films form Pro Imaging |
| 13. | A,H | Medical Records from South Florida Physical Therapy Associates |
| 14. | A,H,R | Medical Records from Spine Solutions |
| 15. | A,H,R | Medical Records and Films from Wide Open MRI |
| 16. | A,H | Medical Records and Films from CMI Open MRI of Plantation |
| 17. | A,H | Medical Bills from Advanced Neuro and Spine Institute |
| 18. | A,H | Medical Bills from Associates MD |
| 19. | A,H | Medical Bills from Broward Outpatient Medical Center |
| 20. | A,H | Medical Bills from CMI Open MRI of Plantation |
| 21. | A,H | Medical Bills from Diagnostic Professionals |
| 22. | A,H | Medical Bills from DiMi Nursing |
| 23. | A,H | Medical Bills from Hollywood Diagnostics Center |
| 24. | A,H | Medical Bills from Isles |
| 25. | A,H | Medical Bills from Key Health Medical Solutions |
| 26. | A,H | Medical Bills from Less Institute Spine and Orthopedics |
| 27. | A,H | Medical Bills from Modern Anesthesia Company |

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| Pltf. Ex. No. | Def. Objection | Description of Exhibits |
|---|---|---|
| 28. | A,H | Medical Bills Palms Rehab and Wellness |
| 29. | A,H | Medical Bills from Plantation Open MRI (POM) |
| 30. | A,H | Medical Bills from Pro Imaging |
| 31. | A,H | Medical Bills from Sierra Surgical |
| 32. | A,H | Medical Bills from SMB |
| 33. | A,H | Medical Bills from South Florida Physical Therapy Associates |
| 34. | A,H | Medical Bills from Spine Solutions |
| 35. | A,H | Medical Bills from Wide Open MRI |
| 36. | Not Produced to Defendant, UP, A | Summary of Medical Bills |
| 37. | NO | Plaintiff's Customer Statement (produced by Defendant) |
| 38. | R | Store Floor Map (produced by Defendant) |
| 39. | R | Defendant's Pallet Jack Operating Procedures Manual (excerpt; produced by Defendant) |
| 40. | A,H,F,I | Mortality Table |
| 41. | R,UP | Store Surveillance Video |

**Date: October 16, 2018**

Respectfully submitted,

/s/ Schuyler A. Smith
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Schuyler A. Smith*
Schuyler A. Smith, Esq.

## SERVICE LIST

Gregory Deutch, Esq.
Rubenstein Law, P.A.
2 S. University Drive, Suite 235
Plantation, FL 33324
Tel: (954) 661-6000
gregory@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorneys for Plaintiff*

Anthony J. Soto, Esq.
RUBENSTEIN LAW, P.A.
9130 South Dadeland Blvd.
Datran II – PH
Miami, FL 33156
Tel: (305) 661-6000
Fax: (786) 230-2934
tony@rubensteinlaw.com
nancy@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorney for Plaintiff*