UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60264-CIV-MORENO

REINALDO DAMAS MALUFF

       Plaintiff,

vs.

SAM'S EAST, INC.

       Defendant.
_____/

### DEFENDANT'S UNOPPOSED AMENDED MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT INTO COURTROOM

Defendant, Sam's East, Inc., ("Sam's East"), by and through its undersigned counsel, and pursuant to Local Rule 77.1 hereby files its Unopposed Amended[1] Motion for leave to allow certain electronic equipment to the trial of this case.

This case is set for trial commencing on November 5, 2018 in Courtroom 13-3 before Judge Federico A. Moreno. Sam's East seeks authorization for certain individuals to bring a laptop computer (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment) into the Courthouse for use during the trial for the display of PowerPoint presentations and exhibits or for administrative and paralegal support, as well as a cell phone and other audiovisual equipment which the Court may not have available for use.

Specifically, Sam's East seeks authority for the following individuals to bring the requested equipment into the Courthouse:

---

[1] Amended to reflect new trial period and to include Sam's East's experts

- Jerry Hamilton (attorney): one cell phone, one laptop/tablet, one ipad, ancillary power supplies, cables, and connectors;

- Schuyler Smith (attorney): one cell phone, one laptop/tablet, one ipad, ancillary power supplies, cables, and connectors;

- Patricia Concepcion (attorney): one cell phone, one laptop/tablet, one ipad, ancillary power supplies, cables, and connectors;

- Natasha Alvarez (paralegal): one cell phone, one laptop, one external hard drive, AV distribution amps, AV Cart, ELMO, Screen, Multimedia projector and ancillary power supplies, cables, and connectors;

- Paul Koenigsberg, M.D. (Sam's East expert): one cell phone;

- Kenneth Jarolem (Sam's East expert): one cell phone; and

- Technology Manager: one cell phone, one cell phone charger, trial Laptop, laptop charger, VGA Cord, mini jack audio cable, track ball mouse, power strip, head phone, ear buds DVD Drive, USB cable, thumb drive with case files and computer bag.

Sam's East respectfully requests that the electronic equipment set forth above be permitted to be brought into the Courtroom where the trial of this matter will be held and that Sam's East be permitted to set-up same prior to the start of trial, and request an Order granting same.

**WHEREFORE**, Defendant, Sam's East, moves this court for an order granting its Motion and entering an Order allowing Sam's East and the above listed persons to bring the electronic equipment set forth above into the Courtroom 13-3 for its use at trial beginning on November 5, 2018 before Judge Federico A. Moreno,

and that Sam's East be permitted to set-up its electronic equipment prior to the start of trial. The undersigned also requests authorization for its technology personnel to test their audiovisual equipment at a convenient time prior to the first day of trial to avoid any technological issues at trial.

### Certificate of Good-Faith Compliance

In accordance with Local Rule 7.1(a)(3) prior to filing this motion, Sam's East, through its undersigned counsel, conferred with Plaintiff's counsel, who does not oppose the relief sought.

**Dated: October 30, 2018**

Respectfully submitted,

*/s/ Schuyler A. Smith*
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
Patricia Concepcion, Esq.
Florida Bar No. 109058
pconcepcion@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Sam's East, Inc.*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

                                      */s/ Schuyler A. Smith*
                                      Schuyler A. Smith, Esq.

## **SERVICE LIST**

Gregory Deutch, Esq.
Anthony J. Soto, Esq.
RUBENSTEIN LAW, P.A.
9130 S. Dadeland Blvd, Penthouse Suite
Miami, FL 33156
Tel: (786) 523-7230
Fax: (786) 219-0934
gregory@rubensteinlaw.com
tony@rubensteinlaw.com
eservice@rubensteinlaw.com
*Attorney for Plaintiff*

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690