UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:17-cv-60264

REINALDO DAMAS MALUFF

        Plaintiff,

vs.

SAM'S EAST, INC.

        Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED AMENDED MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT INTO COURTROOM**

This matter having come to be heard on Defendant, Sam's East, Inc., ("Sam's East"), Unopposed Amended Motion for Leave to Allow Electronic Equipment into Courtroom ("Motion"), and being otherwise fully advised, it is hereupon:

**ORDERED AND ADJUDGED** that Sam's East's Motion is Granted._____

Done and Ordered in Miami, Florida on this ____ day of _____, 2018.

                                              _____
                                              The Honorable Federico A. Moreno
                                              United States Magistrate Judge

Copies furnished to:
Counsel of record