UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-60264-CIV-MORENO**

REINALDO DAMAS MALUFF,

       Plaintiff,

vs.

SAM'S EAST, INC.,

       Defendant.

_____/

**VERDICT FORM**

We, the jury, return the following verdict:

1. Was Sam's East, Inc.'s breach of a duty owed, the legal cause of loss, injury, or damage to Reinaldo Damas Maluff?

    YES _____    NO __✓__

*If your answer to question 1 is "NO", then your verdict is for Sam's East, Inc. and you should not proceed further, except to sign and date this verdict form and return it to the courtroom. If your answer to question 1 is "YES," please proceed to answer question 2.*

2. What is the total amount of Reinaldo Damas Maluff's damages for medical expenses incurred in the past and to be incurred in the future:

    $_____

3. What is the total amount of Reinaldo Damas Maluff's damages for pain and suffering, physical impairment, disability, mental anguish, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future:

    $_____

SO SAY WE ALL this __7__ day of November, 2018.