```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                Case No. 17-60264-Civ-MORENO

REINALDO DAMAS MALUFF,        ) Pages 1-86
                              )
              Plaintiff,      )
                              )
        -v-                   )
                              )
SAM'S EAST, INC.,             )
                              ) Miami, Florida
              Defendant.      ) November 5, 2018
----------------------------- )
```

                        EXCERPT

    TRANSCRIPT OF TRIAL TESTIMONY OF KINGSLEY RICHARD CHIN

          BEFORE THE HONORABLE FEDERICO A. MORENO

             U.S. DISTRICT JUDGE, and a jury


APPEARANCES:

```
For the Plaintiff        RUBENSTEIN LAW, P.A.
                         BY:  GREGORY A. DEUTCH, ESQ., and
                         ANTHONY J. SOTO, ESQ.
                         9155 South Dadeland Boulevard
                         Suite 1600
                         Miami, Florida  33156


For the Defendant        HAMILTON MILLER & BIRTHISEL, LLP
                         BY:  JERRY D. HAMILTON, ESQ., and
                         SCHUYLER A. SMITH, ESQ.
                         150 Southeast 2nd Avenue - Suite 1200
                         Miami, Florida  33131


REPORTED BY:             WILLIAM G. ROMANISHIN, RMR, FCRR, CRR
(305) 523-5558           Official Court Reporter
                         400 North Miami Avenue
                         Miami, Florida  33128
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1              (Call to order of the Court)
 2        *    *    *    *    *    *    *    *    *    *
 3              (Jury present)
 4        KINGSLEY RICHARD CHIN, PLAINTIFF'S WITNESS, SWORN
 5              THE COURT:  Have a seat.  Tell us your name and spell
 6   it for us, if you can, please.
 7              THE WITNESS:  Good afternoon.  My name is
 8   Dr. Kingsley Richard Chin, K-i-n-g-s-l-e-y, Richard,
 9   R-i-c-h-a-r-d, C-h-i-n.  I'm a Board-certified orthopedic
10   spine surgeon.  I'm a professor as well.
11              MR. SOTO:  May I proceed, Your Honor?
12              THE COURT:  You may.
13              MR. SOTO:  Thank you, Your Honor.  May it please the
14   Court.
15                         DIRECT EXAMINATION
16   BY MR. SOTO:
17   Q.  Good afternoon, Dr. Chin.  Thank you for your patience and
18   for waiting so long.
19   A.  Good afternoon, counsel.
20   Q.  We heard that you are a Board-certified orthopedic
21   surgeon.  Would you please tell the ladies and gentlemen of
22   the jury what your job duties are as an orthopedic surgeon,
23   Doctor?
24   A.  Sure.  I'm an orthopedic surgeon, and so I focus on
25   treating anything to do with the musculoskeletal system;
```

1    that's the muscles, the tendons, the ligaments, the joints,

2    the bones of the skeleton, including the spine; so any injury

3    related to those areas, any pathology, maybe arthritis, maybe

4    infection, tumors, so forth.

5    Q.   Okay, Doctor.  I will get into that a little bit more.

6    But let me just get a little background information so that

7    the ladies and gentlemen of the jury are familiar with that.

8         Would you please give us the benefit of your

9    educational background?  Start with college on up, Doctor.

10   A.   Well, I came to the United States from high school.  Went

11   to Columbia University in New York City.  Spent five years

12   there.  I did a dual degree:  One in mathematics that was in

13   the college, and an electrical engineering degree in the

14   engineering school.  They had a special program for five

15   years.

16        I was a member of the Honor Society for electrical

17   engineering.  I was president of the senior class at Columbia.

18   I also played athletics.  That's actually how I came to the

19   country, through an athletic scholarship.  I was an Ivy League

20   player of the year in soccer.

21        I then went to spend three years working in business.

22   I wasn't sure exactly what I wanted to do next and I wanted

23   some experience.  So I went into consulting.  During that time

24   I spent some time in health care at Cigna Insurance and I

25   decided I wanted to become a doctor.

CHIN - Direct (Soto)

1           So then I went to medical school, went to Harvard

2    Medical School, where I graduated with honors.  I was then

3    admitted to the Harvard orthopedic program, a very difficult

4    program to get in.  I was the only honor medical student in

5    that year.

6           From there I went to spend a year specializing in

7    just spine surgery.  That was in Cleveland with Dr. Bowman.

8    After that, I was admitted to the orthopedic department at the

9    University of Pennsylvania.  They were looking for a chief of

10   spine surgery.

11          Because of my extensive experience in research and my

12   training, I actually got the job both as the chief of spine

13   surgery surgeon as well as an assistant professor to teach in

14   the medical school.  I spent four years there, then decided I

15   wanted to move to Florida where I wanted to set up an

16   outpatient based practice, focus on less invasive surgery.

17          Since that time I've been a professor at the Florida

18   International University School of Medicine, Herbert Wertheim.

19   I've been a professor at the Florida Atlantic University, the

20   Charles Schmidt College of Medicine.  I am now recently a

21   professor at the University of Technology in Jamaica where I

22   also practice.

23          So I continue to be academically oriented even though

24   I'm in private practice.

25   Q.  Dr. Chin, you had mentioned that you're Board certified.

CHIN - Direct (Soto)

1    I mean, we all know, since we're in this practice, what that

2    is.  The ladies and gentlemen may not know.  Please tell us

3    what Board certification means in your profession.

4    A.  Well, Board certification was established to have a group

5    or body that would determine what they considered to be

6    standard of practice, and from there they would admit surgeons

7    who they feel satisfy those.  So, in orthopedics, every ten

8    years you get recertified.  And so I've been certified and

9    I've been recertified.

10   Q.  After medical school, was your residency done at U-Penn?

11   A.  My residency was done at Harvard.  My first job was at the

12   University of Pennsylvania.

13   Q.  Is that another Ivy League institution?

14   A.  Yes.  I was an assistant professor there.

15   Q.  Doctor, when did you come to Florida and open your

16   practice?

17   A.  2007.

18   Q.  So have you been licensed in the state of Florida since

19   2007?

20   A.  That's correct.

21   Q.  Are you currently licensed in the state of Florida to

22   practice medicine and to perform orthopedic surgery?

23   A.  I'm licensed in Florida, I'm licensed in New York City,

24   New York state and New Jersey.

25   Q.  Okay.  Doctor, let's talk about Mr. Maluff.

CHIN - Direct (Soto)

1          Did there come a time when you came to treat and meet
2    Reinaldo Maluff?
3    A.   Yes.   March 2015.
4    Q.   Okay.   And under what circumstances?   Please explain to us
5    and please refer to your notes and your chart, if you have it.
6    Please explain to the jury under what circumstances he came to
7    see you and for what reasons, what complaints he had.   Please
8    tell us.
9    A.   Yes.   He came to see me.   He had suffered an injury at
10   Sam's Club and he actually had been treated quite extensively
11   by other doctors.   And so, by the time he came to see me, it
12   was now several months from his injury.   I think his injury
13   was August of 2014.
14   Q.   So was it your understanding that he had undergone a
15   conservative course of treatment prior to him seeing an
16   orthopedic surgeon such as yourself, sir?
17   A.   Yes.
18   Q.   Okay, sir.   So what else did you find out?   What did you
19   do for him at that time?
20   A.   Well, being a specialist, I rely on my own exams and
21   observations.   So I wanted to look at him as if he had not
22   gone through all of that.   So my exam was complete, his entire
23   body, looking to see if there's anything that could give me an
24   idea of whether or not he's a surgical candidate.
25          So on my exam he was explaining of neck pain and back

1  pain.  Those were his chief complaints, somewhat in his

2  thoracic spine as well.  So mid back to lower back and his

3  neck pain.

4  Q.  So what were his complaints at that time?  Did he have

5  low-back complaints, sir?

6  A.  Yes.  Low back, mid back and his neck.

7  Q.  What did you recommend?  What was your plan of treatment

8  for him after that first visit?

9  A.  Well, he came with a previous MRI, and I think he had the

10  MRI in October 2014.  His injury was in August.

11      He didn't have a cervical MRI.  I think he also had a

12  thoracic.  So I wanted to say a cervical MRI so I could

13  evaluate the totality of his complaints.

14      So I asked him to obtain that, which I think he did

15  two days later.  March 2nd, I think I saw him, 2015.  He had

16  the MRI of his neck on March 4th.  Then he returned to see me

17  in May of 2015.

18  Q.  What transpired during that visit?  Just give us in

19  general what the history was that he gave you and what you

20  found.

21  A.  Well, he continued to have the same complaints.  But now I

22  had the MRI to see what I could find objectively.

23      We looked at his MRI of the cervical spine and it was

24  very clear that he had an injury at C5-6.  There was some

25  edema around the disk.  It had herniated.  His neck alignment

1    was now in kyphosis, which is the opposite of what it should

2    be in.

3    Q.   What does that mean, Doctor, kyphosis?

4    A.   That means instead of your neck looking like a C, it

5    started to look more like a D.  So it's curving forward

6    instead of curving backwards.  And the disk was herniated and

7    pushing against his spinal cord.

8            I reviewed his thoracic MRI and he had a herniated

9    disk between T5 and T6.  So I thought that complained the mid

10   back symptoms.

11           I looked at his MRI of his lumbar spine, and it

12   showed that at the lowest level, the L5 to S1 level, he had a

13   herniated disk there.  Again, there was similar edema around

14   the end plate.  There was some stenosis there.

15           And so I thought these were three MRI results that

16   were consistent with the complaints he exhibited.

17   Q.   Okay.  Sir, did you recommend any source of treatment,

18   therapy, injections, any pain management recommendations?  Did

19   he undergo that?  Please tell us.

20   A.   We consistently discussed the options other than surgery.

21   So we talked about physical therapy, continue with that,

22   injections, and also gave him a surgical recommendation, which

23   as a surgeon we're obligated to do.

24   Q.   And what was the election at that time, sir?

25   A.   For his cervical spine, I felt he would benefit from a

CHIN - Direct (Soto)

1    fusion at C5-C6.  Thoracic spine, I thought he could also

2    benefit from either a decompression or maybe a fusion there.

3    In his lumbar spine, I thought he would benefit from an L5-S1

4    fusion.

5    Q.  Did there come a time when surgery was performed and he

6    elected surgery to his lumbar spine, Doctor?

7    A.  Yes.  He elected to do the lumbar surgery, and I think we

8    did that in July.

9    Q.  If my records are correct -- and please refer to yours so

10   that I know that I'm right -- it appears that you performed a

11   surgery on July 22, 2015.

12        The first question is, am I correct that is when the

13   surgery was performed?

14   A.  Yes.

15   Q.  Did you perform that surgery?

16   A.  Yes, I did.

17   Q.  Were you present during the entire surgery?

18   A.  Yes, I did.  I was.

19   Q.  Prior to that surgery, Dr. Chin, did you explain to

20   Mr. Maluff the risks and/or benefits involved in a surgery

21   such as you were recommending?

22   A.  Yes, I do.  And if you were to look at my consent form,

23   it's very extensive.  It requires that the patient sign each

24   of the risks, and this is my practice because I feel it's

25   important for a patient to not just listen to a list of risks

CHIN - Direct (Soto)

1  but actually see each one of them and initial each one of

2  them.  So that's what I did.

3  Q.  What are some of the risks associated with the type of

4  surgery you were recommending that Mr. Maluff undertake at

5  that time?

6  A.  Well, a spine surgery, paralysis is always part of that,

7  injury to the nerves.  He can have infection, bleeding.  He

8  can have death from anesthesia that develops from the

9  surgery.

10       We're using implants.  We're using screws in the

11  back.  We're replacing the disks with plastic disks.  These

12  could migrate and the screws could break.  You could have

13  misplacement of these devices, a whole host of problems during

14  spine surgery.  It's probably one of the more challenging

15  surgeries to do.

16  Q.  And with that type of information, did Mr. Maluff consent

17  to having the surgery performed on July 22, 2015?

18  A.  Yes, he did.

19  Q.  And what was the type of surgery that you performed?  What

20  was the title of it or what did you do?

21  A.  We did a lumbar decompression where we removed the disk

22  from a posterior approach and replaced the disk with two

23  plastic cages.  We also opened a space for the nerves.  We did

24  laminectomies.  We also placed four screws connected by two

25  rods and applied bone graft, which is donated bone graft, to

CHIN - Direct (Soto)

1   allow for fusion.
2   Q.  I'm not following that.  Can you explain to us why it is
3   that you needed to put screws in his lumbar spine, sir?
4   A.  Well, once you get that kind of injury and you have the
5   pain from it, movement usually makes it worse.  So we place
6   screws to stop the movement.
7   Q.  Is this an acceptable procedure within the medical
8   community, specifically amongst orthopedic surgeons?
9   A.  Yes.
10  Q.  Do you know how long that surgery took?  I'm sorry.  Let
11  me back up.
12          Where did that surgery take place, sir?
13  A.  We did it at Deerfield Outpatient Surgery Center.
14  Q.  Now, why not do that type of procedure in a hospital?  Why
15  the outpatient surgery as opposed to the hospital, sir?
16  A.  Well, it depends on your focus.  It depends on your
17  philosophy regarding.  It can be most of these surgeries are
18  done in hospitals.  More and more have been done outpatient.
19  But for me, outpatient is far better for the patient, better
20  for me than inpatient by far.  The data has been clear on it.
21  Q.  Is this type of surgery done under general anesthesia?
22  A.  Yes.
23  Q.  And that can also be done under outpatient, sir?
24  A.  Of course.  Yes.
25  Q.  I mean, I know what it means, but just so everybody is on

CHIN - Direct (Soto)

1   the same page.  General anesthesia is where Mr. Maluff is

2   actually out and being monitored by an anesthesiologist who is

3   monitoring his levels, is that correct?

4   A.  That's correct.

5   Q.  He's not conscious, is he?

6   A.  General anesthesia, you put a tube down a patient into the

7   lung so that you can breathe for the patient and you sedate

8   the patient so the patient is not feeling anything.

9   Q.  And where is the incision made in this type of surgical

10  intervention?

11  A.  In the middle of the lower back.

12  Q.  Okay.  Is that where you open up the back and then you can

13  see the lumbar spine?

14  A.  Yes.

15  Q.  Okay.  Sir, do you know how long the surgery took?

16  A.  I don't.  But normally it is probably a little under three

17  hours.

18  Q.  If there are Deerfield Beach records that indicate that

19  the start time was 10:25 and the end time was 14:32, some four

20  hours, does that sound about right, sir?

21  A.  That's about right, yes.

22  Q.  And during this four-hour procedure, sir, you are removing

23  a part of the disk, inserting an artificial disk, and then

24  putting the screws in there?

25  A.  We're removing as much of the disk.  Usually we're trying

CHIN - Direct (Soto)

1    to remove all of it.  That creates an empty space.  You then

2    fill that place with a plastic disk.  That way you're

3    providing support.  Then you place the screws, four of them,

4    then attach rods to hold the screws together.

5    Q.  Okay.  I have shown you and you have seen, have you not,

6    sir -- do you have as part of your records some x-ray or some

7    diagnostic film that indicates the screws in Mr. Maluff's

8    back?

9    A.  Yes.

10              MR. SOTO:  May I approach, Your Honor?

11              THE COURT:  Yes, you may.

12              MR. SOTO:  May I approach the ELMO, Your Honor?

13              THE COURT:  Sure.  With what?  With what?

14              MR. SOTO:  With a demonstrative exhibit, Judge.

15              THE COURT:  Does it have a number?

16              MR. SOTO:  It does not.  I can have one if you'd

17    like.

18              THE COURT:  I do like.  All exhibits have to have

19    numbers.

20              MR. SOTO:  Do I do that with you?

21              THE COURT:  No, no.  You.  Whose exhibit is it?

22              MR. SOTO:  Mine.

23              THE COURT:  And then you put the number on it.  The

24    court reporter has enough work to do.

25              MR. SOTO:  I'm sure of that.  I'm sorry.

CHIN - Direct (Soto)

```
 1            THE COURT:  No problem.  He doesn't do it.  You do
 2   it.  It's your exhibit.
 3            MR. SOTO:  Thank you, Judge.
 4            THE COURT:  You lose it; you don't use it.
 5            MR. SOTO:  We'll make it, Judge, Plaintiff's 42, so
 6   it comports with the list to counsel.
 7            THE COURT:  So it's 42?
 8            MR. SOTO:  Yes, Judge.
 9            THE COURT:  Okay.
10            MR. SOTO:  Thank you, Judge.
11            (Plaintiff's Exhibit 42 in evidence)
12   BY MR. SOTO:
13   Q.  Dr. Chin, hopefully this will come up on the screen there,
14   unless I mess it up, which is highly likely.  But please tell
15   the ladies and gentlemen what we're looking at.  Please
16   explain to us what this is and what it's showing.
17   A.  Right there -- sorry -- at that red dot, that's the
18   problem we started with.  Here, that red dot is a normal
19   disk.  On this image it shows up as white.  Down below you can
20   see the distortion in that risk below.
21            Here you're seeing the replacement for the disk.
22   Those markers are markers within the plastic and they're
23   metal, tantular metal markers, so you can see them on x-ray.
24            That's the example of a screw.  You're placing four
25   of those.
```

1    Q.   How long is that screw, sir?

2    A.   Looks like about a 50-millimeter screw.

3    Q.   And those are four of the same size?

4    A.   Yes.   7.0 millimeters.

5         I'm not sure.   The lower ones look about the same.

6    Looks about the same.

7         This is just another view.   You can see here of the

8    screws, that they are on both sides of the spine and they're

9    connected by a rod on each side.

10   Q.   And the right-hand-most diagnostic film, sir?

11   A.   That's a CAT scan to show that here, that they're starting

12   to have bridge and bone.   So it's starting to look like it's

13   healing.   The idea is to bridge each vertebra to stop the

14   motion.

15        The screws are there to hold it together until bone

16   naturally forms a bridge.

17   Q.   Is this type of procedure a procedure that is done within

18   the routine and customary practice of an orthopedic surgeon

19   with the type of injury that you saw in Mr. Maluff, sir?

20   A.   Yes.

21   Q.   The screws that we see in here, sir, the hardware, the

22   disks, are those permanent?

23   A.   They are permanent.   You can remove them.   Sometimes

24   patients elect to have them removed.   But that's only after

25   there is bone formed.

CHIN - Direct (Soto)

```
 1   Q.   And I'm sorry, Doctor.  My question was a bit poor.
 2              Are they meant to be permanent?
 3   A.   Yes.
 4   Q.   Absent any complications or difficulty.
 5   A.   They're meant to stay permanently.
 6   Q.   Is the purpose behind that to fuse or to provide stability
 7   to the area where you remove the disk?
 8   A.   Both, yes, to stabilize the area to allow for fusion,
 9   which would then permanently stabilize it.
10   Q.   Okay, sir.  Can you please explain to the jury the type of
11   course -- well, let me back up.
12              Were there any complications to this type of
13   procedure with Mr. Maluff?
14   A.   No, there weren't.
15   Q.   So he didn't have any -- there were no incidents or
16   negative incidents or any complications at all during the
17   surgical procedure, is that correct?
18   A.   That's correct.
19   Q.   All right, sir.  The type of rehab or postoperative course
20   and care, what would someone like Mr. Maluff, what would he
21   have had to undergo in terms of recovery, recuperation?
22   A.   Well, it takes about 10 to 14 days for the skin incision
23   to heal.  It takes another several weeks, three months, for
24   the soft tissue below that to heal.  Takes about a year for
25   the bone to form, sometimes longer.  So this is a gradual
```

 1    recovery, not instantaneous.  So I'd say over a year you're

 2    progressively getting better.

 3           Physical therapy helps you get your muscles working

 4    again, gets you back some strength in your muscles, as well as

 5    some aerobic conditioning where you're breathing.

 6    Q.  Did you in fact follow up with Mr. Maluff after his

 7    surgery, sir?

 8    A.  Yes.  I followed him until this year.

 9    Q.  Is he still seeing you?

10    A.  Yes.

11    Q.  And when was the last time he saw you or visited with you,

12    sir?

13    A.  It may have been July of 2018.  I just have to confirm

14    that.  October of 2018, October 8.

15    Q.  Now, for his post-op visit, did he still continue to

16    complain of pain?  Did he say he was pain free?  Please

17    explain to us what his condition was.

18    A.  He continued to have pain both in his lower back where we

19    had done the surgery, thoracic spine, where he had the

20    additional injury in his cervical spine, where he also had the

21    additional injury.  We discussed surgery on his cervical spine

22    on multiple visits, and we also had concern about the healing

23    of his lumbar spine.

24           So I think balancing that was a little challenging

25    because I almost thought that had he recovered faster from his

1    lumbar spine, maybe he would have been a bit more open to the

2    cervical spine.  But each time that I discussed the cervical

3    spine, he also had pain in his lower back, which is

4    challenging to do surgery on someone's neck when they're still

5    hurting.

6    Q.  Okay.  Doctor, did you have an opportunity to review

7    diagnostic film, MRI film, of Mr. Maluff's back prior, before

8    the accident that he had at Sam's Club, which I think was in

9    August of 2014?  So did you review diagnostic film of his

10   lower back before that accident?

11   A.  Yes.  Apparently he had an injury in 2012 I found out

12   about, and I had the opportunity to review the MRI that he

13   took from that injury.  The MRI was in February 1, 2012, I

14   believe.

15   Q.  I have it as February 2013, Doctor.

16   A.  February 1, 2013.  That's correct.

17   Q.  All right, sir.

18   A.  Thank you.

19          So I compared that MRI with the one after this new

20   injury.  So based on that I felt that it had gotten worse.  I

21   especially was looking at the amount of edema.  I was looking

22   at the size of the herniation.  So it was clear that he had

23   similar findings, but I wanted to see if there was anything I

24   could see that was different.

25   Q.  Did you?

CHIN - Direct (Soto)

1   A.  Yes, I did.

2   Q.  And please describe for us what was the difference between

3   the 2013 MRI of this gentleman's back and the 2014 MRI, sir.

4   A.  Well, the first thing I have to establish was I needed to

5   look at the same kind of images.  So I looked at image number

6   7 on the 2013, and then I looked at image number 7 on the

7   recent 2014 MRI.

8           Based on that I was able to compare apples to apples,

9   so to speak, and I could see that there was more injury there

10  in terms of the amount of edema, in terms of the size of the

11  herniation.  So I concluded that it appeared that it had

12  gotten worse.

13  Q.  Okay.  So there was an aggravation of the condition that

14  preexisted the accident?

15          MR. HAMILTON:  Objection, Your Honor.

16          THE COURT:  Grounds.

17          MR. HAMILTON:  Leading.

18          THE COURT:  Sustained.

19  BY MR. SOTO:

20  Q.  Do you have an opinion as whether that aggravation --

21  whether it aggravated a preexisting condition, sir?

22  A.  Yes.

23  Q.  And what is that opinion, Doctor?

24  A.  Well, based on the fact that the 2013 injury -- I'm sorry,

25  MRI showed that there were some -- that it wasn't a normal

CHIN - Direct (Soto)

 1    disk, that when I looked at the 2014, I could see that there
 2    was a worsening.  So it wasn't a new condition.
 3    Q.  Has that opinion been given within a reasonable degree of
 4    medical probability?
 5    A.  Yes.
 6    Q.  All right.  Doctor, let's talk about something else and
 7    your reading of these MRI films and diagnostic films.
 8         Is that something you do during your routine custom
 9    and course of practice as an orthopedic surgeon, and that is,
10    to review and read diagnostic films, sir?
11    A.  Yeah.  It's a very important essential part of our
12    training and my practice.  You have to -- you're reading MRIs
13    and x-rays and CAT scans all the time.  And the reason why
14    that's important to understand is you have the most unique
15    perspective in that not only do you see the patient and talk
16    to the patient and examine the patient, but you also get to
17    then look at the imaging at the same time, so you can best
18    correlate it.  It's much different from a radiologist who is
19    just looking at the images and never sees a patient.
20    Q.  Was what you saw in the 2014, the MRI film, after this
21    accident consistent with what you saw when you were actually
22    looking at Mr. Maluff's spine during surgery?
23         MR. HAMILTON:  Objection again, Your Honor.  It's
24    leading.
25         THE COURT:  I'm sorry.  What did you say?  I heard

CHIN - Direct (Soto)

1    "objection" but not the rest.

2         MR. HAMILTON:  Leading.

3         THE COURT:  No.  I'm going to overrule the objection

4    to whether it was consistent or not.  Go ahead.

5         THE WITNESS:  No.  I mean I think that's a great

6    question.  Since I'm also doing the surgery, I could see, when

7    I did the surgery and I removed the disk, that this was

8    damaged disk, which was consistent with the MRI.  I could see

9    that there was a herniation there as well.  It showed as

10   consistent.

11   BY MR. SOTO:

12   Q.  Do you have an opinion as to whether Mr. Maluff's back

13   injuries and subsequent treatment was proximately caused by

14   the incident at Sam's Club?

15   A.  Yes, I do.

16   Q.  And what is that opinion, Doctor?

17   A.  Well, I thought he got injured during that incident and I

18   thought it aggravated the L5-S1 disk.  I think it also caused

19   injuries to the neck.  You get a whiplash whenever you get

20   hit.  And I think he may have had a direct injury to his

21   thoracic spine spell.  It makes sense about a T5-6 level.

22   Q.  Doctor, do you have an opinion within a reasonable degree

23   of medical certainty as to the future care and treatment

24   Mr. Maluff will need?

25   A.  Yes, I do.

CHIN - Direct (Soto)

1  Q.  Please tell us what you believe is reasonably certain to

2  occur in the future for Mr. Maluff in types of the types of

3  procedures that he'll need, if any, and/or treatment.

4  A.  On his cervical spine -- let's start there -- I have more

5  than a reasonable.  I think it's a high certainty that he's

6  going to continue to be symptomatic, have pain in his neck.

7  The decision is really his as far as doing surgery on it.  But

8  he is far along now in need of surgery of his neck.  So that's

9  something probably he will probably likely be forced to do.

10            Thoracic spine, where you have an injury there --

11            MR. HAMILTON:  Your Honor, I have an objection.

12            THE COURT:  Grounds.

13            MR. HAMILTON:  The grounds is this is outside the

14  scope of any opinion that Dr. Chin has ever rendered with

15  respect to the thoracic spine.  This is all new.

16            MR. SOTO:  It is not, Judge.  I have it here.

17            THE COURT:  Because you have it where, in some

18  report?

19            MR. SOTO:  In his report, yes.

20            THE COURT:  Why don't you show it to him.

21            MR. SOTO:  Yes.  I'll be happy to.

22            MR. HAMILTON:  It's all new, Judge.  It's not there.

23            THE COURT:  It's not there?

24            MR. HAMILTON:  No.

25            THE COURT:  And you say it is there?

CHIN - Direct (Soto)

1          MR. SOTO:  I do say it is there, Judge.

2          THE COURT:  Is it in Russian?  I don't speak Russian,

3   but I'm okay in English.

4          MR. SOTO:  I guess we're having a disagreement as

5   to --

6          THE COURT:  Really.  I'm shocked.

7          MR. SOTO:  Yes.  We're talking about cervical,

8   Judge.  It is here.  He's saying where is this thoracic.  I'm

9   not concerned about thoracic.

10         THE COURT:  So the devil is always in the details.

11         MR. SOTO:  It is, sir.

12         THE COURT:  I'll tell you what I'll do.  I'll allow

13  it and then you can cross-examine him on it.  You don't want

14  to cross-examine him?

15         MR. HAMILTON:  I do.

16         THE COURT:  Okay.

17         MR. HAMILTON:  Judge, but he's talking about the

18  thoracic spine, and Dr. Chin has never rendered a report or an

19  opinion regarding the thoracic spine.  The word "thoracic" is

20  not even in that report.

21         THE COURT:  Okay.  And then you can ask him that,

22  right?

23         MR. HAMILTON:  Okay.  I will.

24         THE COURT:  All right.  And I'll let you do it and

25  then they can determine whether they'll accept his testimony

CHIN - Direct (Soto)

 1  or not.

 2          MR. HAMILTON:  Thank you, Judge.

 3          THE COURT:  You're welcome.

 4          MR. SOTO:  May I proceed?

 5          THE COURT:  Yes, you may.

 6          MR. SOTO:  Thank you.

 7  BY MR. SOTO:

 8  Q.  Dr. Chin, let's not talk about the thoracic spine.  Okay.

 9  Let's not discuss that.

10          THE COURT:  Well, don't get so far away from the

11  microphone --

12          MR. SOTO:  Yes, sir.

13          THE COURT:  -- because remember the court reporter

14  has to hear every word.  I hate to be a pain about it.

15          MR. SOTO:  No, sir.

16          THE COURT:  He's my guest court reporter.  I want to

17  treat him even nicer a than my regular court reporter.

18          MR. SOTO:  I usually don't get any complaints.

19  People can hear me pretty well most of the time.

20          THE COURT:  I know.  But then you must raise that

21  lectern because you're taller than you think.

22          MR. SOTO:  That's a compliment.  Thank you, Judge.

23          THE COURT:  I know.  I sometimes throw, not many, but

24  once in a while I do.  So take it and be loud.

25          MR. HAMILTON:  Is he finished with the demonstrative,

CHIN - Direct (Soto)

```
 1   Judge?
 2          THE COURT:  If you want.  Do you want to turn it on
 3   or off?
 4          MR. SOTO:  I'll remove it when I'm done, Judge.  I've
 5   got just a few more minutes.
 6          THE COURT:  No problem.
 7          MR. SOTO:  If he can be so patient, I appreciate it.
 8          THE COURT:  I think it's okay with the jurors.  They
 9   probably would rather watch something else.
10          MR. SOTO:  Yes, sir.
11          THE COURT:  Go ahead.
12          MR. SOTO:  Okay.  Thank you, Judge.
13   BY MR. SOTO:
14   Q.  So, Dr. Chin, without mentioning the thoracic spine, let's
15   focus on the cervical and lumbar spine, and just to bring you
16   back to where we're at, what Mr. Maluff is reasonably certain
17   to receive or incur in the future with regard to his cervical
18   spine.  Will he require a surgery, sir?
19   A.  Yes, in cervical spine.
20   Q.  And have you estimated the costs associated with that,
21   Doctor?  It's in your report.
22   A.  Probably about a hundred thousand dollars total.
23   Q.  Does $102,478 sound right to you?
24   A.  That sounds right.
25   Q.  Okay.  And with regard to his lumbar spine, what type of
```

CHIN - Direct (Soto)

1  treatment will he need in the future with regard to that?
2  A.  Well, there is the risk, now that you've fused and
3  immobilized the L5-S1 level, that the L4-5 level will see more
4  stress there, hypomobility, and that start at that level and
5  have it break down.  So there is probably over a 36 percent
6  chance of that in the next ten years.
7  Q.  Okay, sir.  Doctor, have you and I met before today, sir?
8  A.  Yes.
9  Q.  Have you not treated patients of which me or my firm has
10  represented?
11  A.  Yes.
12  Q.  Did my law firm refer Mr. Maluff to you, sir?
13  A.  I can't recall.  I know -- I don't really know how the
14  referral was.  Usually my referrals are coming from other
15  doctors.
16  Q.  Okay, sir.  Let's assume that we did.  Would that have
17  somehow influenced your opinions that you are giving within a
18  reasonable degree of medical probability based on your
19  experience as an orthopedic surgeon, sir?
20  A.  Well, first of all, patients who I treat, and if they have
21  injuries, come from other lawyers.  And if a lawyer mentions
22  me to a patient, whether they mention other surgeons, and the
23  patient chooses to come to me, you know, I hope that would
24  happen all the time, because I really feel that I offer good
25  care to patients.

CHIN - Direct (Soto)

1              So if a patient comes directly from a law firm, I

2    don't consider that in my treatment.  But if that's how the

3    patient got to me, when the patient gets to me, that's what

4    matters to me is that I now have a patient in front of me that

5    I need to take care of.

6              Patients always have their own choice after meeting

7    me whether they decide to treat with myself.  So it's not just

8    coming in the door.  It's actually staying.

9    Q.  Do you recommend surgery on all your patients, sir?

10   A.  If they -- if patients come to me, I look to recommend

11   surgery because I'm a surgeon.  Doesn't mean I'm going to do

12   surgery.  But I try to explain to someone do you have

13   something that gets to the level of surgery.

14             So majority of my patients, by the time they come to

15   me, I usually try to give them an opinion about surgery.  So

16   it doesn't mean for me I'm going to do surgery or it's always

17   yes, you need surgery.  It's I give an opinion, and sometimes

18   the opinion is you don't need surgery.

19             MR. SOTO:  One second, sir.

20             Thank you, sir.

21             Judge, I'm going to remove the exhibit now and I'm

22   done.

23             THE COURT:  All right.  Cross-examination.

24             MR. HAMILTON:  Thank you, Judge.

25                          CROSS-EXAMINATION

CHIN - Cross (Hamilton)

1    BY MR. HAMILTON:

2    Q.  Good afternoon, Dr. Chin.  How are you today?

3    A.  Good afternoon, counselor.  I'm fine.  Thank you.

4    Q.  Good.

5         Dr. Chin, so we understand the relationship that you

6    have with the Rubenstein law firm, you've seen at least 20 of

7    their clients over the past 12 months, haven't you?

8    A.  I think I'm going to guess yes.

9    Q.  All right.  And you've actually seen and testified before

10   that you've actually seen over 50 of their clients in the past

11   three years, correct?

12   A.  I don't think that's unbelievable.  I just don't remember

13   the testimony.

14   Q.  Okay.  But if you saw the testimony, would that help

15   refresh your recollection as to whether or not you've seen or

16   testified?

17   A.  I'm not going to dispute it if it's there in the record.

18   Q.  And have you seen over a hundred of Mr. Rubenstein's

19   clients?

20   A.  Over the years, I'm going to guess that sounds about that

21   would be reasonable.

22   Q.  That would be reasonable.

23        So sitting in this chair today, that's not the first

24   time you're sitting there and testifying to a jury like this

25   on behalf of a Rubenstein client, correct?

CHIN - Cross (Hamilton)

1   A.   No.

2   Q.   And you and I have met before, haven't we?

3   A.   Yes.

4   Q.   Yeah.  We met at a case where you were testifying on

5   behalf of a Rubenstein client, Ms. Brito.  Do you remember

6   that?

7   A.   That was in court?

8   Q.   In Orlando.

9           MR. SOTO:  Your Honor, objection as to the HIPAA and

10   mentioning a client's name with regard to medical treatment.

11           THE COURT:  Okay.  We don't need to mention patients'

12   names.  Agreed?

13           MR. HAMILTON:  Agreed.

14           THE COURT:  Okay.

15   BY MR. HAMILTON:

16   Q.   Do you remember testifying in a case in Orlando?

17   A.   I don't, no.

18   Q.   Do you recall testifying in the case of Obsaint,

19   O-b-s-a-i-n-t, versus Walmart on behalf of the Rubenstein law

20   firm?

21   A.   I don't recall those names.

22   Q.   Do you recall -- would seeing the deposition or the trial

23   testimony help refresh your recollection, sir?

24   A.   No.  But if it's in the record -- I just don't keep track

25   of names of cases that I testified for.

CHIN - Cross (Hamilton)

1   Q.  How about Jordan versus AutoZone, do you recall that case?

2   A.  I don't recall it, no.

3   Q.  How about the case that you just handled with Mr. Soto and

4   Mr. Deutch, Coleman versus Home Depot?  Do you remember that

5   case where you did surgery on that gentleman and testified on

6   behalf of the Rubenstein law firm?

7   A.  Again, I don't recall specifics about that case.

8   Q.  And again, do you dispute that you testified in those

9   cases or not?

10  A.  No, absolutely not, no dispute.  If it's in the record,

11  I'm not going to dispute it.

12  Q.  And do you need to see your testimony to refresh your

13  recollection?  We have it here if you need to see it.

14  A.  No, I don't.

15  Q.  Okay.  Now, in your prior sworn testimony, you've

16  indicated that you do about a thousand procedures a year on

17  average?

18  A.  I think I have, especially multi-injections.

19  Q.  Okay.

20  A.  That would make up that number.

21  Q.  Out of that thousand procedures, you've testified in the

22  past that you estimate about 30 percent of those are

23  surgeries, so about 300 surgeries a year?

24  A.  I think it depends on the year.  So my surgeries change

25  over the years.  I would say the last year and a half, two

CHIN - Cross (Hamilton)

1   years, I have done less, probably much less than that.

2   Q.  Okay.  Do you recall testifying in Coleman versus Home

3   Depot last year that 30 percent of surgeries, of the thousand

4   that you do, it's about 300 surgeries that you do?  Do you

5   recall that testimony?

6   A.  No.  But I won't dispute it.  But I say today, where I'm

7   sitting, I would say that's less over the last year and a

8   half.

9   Q.  Okay.  And you charge on average about $25,000 a surgery?

10  A.  For spine surgery?

11  Q.  Yes.  You personally.

12  A.  That may be correct.

13  Q.  Maybe?  You don't know what you charge?

14  A.  No.  I think that sounds about correct.

15  Q.  And so if you did 300 surgeries, that's about

16  $7.5 million?

17  A.  I'm not thinking of the math.  But if that's what it works

18  out to, that's the math, yes.

19  Q.  That's the math.

20          Again, even on the 50 clients, if you did surgeries

21  on the 50 clients that Mr. Rubenstein referred to you, that

22  would be about $1.25 million?

23          MR. SOTO:  Objection.  Mischaracterizes the

24  testimony, Your Honor.

25          THE COURT:  Overrule.

CHIN - Cross (Hamilton)

1   BY MR. HAMILTON:

2   Q.   That would be about $1.25 million, correct?

3   A.   If that's the math, yes.

4   Q.   If it's a hundred patients of Mr. Rubenstein's clients,

5   you'd be sitting here with making $2.5 million, correct?

6   A.   If that's the number, yes.

7   Q.   Okay.  And as you sit here today, you're being paid for

8   your testimony today, correct?

9   A.   That's incorrect.

10  Q.   You're not being paid?

11  A.   Not for my testimony.  I'm being paid for my time.

12        Usually I'd be seeing patients right now.  I've been

13  waiting patiently for several hours outside.  So I charge a

14  thousand dollars per hour, and usually I'm estimating about a

15  half day for my presence here to give myself to the court.

16  Anyone can ask me any questions.  But that's what I charge.

17  Q.   So you're charging a thousand dollars an hour, and

18  typically, when you come to court, you charge half a day for

19  $5,000, correct?

20  A.   That's correct, yes.

21  Q.   And if you're here for the full day, you charge $10,000,

22  correct?

23  A.   That's correct.  I'm charging $5,000 today.

24  Q.   You're charging $5,000 today.

25  A.   I was told to come here at twelve o'clock.

CHIN - Cross (Hamilton)

1  Q.  And when we take your deposition -- and you get deposed on

2  average about what, once a week?

3  A.  You know, it depends on the time.  Sometimes more than

4  others.

5  Q.  More than others.

6  A.  But probably this year, probably at least once a month.

7  Q.  And when you get deposed, Dr. Chin, you charge a thousand

8  dollars an hour, correct?

9  A.  That's correct.

10  Q.  And in fact, if we have to bring a videotape to videotape

11  you, you charge $2,500 an hour, correct?

12  A.  No.  I charge a minimum of $2,500.  But it's a thousand

13  dollars an hour beyond that $2,500.

14  Q.  So what, $3,500 if the deposition lasts two hours?

15  A.  That's correct, yes.

16  Q.  And generally, most of your depositions last an hour or

17  two?

18  A.  Yeah, within one or two hours, yes.

19  Q.  And so, Doctor, just testifying alone and dealing with

20  clients and doing surgical procedures on behalf of clients who

21  come and file lawsuits, the revenue that you generate from

22  that, a few million dollars, correct?

23  A.  I don't know about that.

24  Q.  You don't know what you make.

25  A.  No.  I mean, you're talking about what I bill versus what

CHIN - Cross (Hamilton)

1   I make.

2   Q.  That's what I'm asking.

3   A.  What I bill based on your numbers and what I make, it all

4   depends.  It's not the timing on when you collect, when you

5   take care of a patient, regarding of how they pay.  It varies.

6   So it gets staggered over time.  Maybe over a year or two

7   years.

8   Q.  That's a good point, because what you bill sometimes is

9   not what you make, correct?

10  A.  That's correct.

11  Q.  Right.  Because in certain instances, like in Mr. Maluff's

12  case, you have what's called a letter of protection where you

13  say I will hold off on collecting anything from you,

14  Mr. Maluff, and I'll wait for the ladies and gentlemen of the

15  jury to see whether or not they have a verdict for you, and if

16  they have a verdict, I'll collect from that, and that's what

17  the letter of protection talks about, correct?

18  A.  No, not quite.  When I take care of a patient, I take care

19  of the patient.  My billing company then arranges with the

20  patient as far as collection.  I don't participate in that.

21      When you sign a letter of protection with a patient

22  who wants to have surgery but doesn't have the ability to pay,

23  that patient is the one who owes the practice the money and it

24  has really not -- it's not because you're waiting for a

25  verdict.  It's you're waiting for the patient to be able to

1    pay you.

2          Now, if we make the determination that a patient has

3    a real injury, as we did in this case, and we feel that we can

4    help this patient, in that case we'll go into the agreement.

5          But we reserve the right, if we don't feel that we

6    can help this patient and we don't feel that it's appropriate

7    to operate on this patient or take care of the patient, then

8    we won't take care of the patient if they can't afford to pay

9    us.

10   Q.  And in fact, you've never sued a patient to collect on any

11   money after they didn't get a verdict, have you?

12   A.  I don't know if we have.  But we pursue a patient who has

13   been treated.  You know, it's open.  There's no limit on it.

14   So that patient always owes.

15   Q.  Let me put the money aside for a bit and let me talk to

16   you a little bit about Mr. Maluff and his treatment.

17         Now, as a part of your treatment of Mr. Maluff, you

18   took a complete and accurate medical history of Mr. Maluff

19   when you first saw him on March 2, 2015, is that correct?

20   A.  That's correct.

21   Q.  And in fact, you testified to the jury that you saw him on

22   March 2, 2015, is that correct?

23   A.  That was the first time he came to our office.

24   Q.  Well, did you see him on March 2, 2015, when he came to

25   your office, Dr. Chin?

CHIN - Cross (Hamilton)

1    A.   I don't recall if --

2    Q.   You personally.

3    A.   I don't recall if I was the first person that saw him or

4    my PA.  I had a few physician assistants who would work with

5    me at the clinic.

6    Q.   Let's just make sure you're understanding what I'm asking

7    you.

8    A.   Yes.

9    Q.   Did you see Mr. Maluff when he walked into your office on

10   March 2, 2015, and perform an examination on him on that day?

11   A.   I don't recall if I saw the patient personally.  But the

12   patient was seen in my office.  My physician assistant saw the

13   patient.

14          What usually happens, if my physician assistant sees

15   the patient and we're seeing patients together, which is the

16   majority of the time, I then would walk in and be introduced.

17          But she in this case, Rena Deidrick, would have done

18   most of the preliminary workup.

19   Q.   So when you testified earlier that you saw him on March 2,

20   2015, you didn't actually see him, correct?

21   A.   Well, he came to my practice and was seen that day.  I

22   don't recall if I went into the room on that day with my

23   physician assistant.

24   Q.   Let me just be clear.  Do you have any recollection of

25   seeing Mr. Maluff in your office on March 2, 2015?

CHIN - Cross (Hamilton)

1    A.   No.   I can't remember that far back.

2    Q.   You can't remember that far.   Okay.

3            Now, when he came to your office on March 2, 2015,

4    there was a medical history that was taken of him, correct?

5    A.   That's correct, yes.

6    Q.   And when you took that medical history from Mr. Maluff,

7    did he tell you or did he tell your physician assistant that

8    on March 2, 2015, he had a previous spinal -- I'm sorry, on

9    March 1, 2012, March 1, 2012, did he tell you that he had a

10   spinal injury and chronic back pain?   Did he tell the

11   physician assistant or yourself about that on March 2, 2015?

12   A.   I don't think he had mentioned it at that time.

13   Q.   Right.   In fact, if he had mentioned that he had these

14   problems, that's something you would have put in your medical

15   record, correct?

16   A.   Yes.

17   Q.   And that's something that you would require your physician

18   assistant to put in your medical record, correct?

19   A.   Yes.

20   Q.   And when he came in your office on March 2, 2015, did he

21   tell you that he had been assaulted and got into a fight on

22   October 20, 2012?

23   A.   That didn't come up.   No.

24   Q.   Didn't come up.

25   A.   No.

CHIN - Cross (Hamilton)

1   Q.  All right.  How about the fact, did he tell you that he

2   had such significant low-back pain back in 2012 that he had to

3   go back to the emergency room at Memorial Health Care?  Did he

4   tell you that?

5   A.  At the time, no.

6   Q.  Did he tell you that when he was at the emergency room,

7   that the doctors diagnosed him with an L5 herniation?  Did he

8   tell you that?

9   A.  No, he did not.

10  Q.  He did not.  Okay.

11       Did you know that there was a medical record that

12  indicated back in 2012 that Mr. Maluff already had an L5

13  herniation in his back?  Did he tell you that?

14  A.  No, he did not.

15  Q.  Did he tell you that he had an x-ray of his back done in

16  October 2012 because he was suffering from such significant

17  back pain?

18  A.  No, he did not tell me that, no.

19  Q.  Did he tell you, when he came into that office visit, that

20  not only did he have significant back pain which caused an

21  x-ray to be taken, but that he had a lumbar MRI that was taken

22  back in February 1, 2013?  Did he tell you that when he came

23  into your office on March 2, 2015?

24  A.  No, he did not.

25  Q.  Did he tell you that he saw Dr. Emmanuel Isaac, who

CHIN - Cross (Hamilton)

1   diagnosed him with lumbar back pain back in 2012 and 2013?

2   A.   No, he did not.

3   Q.   Did he tell you that he had actually seen an orthopedic

4   surgeon, a surgeon is just like yourself, at Memorial Hospital

5   who was treating him for low-back pain in 2013?  Did he come

6   in and tell you that?

7   A.   No, he did not.

8   Q.   Did he tell you that in December of 2012 he met with

9   another orthopedic surgeon by the name of Dr. Melvin Rech who

10  diagnosed him with lumbar back pain radiating into his legs

11  and recommended injections into his spine?

12  A.   No, he did not tell me.

13  Q.   Did he tell you that not only did they recommend

14  injections into his spine but they also recommended physical

15  therapy?

16  A.   He did not.

17  Q.   Didn't tell you any of that on March 2, 2015, right?

18  A.   Of course.  No, he did not.

19  Q.   Did he tell you that he was prescribed physical therapy

20  back in 2013 but he didn't go and get it?

21  A.   No, he did not.

22  Q.   Did he tell you that on January 23, 2013, that he was

23  diagnosed with numbness and tingling going down his leg?

24  A.   He did not.

25  Q.   And when we talk about numbness and tingling going down

CHIN - Cross (Hamilton)

1   his leg, that generally is a symptom of a herniated disk in
2   your spine, correct?
3   A.   Correct.
4   Q.   Did you know that he saw a doctor by the name of
5   Dr. Savader who did an MRI on his back and the diagnosis was
6   that at the L5-S1 level, the very same level you operated on,
7   that there was narrowing and that there was a disk herniation
8   at that level?  Did he tell you that?
9   A.   No, he did not.
10  Q.   An MRI is a significant procedure, isn't it?
11  A.   MRI?
12  Q.   Yes.
13  A.   Well, it depends.  If you're not claustrophobic, it's
14  actually not a major problem.
15  Q.   Right.  But an MRI -- they even have open MRIs so that
16  people can feel more relaxed in getting an MRI, correct?
17  A.   Correct, yes.
18  Q.   And they give you a panic button, don't they, in the
19  closed MRI?
20  A.   Yes.
21  Q.   And they put headphones on you because it's so loud it
22  goes boom, boom, boom, boom, right?
23  A.   Sure.
24  Q.   It's not something that one would soon forget, would you
25  think?

CHIN - Cross (Hamilton)

1   A.  Well, I don't know if you've ever had one but --

2          MR. SOTO:  Judge, this is speculation.

3          THE WITNESS:  -- but I have.

4          THE COURT:  Overrule.  Go ahead.

5          THE WITNESS:  I don't know if you've had an MRI, but

6   I have, and I thought it was relaxing.  But I do know that

7   there are patients who find it very daunting and

8   claustrophobic.

9   BY MR. HAMILTON:

10  Q.  All right.  Let's keep walking through his history.

11         We're in February of 2013.  Did he tell you he

12  visited Broward Community Health with complaints of pain in

13  his lower back?  Did he ever tell you that?

14  A.  No, he did not.

15  Q.  Did he tell you that on March 11, 2013, he saw Dr. Jayson

16  and complained of chronic low-back pain radiating into his

17  back?

18  A.  No, he did not.

19  Q.  Did he tell you that on July 15, 2013, he saw Dr. Kursner

20  with low-back pain?

21  A.  No, he did not.

22  Q.  Did he tell you that he was provided with yet another

23  recommendation for an MRI from the Broward Community Health

24  facility?

25  A.  No, he did not.

CHIN - Cross (Hamilton)

1   Q.  Dr. Chin, I'm showing you a form.  This form comes from

2   your office, correct?

3   A.  Yes.

4           THE COURT:  Does this have a number?

5           MR. HAMILTON:  I'm sorry, Judge.  It's Defendant's

6   Exhibit 34.6.

7           THE COURT:  34 dash 6?

8           MR. HAMILTON:  Dot 6.

9           THE COURT:  34.6.  And this has been introduced

10  already without objection?

11          MR. HAMILTON:  No objection to it being introduced.

12  It's his medical records, Judge.

13          THE COURT:  Okay.  No objection.

14          MR. SOTO:  Never produced to me to determine.

15          THE COURT:  I just want to know if there's an --

16          MR. SOTO:  But I have no objection.

17          THE COURT:  Okay.  That's all I need to hear.

18          Okay.  Go ahead.

19          (Defendant's Exhibit 34.6 in evidence)

20  BY MR. HAMILTON:

21  Q.  Dr. Chin, when Mr. Maluff showed up in your office, what

22  he did tell you was, and you asked, have you had similar

23  symptoms in the past.

24          You see that?

25  A.  Yes.  Yes, I do.

CHIN - Cross (Hamilton)

1   Q.  And what did Mr. Maluff say to you?

2   A.  No.

3   Q.  Now, you saw Mr. Maluff again, correct?

4   A.  Yes.

5   Q.  And the next time you saw him was in May 26, 2015,

6   correct?

7   A.  Correct.

8   Q.  He didn't tell you about any of those problems in that

9   visit either, correct?

10  A.  That's correct.

11  Q.  And then you saw him again in July 22, 2015, correct?

12  A.  Correct.

13  Q.  And again, he didn't tell you about any problems that he

14  had, any prior problems, any prior x-rays, any prior MRIs, any

15  prior doctor visits.  He didn't tell you any of that, correct,

16  on July 22nd?

17          MR. SOTO:  Objection.  Asked and answered.

18          THE COURT:  It has been.  But I allow repetition

19  towards the end of the cross-examination.  That's my rule.

20          Are we at the end of the cross-examination?

21          MR. HAMILTON:  Not yet, Judge.

22          THE COURT:  Then I won't allow repetition and I'll

23  sustain the objection.

24          I'm not limiting you.  I'm merely inquiring how much

25  longer do you have.

CHIN - Cross (Hamilton)

1          MR. HAMILTON:  I have about, Judge, 30 minutes or so.

2          THE COURT:  Okay.  And then I'm going to give the

3    jurors a little break so you can use the facilities.  Don't

4    talk about the case.

5          Do we have any smokers on the jury?  Things have

6    changed.  I think that's wonderful.  One trial I had, we had

7    one smoker.  By the end of the trial we had eight.  But this

8    trial won't be like that.  Okay.  Don't smoke, though.

9          JUROR:  Can we have a blanket?

10         THE COURT:  A blanket?  You know why we keep it cold

11   here is so that you don't fall asleep, you know.  When you're

12   in an airplane, you know what happens.  They put the

13   temperature high so you won't bother the flight attendants.

14         But we don't want you falling asleep.  We want you to

15   take notes, pay attention.  But I'll figure it out.  Maybe

16   we'll raise the temperature.  Okay.  All right.  See you in a

17   little bit.

18         All rise for the jury.

19         (Jury retires at 3:10 p.m.)

20         (Brief recess)

21         (Resumed at 3:40 p.m.)

22         THE COURT:  Plaintiff's counsel is present, defense

23   counsel and plaintiff.

24         Bring in the jurors, please.

25         And the witness is back.

 1          MR. HAMILTON:  We would like to invoke the rule,

 2     Judge.

 3          THE COURT:  The rule has been invoked.  All witnesses

 4     who are going to testify please step outside.  Do not discuss

 5     the contents of your testimony with anyone involved in the

 6     case.  I will impose severe sanctions, including the exclusion

 7     of a witness' testimony, for violation of the so-called rule

 8     of sequestration, which is Federal Rule of Evidence 615.

 9          I will advise the lawyers to let your witnesses know

10     about the so-called rule of sequestration, and any discussion

11     with any witness shall be in the absence of any other witness,

12     and witnesses should not talk with each other.

13          All right.

14          (Jury returns at 3:42 p.m.)

15          THE COURT:  Thank you, folks.  We have all the

16     jurors.

17          All right.  You may continue with your

18     cross-examination.

19          MR. HAMILTON:  Thank you, Your Honor.

20     BY MR. HAMILTON:

21     Q.  So, Dr. Chin, a brief break.

22          I was talking to you about your different visits with

23     Mr. Maluff, and you talked about your March 2, 2015 visit;

24     your May 26, 2015 visit; your July 22, 2015.  That's when you

25     did the surgery, correct?

CHIN - Cross (Hamilton)

1    A.   That's correct.

2    Q.   And you were assisted there by another doctor, is that

3    correct?

4    A.   Yes.

5    Q.   And did you actually perform the surgery, sir?

6    A.   Yes.

7    Q.   Now, for August 4, 2015, when you saw Mr. Maluff after the

8    surveilling, again, did he tell you about any of his prior

9    medical history?

10            MR. SOTO:   Objection.   Asked and answered, Your

11   Honor.

12            THE COURT:   Probably.   But after a break, I'll

13   overrule it for that reason.

14            Go ahead.   You can answer.

15            THE WITNESS:   He did not.

16   BY MR. HAMILTON:

17   Q.   I'm sorry?

18   A.   He did not.

19   Q.   Right.   And then you have another medical record that's

20   dated August 18, 2015.   Did he tell you on August 18, 2015,

21   about his prior medical history?

22            MR. SOTO:   Objection, Your Honor.   It's asked and

23   answered.

24            THE COURT:   Overruled.   Go ahead.

25            THE WITNESS:   No, he did not.

CHIN - Cross (Hamilton)

1   BY MR. HAMILTON:

2   Q.  I'm sorry, Doctor?

3   A.  No, he did not.

4   Q.  You saw him again on October 13, 2015.  Did he tell you

5   about his prior medical history?

6   A.  No, he did not.

7   Q.  You saw him again in May 17, 2016.  Did he tell you about

8   his prior medical history?

9   A.  No, he did not.

10  Q.  You saw him again in April 27, 2017, almost a year break.

11  Did he tell you about his prior medical history?

12  A.  No, he did not.

13  Q.  And every time that you're seeing him in a visit, don't

14  you ask what's going on, what history do you have?  Isn't that

15  correct?

16  A.  No, I did not ask him about his prior history.

17  Q.  Okay.  On November 6, 2017, did he tell you about his

18  prior history?

19  A.  No, he did not.

20  Q.  And in fact, Doctor, going back to your June visit that

21  you had, or actually you issued a report sometime in June two

22  thousand and I want to say it was fifteen, is that correct, or

23  sixteen, correct, issued a final opinion?  Do you remember

24  that?

25  A.  Yes.

CHIN - Cross (Hamilton)

1   Q.  And when you issued that final opinion in June of 2016,

2   had Mr. Maluff told you anything about his prior medical

3   condition?

4   A.  I don't recall he did, no.

5   Q.  And when you issued that final report in June 7, 2016, did

6   you mention anything about his thoracic spine?

7   A.  No, I did not.

8   Q.  And in June 2016, that's when you reached the conclusion

9   that his injuries were somehow attributable to what happened

10  to him in Sam's, correct?

11  A.  Correct.

12  Q.  And in fact, even on June 7, 2016, you hadn't even viewed

13  the video as to what happened to Mr. Maluff, correct?

14  A.  Correct.

15  Q.  And in fact, on June 7, 2016, when you issued that final

16  opinion, you didn't see the type of impact at the Sam's store,

17  did you?

18  A.  I did not.

19  Q.  Now, when you issued your report on June -- that final

20  opinion report in June of 2016, you were relying upon the

21  representations that Mr. Maluff made to you regarding his

22  medical conditions, correct?

23  A.  That plus the MRIs.

24  Q.  Right.  So when you make a causation opinion, when you say

25  this was caused by the issues that happened at Sam's, the only

CHIN - Cross (Hamilton)

1   way that you know what happened at Sam's Club is because

2   Mr. Maluff's telling you that, correct?

3   A.  That's correct, yes.

4   Q.  But if Mr. Maluff tells you, hey, before Sam's Club, you

5   know what, I got into multiple fights; I was rammed into a

6   fire hydrant; I ran into a cement pole; you may have a

7   different opinion on causation, correct?

8   A.  It depends.  If I had more information, yes.

9   Q.  You would have a different opinion, correct?

10  A.  If I had more information, right.

11  Q.  And that information wasn't provided to you by Mr. Maluff,

12  correct?

13  A.  Well, he had, according to him, these symptoms that were

14  new.  Now, if he came out and said, you know, these are the

15  same symptoms I've always had, nothing has changed, it doesn't

16  mean that I would have concluded that he never got injured.  I

17  would then look at the MRI and see if anything changed, and

18  then I would -- if he reaches the level like I thought he did

19  in this case that he needed surgery, I would say a proposed

20  surgery.

21       I don't get into the legal side of it.  I just look

22  to see if someone is hurting and if they qualify for surgery,

23  and when I give my opinion, it's based on information that I

24  have.

25  Q.  When you gave -- well, let me ask it this way.  Did

CHIN - Cross (Hamilton)

1    Mr. Maluff ever tell you that he was pushed into a cement

2    pole?

3    A.  I don't recall him telling me that, no.

4    Q.  Did he ever tell you that he was pushed into a fire

5    hydrant or got into a fight where he was pushed into a fire

6    hydrant?

7              MR. SOTO:  Objection.  Asked and answered.

8              THE COURT:  Overrule.  Go ahead.

9              THE WITNESS:  No, he did not.

10   BY MR. HAMILTON:

11   Q.  Did he ever tell you that he was involved in another

12   assault with one of his significant others?

13   A.  No, he did not.

14   Q.  You changed your opinion or at least you supplemented this

15   June opinion in November of 2017, correct?

16   A.  I think I wrote an addendum, yes.  I think so, yes.

17   Q.  You wrote an addendum.

18        So the date of Mr. Maluff's accident was August 2014,

19   and you wrote yet what I will say is another final opinion.

20   You wrote yet another final opinion on November 17th -- or

21   November 2017, correct -- do you recall that -- three years

22   later after the incident?

23   A.  Okay.  Yes.

24   Q.  Do you have that report?

25   A.  Yes.

CHIN - Cross (Hamilton)

1   Q.   Oh, good.

2            And the reason you wrote another final opinion is

3   because at that point certain medical records and certain MRI

4   films were turned over to you, correct?

5   A.   That's correct.

6   Q.   And those medical records that were turned over to you

7   were medical records going back from 2012, 2013, 2014, 2015,

8   correct?

9   A.   I think so, yes, MRIs especially.

10  Q.   Especially the MRIs.

11  A.   Yes.

12  Q.   And so these medical records, right, weren't ever turned

13  over to you until three years later, correct?

14  A.   Correct.

15  Q.   And then you changed your opinion.

16  A.   I don't recall changing my opinion.

17  Q.   Well, you said now Mr. Maluff now has a worsened

18  condition.  Isn't that your new opinion?

19  A.   Yes.  I compared the MRIs to the new one to see what, if

20  anything, had changed.  When I took care of him, I was basing

21  it on his complaints and the MRI.

22  Q.   How many MRIs did you compare it to, Dr. Chin?

23  A.   I compared the main two from the 2013 and the 2014.

24  Q.   Even today, Dr. Chin, you haven't even been provided with

25  his x-ray of his lumbar spine, isn't that correct?

CHIN - Cross (Hamilton)

1    A.   From what's the date?

2    Q.   The x-ray that was taken back in 2012.

3    A.   I have the record -- or I have the report of the x-rays.

4    Q.   Do you have the x-ray?

5    A.   The reports.

6    Q.   No, not the report.   The x-ray.

7    A.   I don't think I do.

8    Q.   Okay.   Have you been provided with the actual MRI of his

9    thoracic spine that was taken back in February of 2013?

10   A.   I don't recall if I did.

11   Q.   Now, you did compare, as you said, an MRI of 2013 to 2014,

12   is that correct?

13   A.   Correct.   Yes.

14   Q.   And I believe you told this jury, and I think it was

15   Mr. Soto, my good colleague, that said you compared apples to

16   apples.   Do you remember that?

17   A.   Yes.

18   Q.   And that you pulled image number 7 to compare it with

19   image number 7, correct?

20   A.   Correct.

21   Q.   And in fact, you issued a report where you had those

22   images and you showed images side by side, correct?

23   A.   Correct.

24   Q.   Do you have that report with you?

25   A.   Yes.

CHIN - Cross (Hamilton)

1  Q.  Okay.  I'd like to show it to you.  Just let me get there

2  with you.

3          MR. HAMILTON:  Your Honor, may I approach?

4          THE COURT:  With what?

5          MR. HAMILTON:  I'm approaching with the MRI that

6  Dr. Chin did.

7          THE COURT:  Do we have a number for that?

8          MR. HAMILTON:  I have a number.  It will be

9  Plaintiff's Exhibit Number 3.

10          THE COURT:  Okay.  Go ahead.

11          (Plaintiff's Exhibit 3 in evidence)

12  BY MR. HAMILTON:

13  Q.  All right.  Dr. Chin, we're looking at two different MRIs,

14  correct?  Can you see them?

15  A.  Well, two different dates.

16  Q.  Two different dates.

17  A.  Yes.

18  Q.  So the first date here is the MRI that was done in 2013 of

19  Mr. Maluff's back, is that correct?

20  A.  Correct.

21  Q.  The second image is after the accident and this is of

22  Mr. Maluff's back also, correct?

23  A.  Correct.

24  Q.  And it is your testimony to the jury that these two images

25  are apples to apples, correct?

CHIN - Cross (Hamilton)

1    A.  Correct.

2    Q.  Now, isn't it true, Dr. Chin, that where I'm pointing --

3    can you see where I'm pointing, that white matter

4    (indicating)?

5    A.  Yes.

6    Q.  You see that?  That's what?  Is that the spinal canal?

7    A.  Yes.

8    Q.  And you can see the spinal canal clearly, can't you?

9    A.  Yes.

10   Q.  All right.  And can you tell me, is this off to the side

11   of the spine or is that a midline photo?

12   A.  It's off to the side.

13   Q.  It's off to the side.

14   A.  Yes.

15   Q.  And now let's look at the other photo.

16        Do you see a clear shot of the spinal canal in that

17   photo?

18   A.  Yes.

19   Q.  Yeah.  And is this --

20   A.  But it's less than the other side.

21   Q.  And it's less because this is a midline the photo,

22   correct?

23   A.  No.  That's a little bit more to the side than the other

24   one.  The other one is more midline.

25   Q.  So this is midline?

CHIN - Cross (Hamilton)

1    A.   More midline.  It's not perfectly midline.

2    Q.   And this one's to the side?

3    A.   To the side.  They're both off to the side.

4    Q.   Right.  Now, if you wanted to, you could actually look --

5    there are several images that are taken at a time, and you

6    could actually pull an image that lined up the midline with

7    the midline, correct?

8    A.   Yes.

9    Q.   Okay.  But these two images, one's more to one side and

10   one's more to the other side, correct?

11   A.   They're not a hundred percent lined up, but I felt they

12   were close enough.

13   Q.   So we have not one hundred percent of an apple matched up

14   with not one hundred percent of another apple.

15   A.   Correct.

16   Q.   Now, did you know or did you review the x-ray of his neck

17   that was taken back in 2013?

18   A.   I don't recall the x-ray.  I was focussing on the MRI.  I

19   would have to find that.

20   Q.   You didn't mention anywhere in your report about reviewing

21   an x-ray of his neck, correct?

22   A.   I'll take your word for it if that's the case.

23   Q.   No, no, Doctor.  I want you to listen.  This is an

24   important procedure.

25   A.   I don't disagree with the record.

CHIN - Cross (Hamilton)

1   Q.  All right.  So you did not know that the x-ray that was

2   taken in 2013 showed severe degenerative changes at the very

3   same level you're talking about, C5-C6.

4   A.  I didn't see the x-ray.

5   Q.  You didn't see it.

6         So as you sit here today testifying to the ladies and

7   gentlemen of the jury, you weren't aware that there was an

8   x-ray showing severe degenerative changes in his neck at

9   C5-C6.

10  A.  What date?

11  Q.  The date of the x-ray.

12  A.  Yes.  If it was before the accident, I was not aware of

13  it.

14  Q.  3-6-2013.

15  A.  I didn't see it.

16  Q.  So again, you didn't know that there was an x-ray before

17  the accident showing severe degenerative changes?

18  A.  No, I did not.

19  Q.  And this is where you just testified to the jury, this is

20  where you wanted to do surgery at C5-C6, correct?

21  A.  Correct.

22  Q.  But you didn't know you had that before he walked into the

23  Sam's Club store, did you?

24  A.  No.

25  Q.  It's fair to say that you're not a radiologist?

CHIN - Cross (Hamilton)

1   A.   I'm not a radiologist.

2   Q.   They're doctors who just go to school and study radiology.

3   A.   Yes.

4   Q.   And those doctors who study radiology study looking at

5   pictures of the films that I just showed you, correct?

6   A.   Correct.

7   Q.   And you're not a neuroradiologist, correct?

8   A.   Correct.

9   Q.   And in fact, they're doctors who go and get even extra

10  medical training to be Board-certified so that they can look

11  at those pictures and actually give medical opinions and

12  interpretations of those pictures, like MRIs and x-rays,

13  correct?

14  A.   Correct.

15  Q.   And you're not one of those doctors, correct?

16  A.   Correct.

17  Q.   In fact, Dr. Chin, you could not walk into any hospital in

18  the state of Florida and go read an x-ray and write a report

19  and give that to a doctor to rely on, correct?

20  A.   No, that's not correct.  If it's of the spine and I were

21  asked to review it, my report would be valuable.

22  Q.   Maybe you didn't understand my question.

23  A.   Okay.

24  Q.   Can you walk into any hospital in the state of Florida,

25  read an MRI, an x-ray, write a report like a radiologist, and

CHIN - Cross (Hamilton)

1  give that to a doctor to rely on like a radiologist?

2  A.  Well, no one can unless they're employed at a hospital and

3  that's their job.

4  Q.  So your answer is no to me?

5  A.  No.  Based on the scenario, I'm not sure if any doctor can

6  just walk into a hospital and write a report.  But if I were

7  employed at a hospital, if I were working there and I walk

8  into anywhere in the hospital and someone presented me with an

9  x-ray or MRI of the spine, I would read that and that report

10  would be valuable.

11  Q.  Doctor, you don't have any privileges at any hospitals in

12  the state of Florida, do you?

13  A.  Of course not, no.

14  Q.  In fact, you applied to get privileges so that you could

15  work at a hospital back in West Palm Beach but they denied

16  those privileges, correct?

17  A.  In 2008 I applied to a hospital in West Palm Beach.  My

18  privileges there were not accepted.  At the time I had

19  hospital privileges in West Palm Beach.

20  Q.  Let me get this straight.  If you're doing surgery at the

21  surgical center and something goes wrong at that surgical

22  center, you don't have the authority to actually admit anyone

23  to a hospital anywhere in the state of Florida, correct?

24  A.  That's correct.

25  Q.  Do you agree that your medical records, when you see

1   patients, should be correct?

2   A.  Yes.

3   Q.  Do you have any indication why it is that your medical

4   records indicate that Mr. Maluff had a slip and fall in March

5   2, 2015?

6   A.  That was mistyped, yes.

7   Q.  Mistyped by your office?

8   A.  Yes.

9   Q.  Do you have any reason -- do you know why your medical

10  records reflect that Mr. Maluff had an auto accident and that

11  was what caused his injury?

12  A.  That was also a mistype.  Those were corrected, but that

13  was a mistype.

14  Q.  Now, Dr. Chin, just a few more questions for you.

15          You talked about examining his thoracic spine,

16  correct?

17  A.  Correct.

18  Q.  And the thoracic spine is the mid back, correct?

19  A.  Correct.

20  Q.  And you indicated and you told this jury under oath that

21  his mid back was painful, correct?

22  A.  That's correct.

23  Q.  Can you look at your record of March 2nd, the first visit,

24  March 2, 2015?

25          MR. HAMILTON:  Your Honor, this is going to be

CHIN - Cross (Hamilton)

```
 1  Plaintiff's Exhibit 34.
 2           THE COURT:  All right.
 3           (Plaintiff's Exhibit 34 in evidence)
 4  BY MR. HAMILTON:
 5  Q.  Tell me when you are there, Doctor.  And I have a copy of
 6  it up here if you need to see it on the screen.
 7  A.  Yes.
 8  Q.  Do you see that?
 9  A.  Yes.
10  Q.  All right.  Mr. Maluff had his accident in 2014, August
11  2014.  He walks into your office on March 2, 2015, and there's
12  an examination done of his thoracic spine, isn't that correct?
13  A.  Correct.
14  Q.  And at that time his thoracic spine spasms were negative,
15  correct?
16  A.  Correct.
17  Q.  He didn't have any tenderness in the thoracic spine,
18  correct?
19  A.  Correct.
20  Q.  And his thoracic spine, the first day you saw him, was
21  normal, correct, Doctor?
22  A.  I think I want to mention that those results were
23  generated by the template, and that's because in our template
24  the thoracic spine exam was not on this sheet of paper.  So
25  that's probably what happened.  But it is -- what is written
```

CHIN - Cross (Hamilton)

1  there I want to disagree with.

2  Q.  Oh, so you disagree with your own medical record?

3  A.  No.  I'm just saying there is occasions where the thoracic

4  spine exam is read as negative because it may not have been

5  reported on the handwritten sheet.

6        So in this case I'm going to go ahead and agree with

7  what's there.

8  Q.  All right.  You said a lot.  You said a lot.

9  A.  Yes.

10 Q.  We agree then that when you first saw him there's nothing

11 wrong with his thoracic spine.

12 A.  Oh, I wouldn't say that.  What I'm saying is the report is

13 saying it's a negative exam.  So I'll agree with the report,

14 but I wouldn't agree that there's nothing wrong with his

15 thoracic spine.  He has an MRI that shows a herniated disk in

16 his thoracic spine.

17 Q.  Okay.  So again, Doctor, does he have, according to your

18 medical roared, thoracic pain or not?

19 A.  According to the record, no.

20 Q.  Okay.  Now, Doctor, I would actually understand your

21 explanation better that there was an error on the March 2,

22 2015 report.  But let's look at your May 26, 2015 report and

23 let's see what that says about the thoracic spine.

24       MR. HAMILTON:  Your Honor, this is Exhibit Number 34

25 and it's a record dated May 26, 2015.

CHIN - Cross (Hamilton)

1   BY MR. HAMILTON:

2   Q.  All right.  So, Doctor, you may have made an error back in

3   March.

4           MR. SOTO:  I'm sorry, counsel.  I need to see that.

5           MR. HAMILTON:  Surely.

6           MR. SOTO:  Excuse me, Your Honor.

7           This is not Exhibit 34.

8           MR. HAMILTON:  I'm sorry.  Exhibit 3, Plaintiff's

9   Exhibit 3.

10          MR. SOTO:  We have no objection to all of the records

11  going in for LESS Institute.

12          Thank you, counsel.

13          (Plaintiff's Exhibit 3 in evidence)

14  BY MR. HAMILTON:

15  Q.  All right.  Doctor, are you with me?

16  A.  Yes.

17  Q.  May 26, 2015.

18  A.  Yes.

19  Q.  All right.  This is your report, correct?

20  A.  Yes.

21  Q.  Written by your office, correct?

22  A.  Correct.

23  Q.  Under your supervision and tutelage, correct?

24  A.  Correct.

25  Q.  And here it indicates the thoracic spine negative,

CHIN - Cross (Hamilton)

1    correct?

2    A.   Correct.

3    Q.   Says tenderness over thoracic facet joint, tenderness

4    negative, correct?

5    A.   Correct.

6    Q.   Posterior tenderness negative, correct?

7    A.   Correct.

8    Q.   All right.  And that means, if we were to believe this

9    report, which other doctors do rely upon, that would mean that

10   there was nothing wrong with his thoracic spine; it was a

11   normal examination, correct?

12   A.   I wouldn't say there was nothing wrong.  He had a

13   herniated disk in his thoracic spine.  His exam, according to

14   the report, was negative for pain or tenderness.

15   Q.   His exam was normal, correct?

16   A.   Correct.

17   Q.   Now, did you know and were you provided with the medical

18   records of Dr. Tessler on June 25, 2015?

19   A.   No, I don't.

20   Q.   Do you know who Dr. Tessler is?

21   A.   No, I don't.

22   Q.   Did you know that Mr. Maluff went to Dr. Tessler on June

23   25, 2015, and reported and denied that he had neck pain?

24   A.   No, I don't.

25   Q.   I'm sorry?

CHIN - Cross (Hamilton)

1   A.  No, I don't.

2   Q.  Do you know who the Associates M.D. medical group is?

3   A.  Yes.

4   Q.  Okay.  And who is that group?

5   A.  It's a medical group that we often use for patients before

6   surgery so they could get medically cleared, evaluated.

7   Q.  And did you send Mr. Maluff to that office on actually

8   June 25, 2015, before his surgery?

9   A.  I believe so, yes.

10  Q.  Did you look to see what Mr. Maluff said about his neck

11  pain to the doctors before he was cleared to get surgery?

12  A.  No, I did not.

13  Q.  Do you have that record in your file?

14  A.  I don't think so.

15  Q.  So you weren't aware of that record before he actually

16  went into surgery where he indicated that he had no neck pain?

17  A.  No, I'm not aware of that.

18  Q.  And you don't have that medical record which cleared him

19  to go to surgery in your file?

20  A.  I don't, no.

21  Q.  Almost done, Dr. Chin.

22       You saw Mr. Maluff on October 13, 2015, correct?

23  A.  Correct.

24  Q.  And he told you in that visit that he had both back pain

25  and neck pain, correct?

CHIN - Cross (Hamilton)

1    A.   Yes.
2    Q.   And he told you also that he couldn't even keep his head
3    up, correct?
4    A.   Correct.
5    Q.   Doctor, do you have the medical record of Dr. Borja that
6    is dated 10-6-2015?
7    A.   No, I do not.
8    Q.   Did you know that Mr. Maluff had gone for an annual
9    physical with Dr. Borja on 10-6-2015?
10   A.   No, I did not.
11   Q.   Did you know that Dr. Borja did a full medical physical
12   exam of Mr. Maluff on that day?
13   A.   No.  I'm not aware of it.
14   Q.   Were you told or were you provided with any record that
15   indicated the fact that Mr. Maluff denied neck pain and denied
16   back pain on 10-6-15?
17   A.   No, I don't know.
18   Q.   But yet, he comes to you six or seven days later and says
19   he can't hold his head up.  You weren't aware of what he had
20   said just seven days before.
21   A.   No, I did not.
22   Q.   And nobody has given you those medical records, correct?
23   A.   Correct.
24   Q.   Okay.  How about the medical record, Dr. Chin, of 10-29-15
25   when he followed up again with Dr. Borja?  You must have that

CHIN - Cross (Hamilton)

1    record.

2    A.  I don't have Dr. Borja's record, I think.

3    Q.  You don't have any of his records?

4    A.  I don't believe so.

5    Q.  And were you aware on 10-29-2015 he denied back pain and

6    neck pain to Dr. Borja?

7    A.  I do not recall it.

8    Q.  Okay.  On 10-29-15, did you see any medical record from

9    Dr. Borja indicating that he had no problems walking?

10   A.  No, I did not.

11   Q.  Do you have his physical therapy records in your file?

12   A.  No, I don't.

13   Q.  Were you aware that the very next day he went to physical

14   therapy on 10-30-15 claiming that he had difficulty walking?

15   A.  No, I don't know that.

16   Q.  You didn't know that?

17   A.  I didn't know that.

18   Q.  You weren't provided those records, were you?

19   A.  No.

20   Q.  And you were his treating doctor, correct?

21   A.  Yes.  During all that time -- that was after surgery -- I

22   was seeing the patient fairly frequently.

23   Q.  Were you aware that on 10-17, Mr. Maluff, who couldn't

24   keep his head up on 10-13, was out riding his motorcycles?

25   A.  No, I was not aware.

CHIN - Cross (Hamilton)

1  Q.  Were you aware that he could ride motorcycles?

2  A.  We never discussed that.

3  Q.  Do you think somebody who can't lift their head up should

4  be riding a motorcycle?

5  A.  Well, it depends on how they're feeling at the time.  Many

6  of the time these symptoms are intermittent, not just the

7  same.

8          THE COURT:  Let's wrap it up.

9          MR. HAMILTON:  Yes, Judge.

10  BY MR. HAMILTON:

11  Q.  Just a few more questions, Dr. Chin.

12          Do you know who Dr. Mustafo is or Mustafi?

13  A.  No, I'm not.

14  Q.  Were you aware that on that particular --

15          THE COURT:  Well, if he doesn't know who it is, why

16  would you ask him a question?

17          MR. HAMILTON:  I'm sorry, Judge?

18          THE COURT:  He said he doesn't know who he is.

19          MR. HAMILTON:  I'm just asking if he is aware --

20          THE COURT:  Well, he might be aware of a lot of

21  things.  But there's no point asking him if he doesn't even

22  know who he is, right?

23          MR. HAMILTON:  I'm just asking on that date.  Not

24  asking about the doctor.

25          THE COURT:  What are you asking about that?

CHIN - Cross (Hamilton)

1           MR. HAMILTON:  On November 16, 2015, were you aware

2   that he reported no neck pain.

3           THE COURT:  To whom?  To someone else he doesn't

4   know?

5           MR. HAMILTON:  Correct.

6           THE COURT:  That's stupid to ask that.

7           Next question.

8   BY MR. HAMILTON:

9   Q.  Next question is:  You recommended, Dr. Chin, back when

10  you saw Mr. Maluff that he have physical therapy going back

11  from October of 2013, correct?

12  A.  Correct.

13  Q.  And did you see any medical record where he actually

14  followed your recommendation and had physical therapy?

15  A.  I do not.

16  Q.  You also again waited seven months before seeing him again

17  in May of 2016 and you recommended more physical therapy,

18  correct?

19  A.  Correct.

20  Q.  And he didn't show up into your office again almost a year

21  later or ten months later and didn't get any therapy, correct?

22  A.  I don't know if he had therapy.  I didn't have the

23  records.

24  Q.  Have you seen any medical record where he's gotten any

25  physical therapy that you recommended going back from 2017?

CHIN - Cross (Hamilton)

1   A.   No.

2   Q.   Now, very briefly, Dr. Chin, the last time you saw

3   Mr. Maluff was in October 8, 2018, correct?

4   A.   Correct.

5   Q.   And you had not seen him before that until July 30, 2018.

6   So from July 30, 2018, to October 8, 2018, that was a gap in

7   period of time that you didn't see him, correct?

8   A.   Yes.  It's a two-month gap.

9   Q.   Right.  And in that two-month gap, again, you recommended

10  physical therapy, but Mr. Maluff didn't get any, correct?

11  A.   I don't know if he did or not.

12  Q.   You don't have any record in your files indicating that he

13  had any therapy, correct?

14  A.   Correct.

15  Q.   Finishing up, Dr. Chin, you talked about your

16  qualifications in the beginning of your testimony when

17  Mr. Soto was asking you certain questions.  Do you recall

18  that?

19  A.   Yes.

20  Q.   And you recall the fact that you indicated that you used

21  to practice in Massachusetts.

22  A.   I was trained in Massachusetts.

23  Q.   Okay.  And in fact, Dr. Chin, you did have a medical

24  license in Massachusetts at one point, didn't you?

25  A.   I'm sorry?

CHIN - Cross (Hamilton)

1   Q.  Didn't you have a medical license at one point?

2   A.  Of course, yes.  Throughout my training and afterwards,

3   yes.

4   Q.  And isn't it true that the Massachusetts Board of

5   Registration of Medicine reprimanded you and fined you $7,500?

6   A.  That was years later based on a Florida incident.

7   Q.  Yeah.  Sure.  They found that you fraudulently obtained

8   your licenses to practice medicine, correct?

9   A.  That was the language that they used based on when I

10  signed a consent to agree to the fine, yes.

11  Q.  Right.

12  A.  That's because that's the language they used based on the

13  fact that I did not let them know that I had a fine in

14  Florida.  I didn't know I needed to tell them.

15  Q.  Right.  And so you didn't file any other lawsuit

16  challenging the language saying that language that said

17  Dr. Chin fraudulently obtained his license to practice

18  medicine, you didn't file any objection to that saying, hey,

19  change that language, did you?

20  A.  No, because I was at the University of Pennsylvania.  I

21  applied to Florida for a license.

22  Q.  Well, let's talk about the University of Pennsylvania.

23  A.  Well, I'd like to answer.

24          So I'm at the University of Pennsylvania.  I applied

25  to Florida for my license.  Florida then had me come in to

CHIN - Cross (Hamilton)

1  answer questions.  I answered the questions and they decided

2  that I had answered one of the questions incorrect and gave me

3  an unrestricted license and fined me for that.

4  Q.  You also -- sorry.

5  A.  I went back to work.  I was busy and I didn't realize I

6  needed to let the other states be aware that I had just had a

7  fine in Florida.  And this was during my application.

8           Because of that, I then got reprimanded by the other

9  states because I was supposed to report if you had an incident

10 against your license in other state.

11 Q.  Right.

12 A.  So I decided not to fly to Massachusetts to discuss it

13 with the board, which I thought would have been an easy thing

14 for them to understand I just didn't know.  And so they asked

15 me to sign a consent, which I didn't bother reading.

16 Q.  Right.

17 A.  And that's language.  So if I knew that they were going to

18 use that language, I would have contested it.  I just didn't.

19 Q.  So reprimanded in Massachusetts.

20 A.  Yes.

21 Q.  Reprimanded in Pennsylvania, correct?

22 A.  I paid a fine of a thousand in Pennsylvania because I

23 actually went to the board and I told them -- I apologized for

24 not letting them know and I was fined a thousand dollars.

25 Q.  You surrendered your license in Pennsylvania, correct?

CHIN - Cross (Hamilton)

1    A.  I gave up my license in Pennsylvania because I wasn't

2    going back to Pennsylvania.

3    Q.  You surrendered your license in Pennsylvania, correct?

4    A.  Correct.  Voluntarily, by the way.

5    Q.  You also got reprimanded by the Florida Board of Medicine,

6    correct?

7    A.  During my application for a license, one of the questions

8    I answered incorrectly, I went in front of the board to

9    explain it and they gave me a fine and gave me my license.

10   Since that time I have never had an incident against my

11   license in any state, just to be clear on that.

12   Q.  And to be clear on the final question that I have, again,

13   Dr. Chin, that in the state of Florida --

14   A.  Yes.

15   Q.  -- you cannot admit any patient in any hospital, correct?

16   A.  Of course, yeah.  I chose not to.  If I wanted to, I would

17   get on staff at a hospital, which I have no interest in.

18        MR. HAMILTON:  Okay.  Your Honor, I have no further

19   questions.

20        THE COURT:  Redirect, if any.

21        MR. SOTO:  Thank you.

22                    REDIRECT EXAMINATION

23   BY MR. SOTO:

24   Q.  Do you have privileges in other hospitals other than in

25   the U.S., sir?

CHIN - Redirect (Soto)

1   A.   Yes.   I recently decided I wanted to get back to New York

2   City where I went to college, and so I applied to many

3   hospitals there.   In fact, each one of them -- one is already

4   completed and the other two are just in the final stages.   So

5   I expect to be on staff there.

6        I am on staff in Jamaica where I do very complicated

7   surgeries at a university but also at one of the local

8   hospitals.   Eventually I will move to outpatient because

9   that's what I do.   I do less invasive surgery.   But I thought,

10  since I was just starting in Jamaica, I shouldn't immediately

11  go outpatient, which takes some time.

12  Q.   Dr. Chin, if there's something that goes wrong

13  Mr. Hamilton alluded to that you couldn't admit, is there any

14  issue with you getting a patient of yours that has a

15  complication from an outpatient surgery to a hospital, sir?

16  A.   Of course not.   Since I've been doing this since 2009,

17  I've only had two patients involved in any incidents and

18  they're related to anesthesia.   And so I've never had a

19  complication from my surgery.

20       Many of these surgeries that I do I have been working

21  on it since I was at the University of Pennsylvania.   When I

22  came to Florida, I had privileges in West Palm Beach,

23  privileges here in Fort Lauderdale, up in Fort Lauderdale, and

24  I transitioned those surgeries to get to the point where they

25  can be done safely in outpatient.

CHIN - Redirect (Soto)

```
1              But if there were a complication, we would transfer
2    the patient, just like any other surgery center would transfer
3    the patient, to the nearest hospital.  It's not surgeon
4    dependent.  It's the surgery center who has the responsibility
5    to make sure that the patient is safe and that we transfer the
6    patient to a hospital.
7    Q.  Doctor, with regard to these reprimands that have been
8    discussed in these other jurisdictions, when did those occur?
9    A.  I applied for my license in 2004.  I think 2005 is when
10   the board gave me my license and I paid the fine.  As a result
11   of that, that triggered the other two states.  And so you're
12   talking about 13 years.
13   Q.  So between 13 and 15 years ago we're talking about, is
14   that correct?
15   A.  13 years, yes.
16   Q.  How long have you held your Florida license, sir?
17   A.  Since then, since 2005.
18   Q.  And has that ever been suspended or revoked for any reason
19   at any time?
20   A.  I have never had an incident against my license in any
21   state.
22   Q.  Mr. Hamilton, I'm going to approach over here because I'm
23   going to show you Plaintiff's 3 again.  Mr. Hamilton went over
24   a few things.
25              First and foremost, Mr. Hamilton mentioned to you,
```

CHIN - Redirect (Soto)

1    sir -- let me go back over to the lectern, sir -- Mr. Hamilton

2    said, well, you didn't look at any cervical x-rays.

3            Do you remember that?  Do you remember when he asked

4    you in?

5    A.   Yes.

6    Q.   Do cervical x-rays show herniations of the disks, sir?

7    A.   No.

8    Q.   What do they show then?

9    A.   Well, they show alignment to see how the spine -- the

10   curvature, which you can also see on MRI.  They just show you

11   the bones, which you can also see on MRI.

12   Q.   Okay.  So if you're going to diagnose a herniated disk,

13   are you going to look at a cervical x-ray, Doctor, or are you

14   going to look at an MRI?

15   A.   I look at the MRI.

16           I just want to explain something.  I think as a spine

17   surgeon, if you have an x-ray, it's good.  But x-rays are

18   mostly looking for other things other than what he had.

19           If you're looking at someone with a trauma like this,

20   you're looking for herniated disks.  You're looking to see is

21   there edema around the disk, which is inflammation.  All of

22   that you get from the MRI.

23           The x-ray, it's the first type of study that we had.

24   I think there's still some role for it.  But it's very, very

25   minor that it plays any role today in treating degenerative or

CHIN - Redirect (Soto)

1    traumatic spine surgery, spine condition.

2    Q.  Did Mr. Hamilton show you the film?

3    A.  No.

4    Q.  Did Mr. Hamilton show you the report?

5    A.  No.

6    Q.  Degenerative changes, does that occur in everyone?  Isn't

7    that a normal process that occurs in everyone over time?

8          MR. HAMILTON:  Objection, Your Honor.  Leading.

9          THE COURT:  Grounds.

10         MR. HAMILTON:  Leading, Your Honor.

11         THE COURT:  Overruled.  Go ahead.

12   BY MR. SOTO:

13   Q.  You can answer.

14   A.  Well, yes.  As you age, you do find degenerative changes,

15   of course.

16   Q.  If someone has degenerative changes, does that necessarily

17   mean they have a herniated disk?

18   A.  No.

19   Q.  Let me go over here.  I've got two more minutes and then

20   we're going to let you go.  Thank you for your patience,

21   though.

22         Do you remember this?

23   A.  Yes.

24   Q.  Are these images, the same sagital 7, sagital 7?  Isn't

25   that correct, sir?

CHIN - Redirect (Soto)

1   A.   That's correct.   And we tried to, for the purpose of

2   illustration, pick the same sagital numbers just to try and

3   make it easier to understand.

4   Q.   You can see the disk involvement in this case, the L5-S1

5   disk, sir.   Can you see that on both of these images, sir?

6   A.   Yes.   And that's why we chose it.   We thought we could

7   see.   But having the same numbers, I just didn't want to make

8   it confusing.

9   Q.   Okay, sir.   Very well.

10          Lastly, Doctor --

11          MR. SOTO:   Plaintiff's Exhibit 3, counsel.

12  BY MR. SOTO:

13  Q.   -- Mr. Hamilton went over this lack of mid back pain and

14  stuff, and I want to bring your the attention, there were some

15  records that weren't show to you on Plaintiff's Exhibit 3,

16  specifically in March of 2015.   This wasn't shown to you, but

17  I'm going to show it to you.   Let's take a look at that.

18          That's the patient registration form.   Are you

19  familiar with that, sir?

20  A.   Yes.   This was filled out by the patient.

21  Q.   Yes.   Can you tell us what the primary complaints there,

22  sir, were on March of 2015 that Mr. Hamilton didn't disclose

23  to you?

24  A.   The lower back, mid back and neck pain.

25  Q.   Is mid back thoracic, sir?

CHIN - Redirect (Soto)

1   A.   That's correct, yes.

2   Q.   And when he was going over the fact that there were no

3   records or no mentions of complaints of thoracic pain, I want

4   to go over also Plaintiff's Exhibit 3, the history physical,

5   and show you the diagram.

6        You see that there, sir, of the back?  That circle

7   there, what does that indicate, sir?

8   A.   That's the mid back.

9   Q.   Is that the thoracic area, sir?

10  A.   That's the thoracic area.

11  Q.   And that's an area where there was quality of pain sharp,

12  burning, shooting.  Is that what it says, sir?

13  A.   Yes.

14  Q.   And tingling as well?

15  A.   Yes.

16  Q.   So there was some documentation and complaints of pain to

17  the thoracic, in fact, contrary to what was said before.  Is

18  that true, sir?

19  A.   That's correct.

20       MR. SOTO:  Thank you, Doctor.  I appreciate your

21  patience.

22       THE WITNESS:  Thank you.

23       MR. SOTO:  No further questions.

24       THE COURT:  Thank you, sir.  You're excused.  Have a

25  good day.

CHIN - Redirect (Soto)

1              THE WITNESS:  Thank you.

2          (Witness excused)

3                    I N D E X

4   WITNESS                                    PAGE

5   KINGSLEY RICHARD CHIN, PLAINTIFF'S WITNESS, SWORN.......... 2

6   DIRECT EXAMINATION BY MR. SOTO............................. 2

7   CROSS-EXAMINATION BY MR. HAMILTON........................ 27

8   REDIRECT EXAMINATION BY MR. SOTO......................... 72

9   EXHIBITS

10  Plaintiff's Exhibit 42 in evidence...................... 14

11  Plaintiff's Exhibit 3 in evidence...................... 53

12  Plaintiff's Exhibit 34 in evidence..................... 60

13  Plaintiff's Exhibit 3 in evidence...................... 62

14  Defendant's Exhibit 34.6 in evidence................... 42

15      *    *    *    *    *    *    *    *    *    *

16                C E R T I F I C A T E

17

18      I certify that the foregoing is a correct transcript

19  from the record of proceedings in the above-entitled matter.

20

21

22

23

24

25

**A**

**ability** 34:22
**able** 19:8 34:25
**above-entitled** 79:19
**absence** 45:11
**Absent** 16:4
**absolutely** 30:10
**academically** 4:23
**accept** 23:25
**acceptable** 11:7
**accepted** 58:18
**accident** 18:8,10 19:14
  20:21 50:18 53:21
  56:12,17 59:10 60:10
**accurate** 35:18
**actual** 52:8
**addendum** 50:16,17
**additional** 17:20,21
**admit** 5:6 58:22 72:15
  73:13
**admitted** 4:3,8
**advise** 45:9
**aerobic** 17:5
**afford** 35:8
**afternoon** 2:7,17,19 28:2
  28:3
**age** 76:14
**aggravated** 19:21 21:18
**aggravation** 19:13,20
**ago** 74:13
**agree** 58:25 61:6,10,13
  61:14 70:10
**Agreed** 29:12,13
**agreement** 35:4
**ahead** 21:4 25:11 41:4
  42:18 46:14,24 50:8
  53:10 61:6 76:11
**airplane** 44:12
**alignment** 7:25 75:9
**allow** 11:1 16:8 23:12
  43:18,22
**alluded** 73:13
**amount** 18:21 19:10
**and/or** 9:20 22:3
**anesthesia** 10:8 11:21
  12:1,6 73:18
**anesthesiologist** 12:2
**annual** 65:8
**answer** 46:14 58:4 70:23
  71:1 76:13
**answered** 43:17 46:10
  46:23 50:7 71:1,2 72:8
**ANTHONY** 1:17
**apologized** 71:23
**Apparently** 18:11
**APPEARANCES** 1:15
**appeared** 19:11
**appears** 9:10
**apple** 55:13,14
**apples** 19:8,8 52:15,16
  53:25,25
**application** 71:7 72:7
**applied** 10:25 58:14,17
  70:21,24 73:2 74:9
**appreciate** 25:7 78:20
**approach** 10:22 13:10
  13:12 53:3 74:22
**approaching** 53:5
**appropriate** 35:6
**April** 47:10
**area** 16:7,8 78:9,10,11
**areas** 3:3
**arranges** 34:19
**arthritis** 3:3
**artificial** 12:23

**aside** 35:15
**asked** 7:14 42:22 43:17
  46:10,22 50:7 57:21
  71:14 75:3
**asking** 34:2 36:6 67:19
  67:21,23,24,25 69:17
**asleep** 44:11,14
**assault** 50:12
**assaulted** 37:21
**assistant** 4:13 5:14 36:12
  36:14,23 37:7,11,18
**assistants** 36:4
**assisted** 46:2
**associated** 10:3 25:20
**Associates** 64:2
**assume** 26:16
**athletic** 3:19
**athletics** 3:18
**Atlantic** 4:19
**attach** 13:4
**attendants** 44:13
**attention** 44:15 77:14
**attributable** 48:9
**August** 6:13 7:10 18:9
  46:7,20,20 50:18
  60:10
**authority** 58:22
**auto** 59:10
**AutoZone** 30:1
**Avenue** 1:21,24
**average** 30:17 31:9 33:2
**aware** 56:7,12 64:15,17
  65:13,19 66:5,13,23
  66:25 67:1,14,19,20
  68:1 71:6

**B**

**back** 6:25 7:2,2,6,6 8:10
  10:11 11:1 12:11,12
  13:8 16:11 17:4,18
  18:3,7,10 19:3 21:12
  25:16 37:1,10 38:2,3
  38:12,13,15,17,20,22
  39:1,1,10,20 40:5
  41:13,17 44:25 47:20
  51:7 52:2,9 53:19,22
  55:17 58:15 59:18,21
  62:2 64:24 65:16 66:5
  68:9,10,25 71:5 72:2
  73:1 75:1 77:13,24,24
  77:25 78:6,8
**background** 8:6
**backwards** 8:6
**balancing** 17:24
**based** 4:16 18:20 19:8,24
  26:18 34:3 49:23 58:5
  70:6,9,12
**basing** 51:20
**Beach** 12:18 58:15,17,19
  73:22
**beginning** 69:16
**behalf** 28:25 29:5,19
  30:6 33:20
**believe** 18:14 22:1 52:14
  63:8 64:9 66:4
**benefit** 3:8 8:25 9:2,3
**benefits** 9:20
**best** 20:17
**better** 11:19,19 17:2
  61:21
**beyond** 33:13
**bill** 33:25 34:3,8
**billing** 34:19
**BIRTHISEL** 1:19
**bit** 3:5 16:1 18:1 35:15

35:16 44:17 54:23
**blanket** 44:9,10
**bleeding** 10:7
**board** 4:25 5:3,4 70:4
  71:13,23 72:5,8 74:10
**Board-certified** 2:9,20
  57:10
**body** 5:5 6:23
**bone** 10:25,25 15:12,15
  15:25 16:25
**bones** 3:2 75:11
**boom** 40:22,22,22,22
**Borja** 65:5,9,11,25 66:6
  66:11
**Borja's** 66:2
**bother** 44:13 71:15
**Boulevard** 1:17
**Bowman** 4:7
**break** 10:12 26:5 44:3
  45:21 46:12 47:10
**breathe** 12:7
**breathing** 17:5
**bridge** 15:12,13,16
**brief** 44:20 45:21
**briefly** 69:2
**bring** 25:15 33:10 44:24
  77:14
**Brito** 29:5
**Broward** 41:12,23
**burning** 78:12
**business** 3:21
**busy** 71:5
**button** 40:18

**C**

**C** 8:4 79:16,16
**C-h-i-n** 2:9
**C5-6** 7:24
**C5-C6** 9:1 56:3,9,20
**cages** 10:23
**Call** 2:1
**called** 34:12
**canal** 54:6,8,16
**candidate** 6:24
**care** 3:24 16:20 21:23
  26:25 27:5 34:5,18,18
  35:7,8 38:3 51:20
**case** 1:2 29:4,16,18 30:1
  30:3,5,7 34:12 35:3,4
  36:17 44:4 45:6 49:19
  55:22 61:6 77:4
**cases** 29:25 30:9
**CAT** 15:11 20:13
**causation** 48:24 49:7
**caused** 21:13,18 38:20
  48:25 59:11
**cement** 49:6 50:1
**center** 11:13 58:21,22
  74:2,4
**certain** 22:1 25:16 34:11
  51:3,3 69:17
**certainty** 21:23 22:5
**certification** 5:3,4
**certified** 4:25 5:8
**certify** 79:18
**cervical** 7:11,12,23 8:25
  17:20,21 18:2,2 22:4
  23:7 25:15,17,19 75:2
  75:6,13
**chair** 28:23
**challenging** 10:14 17:24
  18:4 70:16
**chance** 26:6
**change** 30:24 70:19
**changed** 44:6 49:15,17

50:14 51:15,20
**changes** 56:2,8,17 76:6
  76:14,16
**changing** 51:16
**charge** 31:9,13 32:13,16
  32:18,21 33:7,11,12
**charging** 32:17,23,24
**Charles** 4:20
**chart** 6:5
**chief** 4:9,12 7:1
**Chin** 1:11 2:4,8,17 4:25
  9:19 14:13 22:14
  23:18 24:8 25:14 28:2
  28:5 33:7 35:25 42:1
  42:21 45:21 51:22,24
  53:6,13 54:2 57:17
  59:14 64:21 65:24
  67:11 68:9 69:2,15,23
  70:17 72:13 73:12
  79:5
**choice** 27:6
**chooses** 26:23
**chose** 72:16 77:6
**chronic** 37:10 41:16
**Cigna** 3:24
**circle** 78:6
**circumstances** 6:4,6
**City** 3:11 5:23 73:2
**claiming** 66:14
**class** 3:17
**claustrophobic** 40:13
  41:8
**clear** 7:24 11:20 18:22
  36:24 54:16 72:11,12
**cleared** 64:6,11,18
**clearly** 54:8
**Cleveland** 4:7
**client** 28:25 29:5
**client's** 29:10
**clients** 28:7,10,19 31:20
  31:21 32:4 33:20,20
**clinic** 36:5
**close** 55:12
**closed** 40:19
**Club** 6:10 18:8 21:14
  49:1,4 56:23
**cold** 44:10
**Coleman** 30:4 31:2
**colleague** 52:15
**collect** 34:4,16 35:10
**collecting** 34:13
**collection** 34:20
**college** 3:9,13 4:20 73:2
**Columbia** 3:11,17
**come** 5:15 6:1 9:5 14:13
  26:21,23 27:10,14
  32:18,25 33:21 37:23
  37:24 39:5 70:25
**comes** 27:1 42:1 65:18
**coming** 26:14 27:8
**community** 11:8 41:12
  41:23
**company** 34:19
**compare** 19:8 51:22
  52:11,18
**compared** 18:19 51:19
  51:23 52:15
**complain** 17:16
**complained** 8:9 41:16
**complaints** 6:7 7:1,4,5
  7:13,21 8:16 24:18
  41:12 51:21 77:21
  78:3,16
**complete** 6:22 35:18
**completed** 73:4

**complicated** 73:6
**complication** 73:15,19
  74:1
**complications** 16:4,12
  16:16
**compliment** 24:22
**comports** 14:6
**concern** 17:22
**concerned** 23:9
**concluded** 19:11 49:16
**conclusion** 48:8
**condition** 17:17 19:13,21
  20:2 48:3 51:18 76:1
**conditioning** 17:5
**conditions** 48:22
**confirm** 17:13
**confusing** 77:8
**connected** 10:24 15:9
**conscious** 12:5
**consent** 9:22 10:16 70:10
  71:15
**conservative** 6:15
**consider** 27:2
**considered** 5:5
**consistent** 8:16 20:21
  21:4,8,10
**consistently** 8:20
**consulting** 3:23
**contents** 45:5
**contested** 71:18
**continue** 4:23 8:21 17:15
  22:6 45:17
**continued** 7:21 17:18
**contrary** 78:17
**copy** 60:5
**cord** 8:7
**correct** 5:20 9:9,12 12:3
  12:4 16:17,18 18:16
  28:11,25 31:12,14
  32:2,5,8,19,20,22,23
  33:8,9,11,15,22 34:9
  34:10,17 35:19,20,22
  36:20 37:4,5,15,18
  40:2,3,16,17 42:2 43:3
  43:6,7,9,10,11,12,15
  45:25 46:1,3 47:15,22
  47:23 48:10,11,13,14
  48:22 49:2,3,7,9,12
  50:15,21 51:4,5,8,13
  51:14,25 52:12,13,19
  52:20,22,23 53:14,19
  53:20,22,23,25 54:1
  54:22 55:7,10,15,21
  56:20,21 57:5,6,7,8,13
  57:14,15,16,19,20
  58:16,23,24 59:1,16
  59:17,18,19,21,22
  60:12,13,15,16,18,19
  60:21 62:19,21,22,23
  62:24 63:1,2,4,5,6,7
  63:11,15,16 64:22,23
  64:25 65:3,4,22,23
  66:20 68:5,11,12,18
  68:19,21 69:3,4,7,10
  69:13,14 70:8 71:21
  71:25 72:3,4,6,15
  74:14 76:25 77:1 78:1
  78:19 79:18
**corrected** 59:12
**correlate** 20:18
**costs** 25:20
**counsel** 2:19 14:6 44:22
  44:23 62:4,12 77:11
**counselor** 28:3
**country** 3:19

course 6:15 11:24 16:11
  16:19 20:9 39:18
  58:13 70:2 72:16
  73:16 76:15
court 1:1,23 2:1,5,12,14
  13:11,13,15,18,21,23
  13:24 14:1,4,7,9 19:16
  19:18 20:25 21:3
  22:12,17,20,23,25
  23:2,6,10,12,16,21,24
  24:3,5,10,13,13,16,16
  24:17,20,23 25:2,6,8
  25:11 27:23 29:7,11
  29:14 31:25 32:15,18
  41:4 42:4,7,9,13,15,17
  43:18,22 44:2,10,22
  45:3,15 46:12,24 50:8
  53:4,7,10 60:2 67:8,15
  67:18,20,25 68:3,6
  72:20 76:9,11 78:24
creates 13:1
cross-examination 27:23
  27:25 43:19,20 45:18
  79:7
cross-examine 23:13,14
CRR 1:23
currently 5:21
curvature 75:10
curving 8:5,6
custom 20:8
customary 15:18

**D**

D 1:20 8:5 79:3
Dadeland 1:17
damaged 21:8
DAMAS 1:3
dash 42:7
data 11:20
date 50:18 52:1 53:18
  56:10,11 67:23
dated 46:20 61:25 65:6
dates 53:15,16
daunting 41:7
day 32:15,18,21 36:10
  36:21,22 60:20 65:12
  66:13 78:25
days 7:15 16:22 65:18,20
dealing 33:19
death 10:8
December 39:8
decide 27:7
decided 3:25 4:14 71:1
  71:12 73:1
decision 22:7
decompression 9:2
  10:21
Deerfield 11:13 12:18
Defendant 1:7,19
Defendant's 42:5,19
  79:14
defense 44:22
degenerative 56:2,8,17
  75:25 76:6,14,16
degree 3:12,13 20:3
  21:22 26:18
Deidrick 36:17
demonstrative 13:14
  24:25
denied 58:15 63:23
  65:15,15 66:5
department 4:8
dependent 74:4
depends 11:16,16 30:24
  33:3 34:4 40:13 49:8

67:5
deposed 33:1,7
deposition 29:22 33:1,14
depositions 33:16
Depot 30:4 31:3
describe 19:2
details 23:10
determination 35:2
determine 5:5 23:25
  42:14
Deutch 1:16 30:4
develops 10:8
devices 10:13
devil 23:10
diagnose 75:12
diagnosed 38:7 39:1,10
  39:23
diagnosis 40:5
diagnostic 13:7 15:10
  18:7,9 20:7,10
diagram 78:5
difference 19:2
different 18:24 20:18
  45:22 49:7,9 53:13,15
  53:16
difficult 4:3
difficulty 16:4 66:14
direct 2:15 21:20 79:6
directly 27:1
disagree 55:25 61:1,2
disagreement 23:4
disclose 77:22
discuss 24:9 45:4 71:12
discussed 8:20 17:21
  18:2 67:2 74:8
discussion 45:10
disk 7:25 8:6,9,13 10:21
  10:22 12:23,23,25
  13:2 14:19,21 16:7
  20:1 21:7,8,18 40:1,7
  61:15 63:13 75:12,21
  76:17 77:4,5
disks 10:11,11 15:22
  75:6,20
dispute 28:17 30:8,10,11
  74:6
distortion 14:20
DISTRICT 1:1,1,13
doctor 2:23 3:5,9,25
  5:15,25 8:3 9:6 16:1
  18:6,15 19:23 20:6
  21:16,22 25:21 26:7
  33:19 40:4 43:15 46:2
  47:2,20 55:23 57:19
  58:1,5,11 60:5,21
  61:17,20 62:2,15 65:5
  66:20 67:24 74:7
  75:13 77:10 78:20
doctors 6:11 26:15 38:7
  57:2,4,9,15 63:9 64:11
documentation 78:16
doing 21:6 22:7 33:20
  58:20 73:16
dollars 25:22 32:14,17
  33:8,13,22 71:24
donated 10:25
door 27:8
dot 14:17,18 42:8
Dr 2:8,17 4:7,25 9:19
  14:13 22:14 23:18
  24:8 25:14 28:2,5 33:7
  35:25 38:25 39:9 40:5
  41:15,19 42:1,21
  45:21 51:22,24 53:6
  53:13 54:2 57:17

59:14 63:18,20,22
  64:21 65:5,9,11,24,25
  66:2,6,9 67:11,12 68:9
  69:2,15,23 70:17
  72:13 73:12
dual 3:12
duties 2:22

**E**

E 79:3,16,16
earlier 36:19
easier 77:3
EAST 1:6
easy 71:13
edema 7:25 8:13 18:21
  19:10 75:21
educational 3:9
eight 44:7
either 9:2 43:9
elect 15:24
elected 9:6,7
election 8:24
electrical 3:13,16
ELMO 13:12
emergency 38:3,6
Emmanuel 38:25
employed 58:2,7
empty 13:1
engineering 3:13,14,17
English 23:3
entire 6:22 9:17
error 61:21 62:2
especially 18:21 30:18
  51:9,10
ESQ 1:16,17,20,20
essential 20:11
establish 19:4
established 5:4
estimate 30:22
estimated 25:20
estimating 32:14
evaluate 7:13
evaluated 64:6
Eventually 73:8
everybody 11:25
evidence 14:11 42:19
  45:8 53:11 60:3 62:13
  79:10,11,12,13,14
exactly 3:22
exam 6:22,25 60:24 61:4
  61:13 63:13,15 65:12
examination 2:15 36:10
  60:12 63:11 72:22
  79:6,8
examine 20:16
examining 59:15
example 14:24
exams 6:20
EXCERPT 1:10
exclusion 45:6
Excuse 62:6
excused 78:24 79:2
exhibit 13:14,21 14:2,11
  27:21 42:6,19 53:9,11
  60:1,3 61:24 62:7,8,9
  62:13 77:11,15 78:4
  79:10,11,12,13,14
exhibited 8:16
exhibits 13:18 79:9
expect 73:5
experience 3:23 4:11
  26:19
explain 6:4,6 9:19 11:2
  14:16 16:10 17:17
  27:12 72:9 75:16

explaining 6:25
explanation 61:21
extensive 4:11 9:23
extensively 6:10
extra 57:9

**F**

F 79:16
facet 63:3
facilities 44:3
facility 41:24
fact 17:6 19:24 33:10
  35:10,21 37:13 38:1
  47:20 48:12,15 52:21
  57:9,17 58:14 65:15
  69:20,23 70:13 73:3
  78:2,17
fair 56:25
fairly 66:22
fall 44:11 59:4
falling 44:14
familiar 3:7 77:19
far 11:19,20 22:7,8
  24:10 34:20 37:1,2
faster 17:25
FCRR 1:23
February 18:13,15,16
  38:22 41:11 52:9
Federal 45:8
FEDERICO 1:12
feel 5:7 9:24 26:24 35:3
  35:5,6 40:16
feeling 12:8 67:5
felt 8:25 18:20 55:11
fifteen 47:22
fight 37:21 50:5
fights 49:5
figure 44:15
file 33:21 64:13,19 66:11
  70:15,18
files 69:12
fill 13:2
filled 77:20
film 13:7 15:10 18:7,7,9
  20:20 76:2
films 20:7,7,10 51:4 57:5
final 47:23 48:1,5,15,19
  50:19,20 51:2 72:12
  73:4
find 6:18 7:22 41:7
  55:19 76:14
findings 18:23
fine 28:3 70:10,13 71:7
  71:22 72:9 74:10
fined 70:5 71:3,24
finished 24:25
Finishing 69:15
fire 49:6 50:4,5
firm 26:9,12 27:1 28:6
  29:20 30:6
first 5:11 7:8 9:12 19:4
  26:20 28:23 35:19,23
  36:3 53:18 59:23
  60:20 61:10 74:25
  75:23
five 3:11,14
flight 44:13
Florida 1:1,6,18,21,24
  4:15,17,19 5:15,18,21
  5:23 57:18,24 58:12
  58:23 70:6,14,21,25
  70:25 71:7 72:5,13
  73:22 74:16
fly 71:12
focus 2:24 4:16 11:16

25:15
focussing 55:18
folks 45:15
follow 17:6
followed 17:8 65:25
  68:14
following 11:2
forced 22:9
foregoing 79:18
foremost 74:25
forget 40:24
form 9:22 16:25 42:1,1
  77:18
formed 15:5
forms 15:16
Fort 73:23,23
forth 3:4
forward 8:5
found 7:20 18:11 70:7
four 4:14 10:24 12:19
  13:3 14:24 15:3
four-hour 12:22
fraudulently 70:7,17
free 17:16
frequently 66:22
front 27:4 72:8
full 32:21 65:11
further 72:18 78:23
fuse 16:6
fused 26:2
fusion 9:1,2,4 11:1 16:8
  future 21:23 22:2 25:17
  26:1

**G**

G 1:23
gap 69:6,8,9
general 7:19 11:21 12:1
  12:6
generally 13:16 40:1
generate 33:21
generated 60:23
gentleman 30:5
gentleman's 19:3
gentlemen 2:21 3:7 5:2
  14:15 34:14 56:7
getting 17:2 40:16 73:14
give 3:8 6:23 7:18 27:15
  27:17 32:15 40:18
  44:2 49:23 57:11,19
  58:1
given 20:3 65:22
giving 26:17
go 21:4 25:11 35:4 38:3
  39:20 41:4 42:18
  46:14,24 50:8 53:10
  57:2,9,18 61:6 64:19
  73:11 75:1 76:11,19
  76:20 78:4
goes 40:22 58:21 73:12
going 21:3 22:6 27:11,16
  27:21 28:8,17,20
  30:11 39:23,25 44:2
  45:4 47:14,20 51:7
  59:25 61:6 62:11
  68:10,25 71:17 72:2
  74:22,23 75:12,13,14
  76:20 77:17 78:2
good 2:7,17,19 26:24
  28:2,3,4 34:8 51:1
  52:15 75:17 78:25
gotten 18:20 19:12 68:24
gradual 16:25
graduated 4:2
graft 10:25,25

**great** 21:5
**GREGORY** 1:16
**grounds** 19:16 22:12,13
76:9
**group** 5:4 64:2,4,5
**guess** 23:4 28:8,20
**guest** 24:16

**H**

**half** 30:25 31:8 32:15,18
**Hamilton** 1:19,20 19:15
19:17 20:23 21:2
22:11,13,22,24 23:15
23:17,23 24:2,25
27:24 28:1 29:13,15
32:1 41:9 42:5,8,11,20
43:21 44:1 45:1,19,20
46:16 47:1 50:10 53:3
53:5,8,12 59:25 60:4
61:24 62:1,5,8,14 67:9
67:10,17,19,23 68:1,5
68:8 72:18 73:13
74:22,23,25 75:1 76:2
76:4,8,10 77:13,22
79:7
**handled** 30:3
**handwritten** 61:5
**happen** 26:24
**happened** 48:9,13,25
49:1 60:25
**happens** 36:14 44:12
**happy** 22:21
**hardware** 15:21
**Harvard** 4:1,3 5:11
**hate** 24:14
**he'll** 12:3
**head** 65:2,19 66:24 67:3
**headphones** 40:21
**heal** 16:23,24
**healing** 15:13 17:22
**health** 3:24 38:3 41:12
41:23
**hear** 24:14,19 42:17
**heard** 2:20 20:25
**held** 74:16
**help** 28:14 29:23 35:4,6
**helps** 17:3
**Herbert** 4:18
**herniated** 7:25 8:6,8,13
40:1 61:15 63:13
75:12,20 76:17
**herniation** 18:22 19:11
21:9 38:7,13 40:7
**herniations** 75:6
**hey** 49:4 70:18
**high** 3:10 22:5 44:13
**highly** 14:14
**HIPAA** 29:9
**history** 7:19 35:18 37:4
37:6 41:10 46:9,21
47:5,8,11,14,16,18
78:4
**hit** 21:20
**hold** 13:4 15:15 34:13
65:19
**Home** 30:4 31:2
**honor** 2:11,13 3:16 4:4
13:10,12 19:15 20:23
22:11 29:9 31:24
45:19 46:11,22 53:3
59:25 61:24 62:6
72:18 76:8,10
**HONORABLE** 1:12
**honors** 4:2
**hope** 26:23

**hopefully** 14:13
**hospital** 11:14,15 39:4
57:17,24 58:2,6,7,8,15
58:17,19,23 72:15,17
73:15 74:3,6
**hospitals** 11:18 58:11
72:24 73:3,8
**host** 10:13
**hour** 32:14,17 33:8,11
33:13,16
**hours** 12:17,20 32:13
33:14,18
**hundred** 25:22 28:18
32:4 55:11,13,14
**hurting** 18:5 49:22
**hydrant** 49:6 50:5,6
**hypomobility** 26:4

**I**

**idea** 6:24 15:13
**illustration** 77:2
**image** 14:19 19:5,6
52:18,19 53:21 55:6
**images** 19:5 20:19 52:22
52:22 53:24 55:5,9
76:24 77:5
**imaging** 20:17
**immediately** 73:10
**immobilized** 26:3
**impact** 48:16
**implants** 10:10
**important** 9:25 20:11,14
55:24
**impose** 45:6
**incident** 21:14,17 50:22
70:6 71:9 72:10 74:20
**incidents** 16:15,16 73:17
**incision** 12:9 16:22
**including** 3:2 45:6
**incorrect** 32:9 71:2
**incorrectly** 72:8
**incur** 25:17
**indicate** 12:18 59:4 78:7
**indicated** 30:16 38:12
59:20 64:16 65:15
69:20
**indicates** 13:7 62:25
**indicating** 54:4 66:9
69:12
**indication** 59:3
**infection** 3:4 10:7
**inflammation** 75:21
**influenced** 26:17
**information** 3:6 10:16
49:8,10,11,23
**initial** 10:1
**injections** 8:18,22 39:11
39:14
**injured** 21:17 49:16
**injuries** 21:13,19 26:21
48:9
**injury** 3:2 6:9,12,12 7:10
7:24 10:7 11:4 15:19
17:20,21 18:11,13,20
19:9,24 21:20 22:10
35:3 37:10 59:11
**inpatient** 11:20
**inquiring** 43:24
**inserting** 12:23
**instances** 34:11
**instantaneous** 17:1
**Institute** 62:11
**institution** 5:13
**Insurance** 3:24
**interest** 72:17

**intermittent** 67:6
**International** 4:18
**interpretations** 57:12
**intervention** 12:10
**introduced** 36:16 42:9
42:11
**invasive** 4:16 73:9
**invoke** 45:1
**invoked** 45:3
**involved** 9:20 45:5 50:11
73:17
**involvement** 77:4
**Isaac** 38:25
**issue** 73:14
**issued** 47:21,23 48:1,5
48:15,19 52:21
**issues** 48:25
**Ivy** 3:19 5:13

**J**

**J** 1:17
**Jamaica** 4:21 73:6,10
**January** 39:22
**Jayson** 41:15
**JERRY** 1:20
**Jersey** 5:24
**job** 2:22 4:12 5:11 58:3
**joint** 63:3
**joints** 3:1
**Jordan** 30:1
**Judge** 1:13 13:14 14:3,5
14:8,10 22:16,22 23:1
23:8,17 24:2,22 25:1,4
25:12 27:21,24 41:2
42:5,12 43:21 44:1
45:2 67:9,17
**July** 9:8,11 10:17 17:13
41:19 43:11,16 45:24
69:5,6
**June** 47:20,21 48:1,5,8
48:12,15,19,20 50:15
63:18,22 64:8
**jurisdictions** 74:8
**JUROR** 44:9
**jurors** 25:8 44:3,24
45:16
**jury** 1:13 2:3,22 3:7 6:6
16:10 28:24 34:15
35:21 44:5,18,19
45:14 52:14 53:24
56:7,19 59:20

**K**

**K-i-n-g-s-l-e-y** 2:8
**keep** 29:24 41:10 44:10
65:2 66:24
**kind** 11:4 19:5
**Kingsley** 1:11 2:4,8 79:5
**knew** 71:17
**know** 5:1,2 9:10 11:10
11:25 12:15 24:20,23
26:13,13,23 31:13
33:3,23,24 35:12,13
38:11 40:4 41:1,5,6
42:15 44:10,11,12
45:9 49:1,5,14 55:16
56:1,16,22 59:9 63:17
63:20,22 64:2 65:8,11
65:17 66:15,16,17
67:12,15,18,22 68:4
68:22 69:11 70:13,14
71:14,24
**Kursner** 41:19
**kyphosis** 8:1,3

**L**

**L4-5** 26:3
**L5** 8:12 38:7,12
**L5-S1** 9:3 21:18 26:3
40:6 77:4
**lack** 77:13
**ladies** 2:21 3:7 5:2 14:15
34:14 56:6
**laminectomies** 10:24
**language** 70:9,12,16,16
70:19 71:17,18
**Lastly** 77:10
**lasts** 33:14
**Lauderdale** 73:23,23
**law** 1:16 26:12 27:1 28:6
29:19 30:6
**lawsuit** 70:15
**lawsuits** 33:21
**lawyer** 26:21
**lawyers** 26:21 45:9
**leading** 19:17 20:24 21:2
76:8,10
**League** 3:19 5:13
**lectern** 24:21 75:1
**leg** 39:23 40:1
**legal** 49:21
**legs** 39:10
**let's** 5:25 20:6 22:4 24:8
24:9 25:14 26:16 36:6
41:10 54:15 61:22,23
67:8 70:22 77:17
**letter** 34:12,17,21
**letting** 71:24
**level** 8:12,12 21:21 26:3
26:3,4 27:13 40:6,6,8
49:18 56:3
**levels** 12:3
**license** 69:24 70:1,17,21
70:25 71:3,10,25 72:1
72:3,7,9,11 74:9,10,16
74:20
**licensed** 5:18,21,23,23
**licenses** 70:8
**lift** 67:3
**ligaments** 3:1
**limit** 35:13
**limiting** 43:24
**lined** 55:6,11
**list** 9:25 14:6
**listen** 9:25 55:23
**little** 3:5,6 12:16 17:24
35:16 44:3,17 54:23
**LLP** 1:19
**local** 73:7
**long** 2:18 11:10 12:15
15:1 74:16
**longer** 16:25 43:25
**look** 6:21 8:5 9:22 15:5
15:12 19:5 20:17
27:10 49:17,21 54:15
55:4 57:10 59:23
61:22 64:10 75:2,13
75:14,15 77:17
**looked** 7:23 8:11 19:5,6
20:1
**looking** 4:9 6:23 8:4
14:15 18:21,21 20:19
20:22 53:13 57:4
75:18,19,20,20
**Looks** 15:2,6
**lose** 14:4
**lot** 61:8,8 67:20
**loud** 24:24 40:21
**Low** 7:6
**low-back** 7:5 38:2 39:5

41:16,20
**lower** 7:2 12:11 15:5
17:18 18:3,10 41:13
77:24
**lowest** 8:12
**lumbar** 8:11 9:3,6,7
10:21 11:3 12:13
17:23 18:1 25:15,25
38:21 39:1,10 51:25
**lung** 12:7

**M**

**M.D** 64:2
**main** 15:23
**major** 40:14
**majority** 27:14 36:16
**making** 32:5
**Maluff** 1:3 5:25 6:2 9:20
10:4,16 12:1 15:19
16:13,20 17:6 21:24
22:2 25:16 26:12
34:14 35:16,17,18
36:9,25 37:6 38:12
42:21 43:1,3 45:23
46:7 48:2,13,21 49:4
49:11 50:1 51:17 59:4
59:10 60:10 63:22
64:7,10,22 65:8,12,15
66:23 68:10 69:3,10
**Maluff's** 13:7 18:7 20:22
21:12 34:11 49:2
50:18 53:19,22
**management** 8:18
**March** 6:3 7:15,16 35:19
35:22,24 36:10,19,25
37:3,8,9,9,11,20 38:23
39:17 41:15 45:23
59:4,23,24 60:11
61:21 62:3 77:16,22
**markers** 14:22,22,23
**Massachusetts** 69:21,22
69:24 70:4 71:12,19
**matched** 55:13
**math** 31:17,18,19 32:3
**mathematics** 3:12
**matter** 54:3 79:19
**matters** 27:4
**mean** 5:1 8:3 11:25 21:5
27:11,16 33:25 49:16
63:9 76:17
**means** 5:3 8:4 11:25
63:8
**meant** 16:2,5
**medical** 4:1,2,4,14 5:10
11:7 20:4 21:23 26:18
29:10 35:18 37:4,6,14
37:18 38:11 42:12
46:9,19,21 47:5,8,11
48:2,22 51:3,6,7,12
57:10,11 58:25 59:3,9
61:2,18 63:17 64:2,5
64:18 65:5,11,22,24
66:8 68:13,24 69:23
70:1
**medically** 64:6
**medicine** 4:18,20 5:22
70:5,8,18 72:5
**meet** 6:1
**meeting** 27:6
**Melvin** 39:9
**member** 3:16
**Memorial** 38:3 39:4
**mention** 26:22 29:11
48:6 55:20 60:22
**mentioned** 4:25 37:12,13

74:25
mentioning 25:14 29:10
mentions 26:21 78:3
merely 43:24
mess 14:14
met 26:7 29:2,4 39:8
metal 14:23,23
Miami 1:6,18,21,24,24
microphone 24:11
mid 7:2,6 8:9 59:18,21
   77:13,24,25 78:8
middle 12:11
midline 54:11,21,24,25
   55:1,1,6,7
migrate 10:12
MILLER 1:19
millimeters 15:4
million 31:16,22 32:2,5
   33:22
Mine 13:22
minimum 33:12
minor 75:25
minutes 25:5 44:1 76:19
Mischaracterizes 31:23
misplacement 10:13
mistype 59:12,13
mistyped 59:6,7
money 34:23 35:11,15
monitored 12:2
monitoring 12:3
month 33:6
months 6:12 16:23 28:7
   68:16,21
MORENO 1:12
motion 15:14
motorcycle 67:4
motorcycles 66:24 67:1
move 4:15 73:8
movement 11:5,6
MRI 7:9,10,11,12,16,22
   7:23 8:8,11,15 18:7,12
   18:13,19 19:3,3,7,25
   20:7,20 21:8 38:21
   40:5,10,11,15,16,19
   41:5,23 49:17 51:3,21
   52:8,11 53:5,18 55:18
   57:25 58:9 61:15
   75:10,11,14,15,22
MRIs 20:12 40:15 43:14
   48:23 51:9,10,19,22
   53:13 57:12
multi-injections 30:18
multiple 17:22 49:5
muscles 3:11 17:3
musculoskeletal 2:25
Mustafi 67:12
Mustafo 67:12

N

N 79:3
name 2:5,7 29:10 39:9
   40:4
names 29:12,21,25
narrowing 40:7
naturally 15:16
nearest 74:3
necessarily 76:16
neck 6:25 7:3,6,16,25
   8:4 18:4 21:19 22:6,8
   55:16,21 56:8 63:23
   64:10,16,25 65:15
   66:6 68:2 77:24
need 21:24 22:3,8 26:1
   27:5,17,18 29:11
   30:12,13 42:17 60:6

62:4
needed 11:3 19:4 49:19
   70:14 71:6
negative 16:16 60:14
   61:4,13 62:25 63:4,6
   63:14
nerves 10:7,23
neuroradiologist 57:7
never 20:19 23:18 35:10
   42:14 49:16 67:2
   72:10 73:18 74:20
new 3:11 5:23,24,24
   18:19 20:2 22:15,22
   49:14 51:18,19 73:1
nicer 24:17
normal 14:18 19:25
   60:21 63:11,15 76:7
normally 12:16
North 1:24
notes 6:5 44:15
November 1:7 47:17
   50:15,20,21 68:1
number 13:15,23 19:5,6
   30:20 32:6 42:4 52:18
   52:19 53:7,8,9 61:24
numbers 13:19 34:3
   77:2,7
numbness 39:23,25

O

o'clock 32:25
O-b-s-a-i-n-t 29:19
oath 59:20
objection 19:15 20:23
   21:1,3 22:11 29:9
   31:23 42:10,11,13,16
   43:17,23 46:10,22
   50:7 62:10 70:18 76:8
objectively 7:22
obligated 8:23
Obsaint 29:18
observations 6:21
obtain 7:14
obtained 70:7,17
occasions 61:3
occur 22:2 74:8 76:6
occurs 76:7
October 7:10 17:14,14
   37:22 38:16 47:4
   64:22 68:11 69:3,6
offer 26:24
office 35:23,25 36:9,12
   36:25 37:3,20 38:19
   38:23 42:2,21 59:7
   60:11 62:21 64:7
   68:20
Official 1:23
Oh 51:1 61:2,12
okay 3:5 5:25 6:4,18
   8:17 12:12,15 13:5
   14:9 16:10 18:6 19:13
   23:3,16,21,23 24:8
   25:8,12,25 26:7,16
   28:14 29:11,14 30:15
   30:19 31:2,9 32:7 37:2
   38:10 42:13,17,18
   44:2,8,16 47:17 50:23
   52:8 53:1,10 55:9
   57:23 61:17,20 64:4
   65:24 66:8 69:23
   72:18 75:12 77:9
   one's 14:24 24 33:2,6
   one's 55:2,9,10
   ones 15:5
open 5:15 12:12 18:1

35:13 40:15
opened 10:23
operate 35:7
operated 40:6
opinion 19:20,23 20:3
   21:12,16,22 22:14
   23:19 27:15,17,18
   47:23 48:1,16,20,24
   49:7,9,23 50:14,15,19
   50:20 51:2,15,16,18
opinions 26:17 57:11
opportunity 18:6,12
opposed 11:15
opposite 8:1
options 8:20
order 2:1
oriented 4:23
Orlando 29:8,16
orthopedic 2:9,20,22,24
   4:3,8 5:22 6:18 11:8
   15:18 20:9 26:19 39:3
   39:9
orthopedics 5:7
outpatient 4:16 11:13,15
   11:18,19,23 73:8,11
   73:15,25
outside 22:13 32:13 45:4
overrule 21:3 31:25 41:4
   46:13 50:8
Overruled 46:24 76:11
owes 34:23 35:14

P

P.A 1:16
p.m 44:19,21 45:14
PA 36:4
page 12:1 79:4
paid 32:7,10,11 71:22
   74:10
pain 6:25 7:1,3 8:18 11:5
   17:16,16,18 18:3 22:6
   24:14 37:10 38:2,17
   38:20 39:1,5,10 41:12
   41:16,20 61:18 63:14
   63:23 64:11,16,24,25
   65:15,16 66:5,6 68:2
   77:13,24 78:3,11,16
painful 59:21
Palm 58:15,17,19 73:22
panic 40:18
paper 60:24
paralysis 10:6
part 10:6 12:23 13:6
   20:11 35:17
participate 34:20
particular 67:14
pathology 3:3
patience 2:17 76:20
   78:21
patient 9:23,25 11:19
   12:6,7,8,8 20:15,16,16
   20:19 25:7 26:22,23
   27:1,3,3,4 34:5,18,19
   34:20,21,23,25 35:2,4
   35:6,7,7,8,10,12,14
   36:11,12,13,15 66:22
   72:15 73:14 74:2,3,5,6
   77:18,20
patiently 32:13
patients 25:14 26:9,20
   26:25 27:6,9,10,14
   32:4,12 36:15 41:7
   59:1 64:5 73:17
patients' 29:11
pay 34:5,22 35:1,8 44:15

Pennsylvania 4:9 5:12
   70:20,22,24 71:21,22
   71:25 72:1,2,3 73:21
people 24:19 40:16
percent 26:5 30:22 31:3
   55:11,13,14
perfectly 55:1
perform 5:22 9:15 36:10
   46:5
performed 9:5,10,13
   10:17,19
period 69:7
permanent 15:22,23
   16:2
permanently 16:5,9
person 36:3
personally 31:11 36:2,11
perspective 20:15
philosophy 11:17
photo 54:11,15,17,21
physical 8:21 17:3 39:14
   39:19 65:9,11 66:11
   66:13 68:10,14,17,25
   69:10 78:4
physician 36:4,12,14,23
   37:7,11,17
pick 77:2
pictures 57:5,11,12
place 11:5,12 13:2,3
placed 10:24
placing 14:24
plaintiff 1:4,16 44:23
Plaintiff's 2:4 14:5,11
   44:22 53:9,11 60:1,3
   62:8,13 74:23 77:11
   77:15 78:4 79:5,10,11
   79:12,13
plan 7:7
plastic 10:11,23 13:2
   14:22
plate 8:14
played 3:18
player 3:20
plays 75:25
please 2:6,13,21 3:8 5:2
   6:4,5,6,7 8:19 9:9
   14:14,15 16:10 17:16
   19:2 22:1 44:24 45:4
plus 48:23
point 34:8 51:3 67:21
   69:24 70:1 73:24
pointing 54:2,3
pole 49:6 50:2
poor 16:1
post-op 17:15
posterior 10:22 63:6
postoperative 16:19
practice 4:16,22,24 5:1,6
   5:16,22 9:24 15:18
   20:9,12 34:23 36:21
   69:21 70:8,17
preexisted 19:14
preexisting 19:21
preliminary 36:18
prescribed 39:19
presence 32:15
present 2:3 9:17 44:22
presented 58:8
president 3:17
pretty 24:19
previous 7:9 37:8
primary 77:21
prior 6:15 9:19 18:7
   30:15 43:14,14,14,15
   46:8,21 47:5,8,11,16

47:18 48:2
private 4:24
privileges 58:11,14,16
   58:18,19 72:24 73:22
   73:23
probability 20:4 26:18
probably 10:14 12:16
   22:9,9 25:9,22 26:5
   31:1 33:6,6 46:12
   60:25
problem 14:1,18 25:6
   40:14
problems 10:13 37:14
   43:8,13,14 66:9
procedure 11:7,14 12:22
   15:17,17 16:13,17
   40:10 55:24
procedures 22:3 30:16
   30:21 33:20
proceed 2:11 24:4
proceedings 79:19
process 76:7
produced 42:14
profession 5:3
professor 2:10 4:13,17
   4:19,21 5:14
program 3:14 4:3,4
progressively 17:2
proposed 49:19
protection 34:12,17,21
provide 16:6
provided 41:22 49:11
   51:24 52:8 63:17
   65:14 66:18
providing 13:3
proximately 21:13
pull 55:6
pulled 52:18
purpose 16:6 77:1
pursue 35:12
pushed 50:1,4,5
pushing 8:7
put 11:3 12:6 13:23
   35:15 37:14,18 40:21
   44:12
putting 12:24

Q

qualifications 69:16
qualify 49:22
quality 78:11
question 9:12 16:1 21:6
   57:22 67:16 68:7,9
   72:12
questions 32:16 59:14
   67:11 69:17 71:1,1,2
   72:7,19 78:23
quite 6:10 34:18

R

R 79:16
R-i-c-h-a-r-d 2:9
radiating 39:10 41:16
radiologist 20:18 56:25
   57:1,25 58:1
radiology 57:2,4
raise 24:20 44:16
rammed 49:5
ran 49:6
reached 48:8
reaches 49:18
read 20:10 57:18,25 58:9
   61:4
reading 20:7,12 71:15

**real** 35:3
**realize** 71:5
**really** 22:7 23:6 26:13,24 34:24
**reason** 20:13 46:13 51:2 59:9 74:18
**reasonable** 20:3 21:22 22:5 26:18 28:21,22
**reasonably** 22:1 25:16
**reasons** 6:7
**recall** 26:13 29:18,21,22 30:1,2,7 31:2,5 36:1,3 36:11,22 48:4 50:3,21 51:16 52:10 55:18 66:7 69:17,20
**receive** 25:17
**recertified** 5:8,9
**recess** 44:20
**Rech** 39:9
**recollection** 28:15 29:23 30:13 36:24
**recommend** 7:7 8:17 27:9,10 39:13
**recommendation** 8:22 41:23 68:14
**recommendations** 8:18
**recommended** 39:11,14 68:9,17,25 69:9
**recommending** 9:21 10:4
**record** 28:17 29:24 30:10 37:15,18 38:11 46:19 52:3 55:25 59:23 61:2,19,25 64:13,15,18 65:5,14 65:24 66:1,2,8 68:13 68:24 69:12 79:19
**records** 9:9 12:18 13:6 42:12 51:3,6,7,12 58:25 59:4,10 62:10 63:18 65:22 66:3,11 66:18 68:23 77:15 78:3
**recovered** 17:25
**recovery** 16:21 17:1
**recuperation** 16:21
**red** 14:17,18
**Redirect** 72:20,22 79:8
**refer** 6:5 9:9 26:12
**referral** 26:14
**referrals** 26:14
**referred** 31:21
**reflect** 59:10
**refresh** 28:15 29:23 30:12
**regard** 25:7,25 26:1 29:10 74:7
**regarding** 11:17 23:19 34:5 48:21
**registration** 70:5 77:18
**regular** 24:17
**rehab** 16:19
**Reinaldo** 1:3 6:2
**related** 3:3 73:18
**relationship** 28:5
**relaxed** 40:16
**relaxing** 41:6
**rely** 6:20 57:19 58:1 63:9
**relying** 48:20
**remember** 24:13 28:12 29:5,16 30:4 37:1,2 47:23 52:16 75:3,3 76:22
**remove** 13:1 15:23 16:7 25:4 27:21

**removed** 10:21 15:24 21:7
**removing** 12:22,25
**Rena** 36:17
**rendered** 22:14 23:18
**repetition** 43:18,22
**replaced** 10:22
**replacement** 14:21
**replacing** 10:11
**report** 22:18,19 23:18,20 25:21 47:21 48:5,19 48:20 50:24 52:3,6,21 52:24 55:20 57:18,21 57:25 58:6,9 61:12,13 61:22,22 62:19 63:9 63:14 71:9 76:4
**reported** 1:23 61:5 63:23 68:2
**reporter** 1:23 13:24 24:13,16,17
**reports** 52:5
**representations** 48:21
**represented** 26:10
**reprimanded** 70:5 71:8 71:19,21 72:5
**reprimands** 74:7
**require** 25:18 37:17
**requires** 9:23
**research** 4:11
**reserve** 35:5
**residency** 5:10,11
**respect** 22:15
**responsibility** 74:4
**rest** 21:1
**result** 74:10
**results** 8:15 60:22
**Resumed** 44:21
**retires** 44:19
**returned** 7:16
**returns** 45:14
**revenue** 33:21
**review** 18:6,9,12 20:10 55:16 57:21
**reviewed** 8:8
**reviewing** 55:20
**revoked** 74:18
**Richard** 1:11 2:4,8,8 79:5
**ride** 67:1
**riding** 66:24 67:4
**right** 9:10 12:20,21 14:17 16:19 18:17 20:6 23:22,24 25:23 25:24 27:23 28:9 32:12 34:11 35:5 37:13 38:1 39:17 40:15,22 41:10 44:16 45:13,17 46:19 48:24 49:10 51:12 53:13 54:10 55:4 56:1 60:2 60:10 61:8 62:2,15,19 63:8 67:22 69:9 70:11 70:15 71:11,16
**right-hand-most** 15:10
**rise** 44:18
**risk** 14:20 26:2
**risks** 9:20,24,25 10:3
**RMR** 1:23
**roared** 61:18
**rod** 15:9
**rods** 10:25 13:4
**role** 75:24,25
**ROMANISHIN** 1:23
**room** 36:22 38:3,6
**routine** 15:18 20:8

**Rubenstein** 1:16 28:6,25 29:5,19 30:6 31:21
**Rubenstein's** 28:18 32:4
**rule** 43:19 45:1,3,7,8,10
**Russian** 23:2,2

**S**

**S1** 8:12
**safe** 74:5
**safely** 73:25
**sagital** 76:24,24 77:2
**Sam's** 1:6 6:10 18:8 21:14 48:10,16,25 49:1,4 56:23
**sanctions** 45:6
**satisfy** 5:7
**Savader** 40:5
**saw** 7:15 15:19 17:11 20:20,21 28:14 35:19 35:21 36:3,11,12,19 38:25 40:4 41:15,19 43:3,5,11 46:7 47:4,7 47:10 60:20 61:10 64:22 68:10 69:2
**saying** 23:8 61:3,12,13 70:16,18
**says** 61:23 63:3 65:18 78:12
**scan** 15:11
**scans** 20:13
**scenario** 58:5
**Schmidt** 4:20
**scholarship** 3:19
**school** 3:10,14 4:1,2,14 4:18 5:10 57:2
**SCHUYLER** 1:20
**scope** 22:14
**screen** 14:13 60:6
**screw** 14:24 15:1,2
**screws** 10:10,12,24 11:3 11:6 12:24 13:3,4,7 15:8,15,21
**seat** 2:5
**second** 27:19 53:21
**sedate** 12:7
**see** 6:7,9,11,23 7:16,22 10:1 12:13 14:20,23 15:7,21 18:23,24 19:9 20:1,15 21:6,8 26:3 30:12,13 34:15 35:24 36:9,20 42:24 44:16 48:16 49:17,22 51:19 53:14 54:3,6,8,16 56:4 56:5,15 58:25 60:6,8 61:23 62:4 64:10 66:8 68:13 69:7 73:6,9,10,11 75:20 77:4,5,7 78:6
**seeing** 6:15 14:21 17:9 29:22 32:12 36:15,25 47:13 66:22 68:16
**seen** 13:5 28:6,9,10,15 28:18 36:12,21 39:3 68:24 69:5
**sees** 20:19 36:14
**send** 64:7
**senior** 3:17
**sense** 21:21
**sequestration** 45:8,10
**set** 4:15
**seven** 65:18,20 68:16
**severe** 45:6 56:2,8,17
**sharp** 78:11
**sheet** 60:24 61:5
**shocked** 23:6
**shooting** 78:12

**shot** 54:16
**show** 15:11 22:20 53:1 68:20 74:23 75:6,8,9 75:10 76:2,4 77:15,17 78:5
**showed** 8:12 19:25 21:9 42:21 52:22 56:2 57:5
**showing** 14:16 42:1 56:8 56:17
**shown** 13:5 77:16
**shows** 14:19 61:15
**side** 15:9 49:21 52:22,22 54:10,12,13,20,23 55:2,3,3,9,10
**sides** 15:8
**sign** 9:23 34:21 71:15
**signed** 70:10
**significant** 38:2,16,20 40:10 50:12
**similar** 8:13 18:23 42:22
**sir** 6:16,18 7:5 8:17,24 11:3,12,15,23 12:15 12:20,22 13:6 15:1,10 15:19,21 16:10,19 17:7,12 18:17 19:3,21 20:10 23:11 24:12,15 25:10,18 26:7,7,12,16 26:19 27:9,19,20 29:23 46:5 72:25 73:15 74:16 75:1,1,6 76:25 77:5,5,9,19,22 77:25 78:6,7,9,12,18 78:24
**sit** 32:7 56:6
**sitting** 28:23,24 31:7 32:5
**six** 65:18
**sixteen** 47:23
**size** 15:3 18:22 19:10
**skeleton** 3:2
**skin** 16:22
**slip** 59:4
**SMITH** 1:20
**smoke** 44:8
**smoker** 44:7
**smokers** 44:5
**so-called** 45:7,10
**soccer** 3:20
**Society** 3:16
**soft** 16:24
**somebody** 67:3
**someone's** 18:4
**somewhat** 7:1
**soon** 40:24
**sorry** 11:10 13:25 14:17 16:1 19:24 20:25 37:8 42:5 46:17 47:2 62:4,8 63:25 67:17 69:25 71:4
**Soto** 1:17 2:11,13,16 13:10,12,14,16,20,22 13:25 14:3,5,8,10,12 19:19 21:11 22:16,19 22:21 23:1,4,7,11 24:4 24:6,7,12,15,18,22 25:4,7,10,12,13 27:19 29:9 30:3 31:23 41:2 42:14,16 43:17 46:10 46:22 50:7 52:15 62:4 62:6,10 69:17 72:21 72:23 76:12 77:11,12 78:20,23 79:6,8
**sound** 12:20 25:23
**sounds** 25:24 28:20 31:14

**source** 8:17
**South** 1:17
**Southeast** 1:21
**SOUTHERN** 1:1
**space** 10:23 13:1
**spasms** 60:14
**speak** 19:9 23:2
**special** 3:14
**specialist** 6:20
**specializing** 4:6
**specifically** 11:8 77:16
**specifics** 30:7
**speculation** 41:2
**spell** 2:5 21:21
**spend** 3:21 4:6
**spent** 3:11,24 4:14
**spinal** 8:7 37:8,10 54:6,8 54:16
**spine** 2:10 3:2 4:7,10,12 7:2,23 8:11,25 9:1,3,6 10:6,14 11:3 12:13 15:8 17:19,20,21,23 18:1,2,3 20:22 21:21 22:4,10,15 23:18,19 24:8 25:14,15,18,19 25:25 31:10 39:11,14 40:2 48:6 51:25 52:9 54:11 57:20 58:9 59:15,18 60:12,14,17 60:20,24 61:4,11,15 61:16,23 62:25 63:10 63:13 75:9,16 76:1,1
**stability** 16:6
**stabilize** 16:8,9
**staff** 72:17 73:5,6
**stages** 73:4
**staggered** 34:6
**standard** 5:6
**start** 3:9 12:19 22:4 26:4
**started** 8:5 14:18
**starting** 15:11,12 73:10
**state** 5:18,21,24 57:18,24 58:12,23 71:10 72:11 72:13 74:21
**states** 1:1 3:10 71:6,9 74:11
**stay** 16:5
**staying** 27:8
**stenosis** 8:14
**step** 45:4
**stop** 11:6 15:13
**store** 48:16 56:23
**straight** 58:20
**strength** 17:4
**stress** 26:4
**student** 4:4
**study** 57:2,4,4 75:23
**stuff** 77:14
**stupid** 68:6
**subsequent** 21:13
**sued** 35:10
**suffered** 6:9
**suffering** 38:16
**Suite** 1:18,21
**supervision** 62:23
**supplemented** 50:14
**support** 13:3
**supposed** 71:9
**sure** 2:24 3:22 13:13,25 15:5 36:6 40:23 58:5 70:7 74:5
**Surely** 62:5
**surgeon** 2:10,21,22,24 4:13 6:16 8:23 15:18 20:9 26:19 27:11 39:4

39:4,9 74:3 75:17
**surgeons** 5:6 11:8 26:22
**surgeries** 10:15 11:17
  30:23,23,24 31:3,4,15
  31:20 73:7,20,24
**surgery** 4:7,10,13,16
  5:22 8:20 9:5,6,7,11
  9:13,15,17,19,20 10:4
  10:6,9,14,17,19 11:10
  11:12,13,15,21 12:15
  17:7,19,21 18:4 20:22
  21:6,7 22:7,8 25:18
  27:9,11,12,13,15,16
  27:17,18 30:5 31:9,10
  34:22 45:25 46:5
  49:19,20,22 56:20
  58:20 64:6,8,11,16,19
  66:21 73:9,15,19 74:2
  74:4 76:1
**surgical** 6:24 8:22 12:9
  16:17 33:20 58:21,21
**surrendered** 71:25 72:3
**surveilling** 46:8
**suspended** 74:18
**sustain** 43:23
**Sustained** 19:18
**sworn** 2:4 30:15 79:5
**symptom** 40:1
**symptomatic** 22:6
**symptoms** 8:10 42:23
  49:13,15 67:6
**system** 2:25

————————
**T**
————————
**T** 79:16,16
**T5** 8:9
**T5-6** 21:21
**T6** 8:9
**take** 11:12 24:24 27:5
  33:1 34:5,18,18 35:7,8
  44:15 55:22 77:17
**taken** 37:4 38:21,21 52:2
  52:9 55:5,17 56:2
**takes** 16:22,23,24 73:11
**talk** 5:25 20:6,15 24:8
  35:15 39:25 44:4
  45:12 70:22
**talked** 8:21 45:23 59:15
  69:15
**talking** 23:7,17 33:25
  45:22 56:3 74:12,13
**talks** 34:17
**taller** 24:21
**tantular** 14:23
**teach** 4:13
**Technology** 4:21
**tell** 2:5,21 5:2 6:8 8:19
  14:14 22:1 23:12 37:7
  37:7,9,10,21 38:1,4,6
  38:8,13,15,18,19,22
  38:25 39:3,6,8,12,13
  39:17,19,22 40:8
  41:11,13,15,19,22
  42:22 43:8,13,15 46:8
  46:20 47:4,7,11,17
  50:1,4,11 54:10 60:5
  70:14 77:21
**telling** 49:2 50:3
**tells** 49:4
**temperature** 44:13,16
**template** 60:23,23
**ten** 5:7 26:6 68:21
**tenderness** 60:17 63:3,3
  63:6,14
**tendons** 3:1

**terms** 16:21 19:10,10
**Tessler** 63:18,20,22
**testified** 28:9,16 29:25
  30:5,8,21 35:21 36:19
  56:19
**testify** 45:4
**testifying** 28:24 29:4,16
  29:18 31:2 33:19 56:6
**testimony** 1:11 23:25
  28:13,14 29:23 30:12
  30:15 31:5,24 32:8,11
  45:5,7 53:24 69:16
**Thank** 2:13,17 14:3,10
  18:18 24:2,6,22 25:12
  27:20,24 28:3 45:15
  45:19 62:12 72:21
  76:20 78:20,22,24
  79:1
**therapy** 8:18,21 17:3
  39:15,19 66:11,14
  68:10,14,17,21,22,25
  69:10,13
**thing** 19:4 71:13
**things** 44:5 67:21 74:24
  75:18
**think** 6:12 7:9,11,14,15
  9:7 17:24 18:8 21:5,18
  21:20 22:5 24:21 25:8
  28:8,12 30:18,24
  31:14 37:12 40:25
  44:6 50:16,16 51:9
  52:7,14 60:22 64:14
  66:2 67:3 74:9 75:16
  75:24
**thinking** 31:17
**thoracic** 7:2,12 8:8 9:1
  17:19 21:21 22:10,15
  23:8,9,18,19,19 24:8
  25:14 48:6 52:9 59:15
  59:18 60:12,14,17,20
  60:24 61:3,11,15,16
  61:18,23 62:25 63:3
  63:10,13 77:25 78:3,9
  78:10,17
**thought** 8:9,15 9:1,3
  17:25 21:17,18 41:6
  49:18 71:13 73:9 77:6
**thousand** 25:22 30:16,21
  31:3 32:14,17 33:7,12
  47:22 71:22,24
**three** 3:21 8:15 12:16
  16:23 28:11 50:21
  51:13
**throw** 24:23
**time** 3:23,24 4:17 6:1,11
  6:19 7:4 8:24 9:5 10:5
  12:19,19 17:11 18:2
  20:13,17 24:19 26:24
  27:14 28:24 32:11
  33:3 34:6 35:23 36:16
  37:12 38:5 43:5 47:13
  55:5 58:18 60:14
  66:21 67:5,6 69:2,7
  72:10 73:11 74:19
  76:7
**timing** 34:4
**tingling** 39:23,25 78:14
**tissue** 16:24
**title** 10:20
**today** 26:7 28:2,23 31:6
  32:7,8,23,24 51:24
  56:6 75:25
**told** 32:25 48:2 52:14
  59:20 64:24 65:2,14
  71:23

**total** 25:22
**totality** 7:13
**track** 29:24
**trained** 69:22
**training** 4:12 20:12
  57:10 70:2
**transcript** 1:11 79:18
**transfer** 74:1,2,5
**transitioned** 73:24
**transpired** 7:18
**trauma** 75:19
**traumatic** 76:1
**treat** 6:1 24:17 26:20
  27:7
**treated** 6:10 26:9 35:13
**treating** 2:25 39:5 66:20
  75:25
**treatment** 6:15 7:7 8:17
  21:13,23 22:3 26:1
  27:2 29:10 35:16,17
**trial** 1:11 29:22 44:6,7,8
**tried** 77:1
**triggered** 74:11
**true** 54:2 70:4 78:18
**try** 27:12,15 77:2
**trying** 12:25
**tube** 12:6
**tumors** 3:4
**turn** 25:2
**turned** 51:4,6,12
**tutelage** 62:23
**twelve** 32:25
**two** 7:15 10:22,24 30:25
  33:14,17,18 34:6
  47:21 51:23 53:13,15
  53:16,24 55:9 73:4,17
  74:11 76:19
**two-month** 69:8,9
**type** 10:3,16,19 11:14,21
  12:9 15:17,19 16:10
  16:12,19 25:25 48:16
  75:23
**types** 22:2,2
**typically** 32:18

————————
**U**
————————
**U-Penn** 5:10
**U.S** 1:13 72:25
**unbelievable** 28:12
**undergo** 8:19 16:21
**undergone** 6:14
**understand** 20:14 28:5
  57:22 61:20 71:14
  77:3
**understanding** 6:14 36:6
**undertake** 10:4
**unique** 20:14
**United** 1:1 3:10
**university** 3:11 4:9,18
  4:19,21 5:12 70:20,22
  70:24 73:7,21
**unrestricted** 71:3
**use** 14:4 44:3 64:5 71:18
**usually** 11:5 12:25 24:18
  26:14 27:15 32:12,14
  36:14

————————
**V**
————————
**v-** 1:5
**valuable** 57:21 58:10
**varies** 34:5
**verdict** 34:15,16,25
  35:11
**versus** 29:19 30:1,4 31:2

33:25
**vertebra** 15:13
**video** 48:13
**videotape** 33:10,10
**view** 15:7
**viewed** 48:21
**violation** 45:7
**visit** 7:8,18 17:15 38:19
  43:9 45:23,24 47:13
  47:20 59:23 64:24
**visited** 17:11 41:12
**visits** 17:22 43:15 45:22
**Voluntarily** 72:4

————————
**W**
————————
**wait** 34:14
**waited** 68:16
**waiting** 2:18 32:13 34:24
  34:25
**walk** 36:16 57:17,24
  58:6,7
**walked** 36:9 56:22
**walking** 41:10 66:9,14
**walks** 60:11
**Walmart** 29:19
**want** 23:13 24:16 25:2,2
  42:15 44:14,14 47:22
  55:23 60:22 61:1
  75:16 77:7,14 78:3
**wanted** 3:22,22,25 4:15
  4:15 6:21 7:12 18:23
  55:4 56:20 72:16 73:1
**wants** 34:22
**wasn't** 3:22 19:25 20:2
  49:11 72:1 77:16
**watch** 25:9
**way** 13:2 49:1,25 72:4
**we'll** 14:5 35:4 44:16
**we're** 5:1 8:23 10:10,10
  10:11 12:25,25 14:15
  23:4,7 25:16 36:15
  41:11 53:13 74:13
  76:20
**week** 33:2
**weeks** 16:23
**welcome** 24:3
**went** 3:10,21,23 4:1,1,6
  36:22 63:22 64:16
  66:13 71:5,23 72:8
  73:2 74:23 77:13
**weren't** 16:14 51:12
  56:7 64:15 65:19
  66:18 77:15
**Wertheim** 4:18
**West** 58:15,17,19 73:22
**whiplash** 21:19
**white** 14:19 54:3
**WILLIAM** 1:23
**witness** 2:4,7 21:5 41:3,5
  44:25 45:11,11 46:15
  46:25 50:9 78:22 79:1
  79:2,4,5
**witness'** 45:7
**witnesses** 45:3,9,12
**wonderful** 44:6
**word** 23:19 24:14 55:22
**work** 13:24 36:4 58:15
  71:5
**working** 3:21 17:3 58:7
  73:20
**works** 31:17
**workup** 36:18
**worse** 11:5 18:20 19:12
**worsened** 51:17
**worsening** 20:2

**wouldn't** 61:12,14 63:12
**wrap** 67:8
**write** 57:18,25 58:6
**written** 60:25 62:21
**wrong** 58:21 61:11,14
  63:10,12 73:12
**wrote** 50:16,17,19,20
  51:2

————————
**X**
————————
**X** 79:3
**x-ray** 13:6 14:23 38:15
  38:21 51:25 52:2,4,6
  55:16,18,21 56:1,4,8
  56:11,16 57:18,25
  58:9 75:13,17,23
**x-rays** 20:13 43:14 52:3
  57:12 75:2,6,17

————————
**Y**
————————
**yeah** 20:11 29:4 33:18
  54:19 70:7 72:16
**year** 3:20 4:5,6 16:24
  17:1,8 30:16,23,24,25
  31:3,7 33:6 34:6 47:10
  68:20
**years** 3:11,15,21 4:14
  5:8 26:6 28:11,20
  30:25 31:1 34:7 50:21
  51:13 70:6 74:12,13
  74:15
**York** 3:11 5:23,24 73:1

————————
**Z**
————————

————————
**0**
————————

————————
**1**
————————
**1** 18:13,16 37:9,9 38:22
**1.25** 31:22 32:2
**10** 16:22
**10-13** 66:24
**10-17** 66:23
**10-29-15** 65:24 66:8
**10-29-2015** 66:5
**10-30-15** 66:14
**10-6-15** 65:16
**10-6-2015** 65:6,9
**10,000** 32:21
**10:25** 12:19
**102,478** 25:23
**11** 41:15
**12** 28:7
**1200** 1:21
**13** 47:4 64:22 74:12,13
  74:15
**14** 16:22 79:10
**14:32** 12:19
**15** 4:11 74:13
**150** 1:21
**16** 68:1
**1600** 1:18
**17** 47:7
**17-60264-Civ-MORE...**
  1:2
**17th** 50:20
**18** 46:20,20

————————
**2**
————————
**2** 35:19,22,24 36:10,19
  36:25 37:3,8,11,20
  38:23 39:17 45:23
  59:5,24 60:11 61:21

79:5,6
**2,500** 33:11,12,13
**2.5** 32:5
**20** 28:6 37:22
**2004** 74:9
**2005** 74:9,17
**2007** 5:17,19
**2008** 58:17
**2009** 73:16
**2012** 18:11,13 37:9,9,22
  38:2,12,16 39:1,8 51:7
  52:2
**2013** 18:15,16 19:3,6,24
  38:22 39:1,5,20,22
  41:11,15,19 51:7,23
  52:9,11 53:18 55:17
  56:2 68:11
**2014** 6:13 7:10 18:9 19:3
  19:7 20:1,20 50:18
  51:7,23 52:11 60:10
  60:11
**2015** 6:3 7:15,17 9:11
  10:17 35:19,22,24
  36:10,20,25 37:3,8,11
  37:20 38:23 39:17
  43:5,11 45:23,24,24
  46:7,20,20 47:4 51:7
  59:5,24 60:11 61:22
  61:22,25 62:17 63:18
  63:23 64:8,22 68:1
  77:16,22
**2016** 47:7 48:1,5,8,12,15
  48:20 68:17
**2017** 47:10,17 50:15,21
  68:25
**2018** 1:7 17:13,14 69:3,5
  69:6,6
**22** 9:11 10:17 43:11
  45:24
**22nd** 43:16
**23** 39:22
**25** 63:18,23 64:8
**25,000** 31:9
**26** 43:5 45:24 61:22,25
  62:17
**27** 47:10 79:7
**2nd** 1:21 7:15 59:23

———————————
**3**
———————————
**3** 53:9,11 62:8,9,13
  74:23 77:11,15 78:4
  79:11,13
**3-6-2013** 56:14
**3,500** 33:14
**3:10** 44:19
**3:40** 44:21
**3:42** 45:14
**30** 30:22 31:3 44:1 69:5
  69:6
**300** 30:23 31:4,15
**305** 1:23
**33128** 1:24
**33131** 1:21
**33156** 1:18
**34** 42:7 60:1,3 61:24
  62:7 79:12
**34.6** 42:6,9,19 79:14
**36** 26:5

———————————
**4**
———————————
**4** 46:7
**400** 1:24
**42** 14:5,7,11 79:10,14
**4th** 7:16

———————————
**5**
———————————
**5** 1:7
**5,000** 32:19,23,24
**50** 28:10 31:20,21
**50-millimeter** 15:2
**523-5558** 1:23
**53** 79:11

———————————
**6**
———————————
**6** 42:7,8 47:17
**60** 79:12
**615** 45:8
**62** 79:13

———————————
**7**
———————————
**7** 19:6,6 48:5,12,15
  52:18,19 76:24,24
**7,500** 70:5
**7.0** 15:4
**7.5** 31:16
**72** 79:8

———————————
**8**
———————————
**8** 17:14 69:3,6

———————————
**9**
———————————
**9155** 1:17